Michael H. Domesick

135 Chestnut St., Unit 2814
New Britain, CT 06050
617-599-6008

Via PACER System

Office of the Clerk
United States District Court
District of Connecticut
450 Main Street – Suite A012
Hartford, Connecticut 06103

Attention: Dinah Milton Kinney, Clerk of Court

June 29, 2023

Re: Domesick v. JD E-Commerce America Limited et al, Case No. 3:23-cv-00590-VLB
Plaintiff's Filing of Amended Complaint

Dear Sir or Madam:

Per the clerk's office suggestion during our recent conversation, and in accordance with Federal Rule of Civil Procedure 15, I am submitting an amended complaint. This amendment was advised to facilitate individual filings by the defendants collectively identified as "Additional Defendants" via the PACER system by including them in the caption on the cover page.

Accordingly, the amendments primarily concern the identification of certain defendants, their listing format, and corresponding in-text modifications as a result of these changes. In all other respects, it remains substantially the same as the original complaint filed on May 4, 2023.

Thank you for your attention to this matter.

Sincerely,

Michael Domesick

Phone: (617) 599-6008 | Email: mdomesick@yahoo.com

Michael H. Domesick
135 Chestnut St., Unit 2814
New Britain, CT 06050

Plaintiff, *Pro Se*

**U.S. DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

MICHAEL H. DOMESICK, individually,

Plaintiff,

v.

JD E-COMMERCE AMERICA LIMITED, a Delaware business entity, JD.COM AMERICAN TECHNOLOGIES CORPORATION, a Delaware business entity, JINGDONG E-COMMERCE (TRADE) HONG KONG CORPORATION LIMITED, a Hong Kong Business Entity, WALMART, INC., a Delaware corporation, CENTUNE TOON, INC., a Colorado corporation, HTPOIL HOLDING TRADE CO., LTD, a Colorado business entity, LI MA, an individual, previously acting as a representative of IAOBAO LIMITED (a dissolved Colorado business entity) and currently doing business as IAO TECH, INNO PRODUCTS MALL, INC., a Colorado corporation, JAYBALLY, INC., a Colorado corporation, KESLEN LLC, a California business entity, NEW SHINING IMAGE LLC (a.k.a. NSI DEALS), a New York business entity, and WEICHANG ZHANG OF WENCHANG LIUZUOHU SHANGMAO YOUXIANGONGSI LTD (a.k.a. STREET CORNER CO., LTD), a Chinese business entity.

Defendants

Case No.: 3:23-cv-00590-VLB

**FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT AND RELATED CLAIMS**

**JURY TRIAL DEMANDED**

Date Amendment filed: 06/29/2023

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Michael H. Domesick ("Plaintiff") hereby asserts the following claims against Defendants JD E COMMERCE AMERICA LIMITED, a Delaware business entity ("Joybuy America"), JD.COM AMERICAN TECHNOLOGIES CORPORATION, a Delaware business entity ("Joybuy Tech"), JINGDONG E-COMMERCE (TRADE) HONG KONG CORPORATION LIMITED, a Hong Kong business entity ("Joybuy," and collectively with Joybuy America and Joybuy Tech, the "Joybuy Defendants"), WALMART, INC., a Delaware corporation ("Walmart"), and the additional parties named herein, including but not limited to CENTUNE TOON, INC., a Colorado corporation, HTPOIL HOLDING TRADE CO., LTD, a Colorado business entity, LI MA, an individual, previously acting as a representative of IAOBAO LIMITED (a dissolved Colorado business entity) and currently doing business as IAO TECH, INNO PRODUCTS MALL, INC., a Colorado corporation, JAYBALLY, INC., a Colorado corporation, KESLEN LLC, a California business entity, NEW SHINING IMAGE LLC (a.k.a. NSI DEALS), a New York business entity, and WEICHANG ZHANG OF WENCHANG LIUZUOHU SHANGMAO YOUXIANGONGSI LTD (a.k.a. STREET CORNER CO., LTD), a Chinese business entity (collectively referred to as the "ADDITIONAL DEFENDANTS" and, together with the Joybuy Defendants and Walmart, "Defendants"), and alleges as follows:

## NATURE OF THE CASE

1. This is an action arising out of Defendants' brazen and lawless engagement in intellectual property theft, including patent infringement, unfair competition, tortious interference with business relationships, and fraudulent and negligent misrepresentation.

2. Defendants, including the Joybuy Defendants and Walmart, have infringed and continue to infringe one or more claims of Plaintiff's U.S. Patent Nos. 10,286,245 and 11,491,264, which relate to apparatuses for facilitating plank exercises, and 9,895,573, which relates to a method of facilitating plank exercises (collectively, the "Patents-in-Suit"), at least by the importation, sale, and offer for sale of various planking devices incorporating the patented features or practicing the patented methods. While the Additional Defendants' involvement may be limited to specific planking devices, it does not absolve them of responsibility for any infringement that occurred through their use, importation, manufacture, sale, or offer for sale of planking devices that incorporate the patented features or practice the patented methods, or failure to cease sales of their inventory of such devices through other channels.

3. Upon information and belief, compliance with the digital marking provisions of 35 U.S.C. § 287(a) has been made with respect to U.S. Patent Nos. 10,286,245 and 11,491,364, with such compliance being made no later than at least September 2022 and November 2022, respectively. As to the method claim of U.S. Patent No. 9,895,573, constructive notice for treble damages is believed to be established as of the date of its issuance in February 2018, in accordance with 35 U.S.C. § 287(a). For the reasons described more fully below in this Complaint, Plaintiff seeks treble damages, as allowed under 35 U.S.C. § 284, for any acts of infringement occurring at least as early as the respective compliance dates for each patent.

4. Plaintiff is the legal owner of the Patents-in-Suit, which were duly and legally issued by the United States Patent and Trademark Office ("USPTO"). Plaintiff seeks injunctive relief and monetary damages for Defendants' unlawful activities.

## JURISDICTION AND VENUE

5. This is a civil action arising under the patent laws of the United States, 35 U.S.C. § 1 et seq., and the Lanham Act, 15 U.S.C. § 1125(a)(1)(B), as well as common law, including but not limited to unfair competition under state law, and tortious interference with business relationships

6. This Court has subject matter jurisdiction over the matters asserted herein under 28 U.S.C. §§ 1331, 1338(a), and supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a), as the state law claims arise out of the same common nucleus of operative facts as the federal patent and Lanham Act claims.

7. Defendants are subject to this Court's personal jurisdiction. Defendants have infringed the Patents-in-Suit in this District by, among other things, engaging in infringing conduct within and directed at or from this District. For example, Defendants have purposefully and voluntarily placed the infringing planking devices into the stream of commerce with the expectation that these infringing products will be used in this District. These infringing products are either being sold in this District or have either been sold and used in this District, and, upon information and belief, are readily available for sale in the future.

8. Venue is proper in the United States District Court of Connecticut pursuant to 28 U.S.C §§ 1391(b), 1391(c), and 1400(b) on information and belief that: (a) this is a judicial district in which a substantial part of the events giving rise to the claims occurred, including but not limited to the sale, distribution, and advertising of the infringing planking devices, and a substantial part of the injury took place and continues to take place; and (b) Defendants are subject to the Court's personal jurisdiction with respect to this action, as they have engaged in

infringing conduct within or directed at or from this District, and have purposefully and voluntarily placed the infringing planking devices into the stream of commerce with the expectation that these infringing products will be used in this District.

9. Upon information and belief, Defendants Joybuy America and Joybuy Tech are corporate subsidiaries of Joybuy, a Hong Kong business entity. Joybuy is affiliated with JD.com, a Chinese e-commerce business listed on the NASDAQ stock exchange in New York, New York under the ticker JD. Joybuy promotes its status as a prominent e-retailer in the United States and has strong connections to this jurisdiction, evidenced by its numerous high-profile agreements with American companies to expand its business operations throughout the country, utilizing a network of distribution facilities located throughout the United States, including in areas that require the transportation of goods through Connecticut, which plays a crucial role as a hub for the Northeast corridor and the United States as a whole, making it an essential part of the Joybuy Defendants' distribution network.

10. Upon information and belief, Defendants Joybuy America and Joybuy Tech are fully or substantially owned and controlled by Defendant Joybuy, which has intentionally availed itself of this court's jurisdiction through the course of its business operations.

11. Upon information and belief, the Joybuy Defendants sell and ship products via their various branded websites, as well as *Walmart.com*, nationwide throughout the U.S.A., including to the District of Connecticut.

12. Indeed, the Joybuy Defendants have previously and continuously availed themselves of this jurisdiction, with the website *joybuy-us.com*, explicitly affiliated with Joybuy America and featuring a variety of products marketed to consumers in the United States, including in the District of Connecticut.

13. As to Defendant Walmart, they have significant physical and commercial ties to this jurisdiction through their various retail stores located in the District of Connecticut.

14. Additionally, on information and belief Defendant Walmart also sells and ships products via the affiliated website *Walmart.com* nationwide throughout the U.S.A., including to the District of Connecticut.

15. Upon information and belief, each of the Additional Defendants has been a Walmart marketplace seller who has directly or indirectly infringed the Patents-in-Suit, as detailed in Exhibits B, C, D, E, and/or F, specifically identifying the infringing product(s) sold by each Defendant, in the District of Connecticut by, among other things, importing, manufacturing, distributing, marketing, offering to sell and/or selling infringing products and services in the United States, including in this district, through *Walmart.com*, or other online marketplaces, and otherwise purposefully directing infringing activities to this district in connection with the infringing planking devices covered by the Patents-in-Suit. For a complete list of the Additional Defendants, *see* the "PARTIES" section of this Complaint.

## **PARTIES**

16. Plaintiff is an individual residing in Connecticut.

17. Upon information and belief, Joybuy America advertises, distributes, and sells products under various brand names, including "Joybuy Express," "Joybuy America," "Joybuy Fashion," and "Joybuy Selection" to consumers throughout the United States, including consumers within this Court's jurisdiction.

18. Upon information and belief, Plaintiff alleges that Defendants Joybuy America and Joybuy Tech are affiliated with Joybuy, a Hong Kong e-commerce business listed on the NASDAQ stock exchange in New York, New York under the ticker JD.

19. Plaintiff is informed and believes and therefore alleges that Defendants Joybuy America and Joybuy Tech are fully or substantially owned and controlled by Defendant Joybuy.

20. Upon information and belief, Plaintiff alleges that Joybuy advertises, distributes, and sells products under its own brand names, including "Joybuy," to consumers throughout the United States, including consumers within this Court's jurisdiction.

21. According to JD.com's 2021 annual report (JD.com 2021 Annual Report), Joybuy has a strategic relationship with Walmart in e-commerce and other ventures and counts Defendant Walmart as one its largest shareholders with an approximately 9.3% ownership interest at the time.

**ADDITIONAL DEFENDANTS**

22. The Additional Defendants are Walmart marketplace sellers who have directly or indirectly infringed one or more of the Patents-in-Suit in the District of Connecticut by, among other things, importing, manufacturing, distributing, marketing, offering to sell, selling infringing products or engaging in the practice of patented methods in the United States, including in this district, through *Walmart.com*, other online marketplaces, and otherwise purposefully directing infringing activities to this district in connection with the infringing planking devices covered by one or more of the Patents-in-Suit.

23. The Additional Defendants include Defendant Centune Toon, Inc. (a.k.a. CentuneToon Home), a Colorado corporation, Defendant HTPOIL HOLDING TRADE CO., LTD, a Colorado business entity, Defendant Li Ma, an individual, previously acting as a representative of IAOBAO LIMITED (a dissolved Colorado business entity) and currently doing business as IAO TECH, INNO PRODUCTS MALL, INC., Defendant INNO

PRODUCTS MALL, INC., a Colorado corporation, Defendant JAYBALLY, INC., a Colorado corporation, KESLEN LLC, a California limited liability company, Defendant New Shining Image LLC (a.k.a. NSI Deals), a New York limited liability company, and Defendant Weichang Zhang of Wenchang Liuzuohu Shangmao Youxiangongsi Ltd (a.k.a. Street Corner Co., Ltd), a Chinese business entity (collectively, the "Additional Defendants"). They are included as Additional Defendants due to their infringing activities on *Walmart.com* or other channels and upon information and belief that they may be operating in coordination with other defendants, including the Joybuy Defendants, based on their shared strategy of offering infringing products at similar times or otherwise acting as alter egos.

24. Upon information and belief and as further explained below, the Joybuy Defendants have been or are acting in coordination with certain of the Additional Defendants, including but not limited to Centune Toon, Inc. (a.k.a. CentuneToon Home), and other parties that Defendant Joybuy exercises control over or has a close business relationship with, and are otherwise liable for relief related to or arising out of the same transaction, occurrence, or series of transactions or occurrences related to the making, using, importing into the United States, offering for sale, selling infringing planking products or engaging in the practice of patented methods in this District.

25. Upon information and belief, Plaintiff alleges that there may be additional entities involved in the infringement of the Patents-in-Suit, including peripheral sellers with a connection to Defendant Joybuy and/or Walmart. Plaintiff alleges that these entities may be related or affiliated with Defendant Joybuy or Walmart, or may be acting in coordination with them. Plaintiff reserves the right to amend this Complaint to assert that Joybuy is the alter ego of specific Additional Defendants and therefore hold the Joybuy Defendants or Defendant

Walmart liable for their actions or include any additional defendants or theories of liability that may be discovered through the course of discovery.

**ALTER EGO LIABILITY AS TO THE JOYBUY DEFENDANTS AND OTHERS**

26. Upon information and belief, during the period relevant to this Complaint, there existed a unity of interest or other close business relationship between Defendants Joybuy America, Joybuy Tech, certain of the Additional Defendants, and other affiliated entities involved in the infringement of the Patents-in-Suit, on the one hand, and Defendant Joybuy.

27. Upon information and belief, Joybuy America and Joybuy Tech are the alter egos of Joybuy, in that Joybuy America and Joybuy Tech were established and used by Joybuy to carry out its business, while Joybuy maintained complete control and dominance over Joybuy America and Joybuy Tech, including their business operations and assets, to such an extent that Joybuy America and Joybuy Tech were mere shells, instrumentalities, and conduits through which Joybuy conducted business, with no real separateness or individuality between them.

28. Upon information and belief, Joybuy America and Joybuy Tech may have been inadequately capitalized during the period relevant to this Complaint, such that their capitalizations were potentially illusory and trifling.

29. During the period relevant to this Complaint, the Joybuy Defendants used substantially similar branding and logos as Joybuy, and shared nearly identical websites and email addresses. Specifically, on *Walmart.com*, Joybuy America and Joybuy used non-differentiated branding and identical logos.

30. Upon information and belief, during the period relevant to this Complaint, the Joybuy Defendants shared employees.

31. Joybuy America and Joybuy Tech, during the period relevant to this Complaint, shared the same physical address for their business operations, located at 675 E Middlefield Rd, Mountain View, California 94043.

32. During the time period relevant to this Complaint, Joybuy America and Joybuy Tech both listed Nani Wang as CEO, CFO, and Secretary in their filings with the California Secretary of State and that Ms. Wang was listed as located at the aforementioned Mountain View address in filings for both of the aforementioned Defendants.

33. During the time period relevant to this Complaint, Joybuy America and Joybuy Tech shared the same registered agent for service of process.

34. During the relevant period of this Complaint, it appears that Joybuy America and Joybuy Tech shared the same office space, employees, executives, and branding, which may suggest a lack of independence and an absence of an arms-length relationship among the Joybuy Defendants

35. Adherence to the fiction of the separate existence of the Joybuy Defendants would permit an abuse of the corporate privilege and would sanction malfeasance, promote injustice, and otherwise aid in the commission of unlawful conduct. This is true because, as Plaintiff is informed and believe, at all relevant times, Joybuy America and Joybuy Tech operated as mere instrumentalities of Joybuy, with little or no genuine independence or separate corporate governance. The shared office space, employees, executives, and branding between the aforementioned entities further indicate a systematic and persistent failure to maintain an arm's length relationship between the Joybuy Defendants, perpetuating the fraud and injustice committed against Plaintiff.

36. Additionally, upon information and belief, based on information and belief, Joybuy had other corporate subsidiaries or affiliated entities during the relevant period covered by this Complaint, whose identities and potential roles in the Joybuy Defendants' infringement of the Patents-in-Suit and other actions described herein have not been ascertained yet.

37. Upon information and belief, additional alter ego corporate subsidiaries, including Jingdong Logistics United States Company, may be involved in the infringement of the Patents-in-Suit and other actions described herein, as they share common officers, locations, and agents for service of process with Joybuy America and Joybuy Tech.

38. Plaintiff reserves the right to amend this Complaint to include any additional alter ego corporate subsidiaries whose identities, actions, and roles in the Joybuy Defendants' infringement of the Patents-in-Suit and other actions described herein are discovered.

## PLAINTIFF AND HIS PATENTS

39. Plaintiff is the inventor and owner of several patents related to exercise equipment, including the Patents-in-Suit, true and correct copies of which are attached hereto as Exhibit A.

40. Plaintiff released his patented exercise equipment, the ABMILL Plank Trainer, in late 2018. The product features arm pads and hand grips on an adjustable frame, designed to enhance the effectiveness of traditional plank exercises and provide leverage to do many planking variations with increased comfort and stability.

41. The ABMILL Plank Trainer has been made available for purchase through various online channels, including but not limited to Plaintiff's website and Amazon.

**JOYBUY DEFENDANTS' ACTS GIVING RISE TO THIS ACTION**

42. Upon information and belief, the Joybuy Defendants are in the business of commercially manufacturing, selling, distributing, and displaying a variety of items via e-commerce channels, including fitness equipment.

43. Upon information and belief, the Joybuy Defendants sell products through both first party channels, such as their own websites, as well as through third party e-commerce sites including *Walmart.com* and are among the top sellers on *Walmart.com*'s marketplace, maintaining product listings in the tens of thousands across a variety of brands in their portfolio.

44. In 2022, Plaintiff conducted a Google search for the term "plank trainer" and discovered a substantial number of infringing activities involving his patented ABMILL Plank Trainer and the Patents-in-Suit. The search results showed a multitude of infringing products that replicated the ABMILL Plank Trainer in its entirety or included every element of at least one independent claim from the Patents-in-Suit. This proliferation of infringing products was particularly concerning for Plaintiff, as his product was struggling to gain recognition at the time.

45. The initial search results led to *Walmart.com*, where Plaintiff discovered numerous infringing product listings which appeared to be sold by a variety of sellers under obscure brand names such as "Geruite," "iPretty," "TAONMEISU," "Zochlon," and "PWtool," to name a few, whose business names were often long strings of letters with no spaces in Pinyin Chinese, presenting an especially daunting challenge for Plaintiff to assert his patent rights due to the vast proliferation of infringing products, the apparent number of diverse players involved, and the difficulty in tracking down responsible parties.

46. Plaintiff believed Walmart's online reporting form located at *https://brandportal.Walmart.com/ipservices* could help solve the problem, and began using it on September 24, 2022, hopeful that diligent use of this tool would be effective in curbing such activities.

47. On September 24, 2022, Plaintiff sent an email request to Walmart for additional assistance with the unusually high number of infringing listings that had been discovered and applied to register on Walmart's Brand Portal to facilitate the reporting process. However, despite the email request, Plaintiff received no response, and Walmart rejected the application, obscurely citing inability to verify the information provided. Therefore, Plaintiff continued utilizing the online reporting form, which did not require registration.

48. During the initial reporting phase that lasted several weeks, Plaintiff submitted approximately 260 reports using the tool. As of March 24, 2023, the total number of reports submitted had exceeded 1,000. As of April 30, 2023, there are at least 58 listings for infringing planking devices on *Walmart.com*, including at least 50 attributable to the Joybuy Defendants. These listings are for products substantially identical to Infringing Devices 2, 4 and 8 (as described in the Exhibit B), Infringing Devices 10 and 11 (as described in Exhibit C), and Infringing Devices 12 and 13 (as described in the Exhibits E), as well as to listings that were previously reported and removed by Walmart's Trust and Safety team.

49. In response to Plaintiff's repeated reporting of infringing product listings, Walmart sent takedown notification emails, which were largely standardized, acknowledging its commitment to respecting intellectual property rights and removing reported listings. However, in the case of at least approximately 60 listings, substantially identical to others that

were unpublished, Walmart suggested that Plaintiff contact the sellers directly to resolve the matter instead of removing them.

50. Upon further review of the listings that Walmart advised Plaintiff could be resolved directly with the seller, Plaintiff discovered that the many of the listings were sold by the Joybuy Defendants, while some other sellers listed under obscure business names also appeared to have benefitted from Walmart's decision not to unpublish their listings.

51. When Plaintiff contacted some of these sellers directly, he found that they were either unresponsive or not truthful in their communications with Plaintiff, or their email contact information was invalid. For example, on September 30, 2022, Plaintiff sent a cease-and-desist letter to the contact email address listed on Joybuy America's official site, *https://www.joybuy-us.com*, which was *service-us@jd.com*; however, the email bounced back to Plaintiff, indicating that the email address may have been invalid or inactive at the time. Plaintiff also attempted to contact JD.com, Joybuy's parent company, through various email addresses found through internet research, including *service@jd.com, worldwide@jd.com, ir@jd.com,* and *press@jd.com,* but did not receive a response.

52. From September 24 through December 17, 2022, Walmart removed only a small number of infringing products that were acknowledged as being sold by the Joybuy Defendants (*e.g.,* product ID # 1100845674, 1724086171), with more removals to follow.

53. As of March 24, 2023, Walmart had removed approximately 90 infringing product listings in which either Joybuy or Joybuy America was identified as the "Sold and shipped by" seller or otherwise to be responsible party.

54. However, the actual number of infringing listings attributable to the Joybuy Defendants may be greater, and the number removed by Walmart is uncertain due in part to

certain limitations in its reporting process. For instance, many out-of-stock items have no consumer-facing seller associated with them, and it is unclear whether a Joybuy Defendant or someone else was the seller. In some cases, the disposition or provenance of the products was never disclosed by Walmart. Additionally, Walmart's takedown notification emails provided product numbers and parties responsible for them in unmatched groupings, making it difficult to accurately track and identify infringing products and the responsible parties.

55. Even after being taken down, the presence of a large number of illicit listings on a platform can cause lasting damage due to factors such as sponsored ads and persistent caching by search engines, which can continue to display links or removed web pages. As a result, infringing listings can have a prolonged digital footprint that leads consumers to find illicit products on other channels, despite their removal from Walmart's Marketplace. Furthermore, the one-time visibility of such listings can reinforce the illicit products, as they carry the imprimatur of Walmart's well-known brand and reach, weakening the Plaintiff's ability to establish a market for his own products, eroding trust in Plaintiff's product and diminishing its appeal as a viable alternative in a crowded marketplace dominated by generic-seeming alternatives.

56. On or about January 5, 2023, through counsel retained for the purpose, Plaintiff sent a certified mail and email infringement notice to Walmart describing the problem with email follow-up. Walmart responded to the communication through different legal representatives on January 11 and January 17, 2023, directing Plaintiff to use their online reporting form for intellectual property claims.

57. Walmart routinely provided details on the responsible seller for specific products in their takedown notifications. In a notification regarding Joybuy products on

January 2, 2023, Walmart identified its own representative, Megan Gamble, as the point of contact for Joybuy's *Walmart.com* intellectual property infringement issues. This was not an isolated event, as in a March 2, 2023 email regarding other products, Gamble was once again the primary point of contact for issues relating to Joybuy's intellectual property compliance, indicating her ongoing responsibility for addressing these issues for Joybuy.

58. In early March 2023, Joybuy continuously relisted an infringing planking device under different brand names simultaneously, despite it having been removed multiple times in the past. This pattern of behavior had also been, and continues to be, observed with other infringing products in their inventory. Despite repeated alerts to Walmart, no proactive steps were taken to address the ongoing patent violations, exacerbating the ongoing patent violations. On March 4 and 6, 2023, Plaintiff reached out to Joybuy to seek a resolution.

59. In emails to the responsible parties designated by Walmart, including Gamble at the email address provided, *megan.gamble@walmart.com*, Plaintiff requested cooperation in stopping the flagrant infringing activity. Plaintiff informed Joybuy's designated individuals that the assertion of the Patents-in-Suit had resulted in removal of all of its products previously offered and that it should announce its intentions within this product category to avoid potential future infringement. Despite Walmart designating Gamble as the primary point of contact and the only named representative for Joybuy's intellectual property compliance in the relevant emails, Plaintiff received no response to his correspondence, and Joybuy's infringing activities did not abate.

60. Joybuy's flagrant and ongoing infringement activities not only caused significant harm to Plaintiff's intellectual property rights but also contributed to the widespread degradation of the value of his valid intellectual property, making it appear unremarkable in the

marketplace. Taking advantage of Walmart's system delay and lack of proactive measures, Joybuy infused the market with infringing products, including multiple copies of the same product under different brand names, with little consequence, further contributing to the confusion and erosion of Plaintiff's intellectual property rights.

61. Walmart treated each infringing product as a separate issue rather than consistently removing all similar infringing items. Joybuy repeatedly took advantage of this by listing multiple copies of, for example, Infringing Device 11 (as described in Exhibit D) with different brand names, such as "zppruwe," "Willy," "Sehao," "ociviesr," "ForestYashe," and others, resulting in excessively rampant infringement. Despite numerous reports and notices of infringement, and Walmart's ability to monitor and remove infringing listings, Joybuy continued to persist in its strategy, including maintaining nine duplicate listings of the infringing device under various names such as "cuitcosohg" and "YCLKVG" as of April 30, 2023. This is just one example of Joybuy's strategy of listing multiple identical infringing products under different brand names, or even the same brand, which is evident in many infringing planking devices currently listed in Walmart's Marketplace, where multiple duplicates only serve to clutter the marketplace with indistinguishable and infringing products.

62. The Joybuy Defendants are known to be major players in the distribution of products generally implementing a system of utilizing a system of smaller vendors or affiliated suppliers to distribute products.

63. It is believed that the large-scale proliferation of infringing products, such as those witnessed in this case, is the result of active encouragement from actual manufacturers or larger sellers who use a network of smaller vendors or conduits to distribute the infringing

products, and this infringement shielding strategy has been used by vendors on *Walmart.com*, including those selling infringing planking devices.

64. Smaller vendors or entities with alter ego names can be set up efficiently by those with knowledge of overseas company formation, taking advantage of anonymity, geographical distance, language barriers, and the difficulties in enforcing intellectual property rights across jurisdictions, to shield the main infringer from liability, as the smaller entities can simply disappear or reform when confronted with infringement allegations.

65. Entities identified by Walmart as the sellers responsible for infringing planking devices often have a limited digital presence consisting mainly of their *Walmart.com* seller profile and a few instances where they were named as defendants in intellectual property infringement cases. This suggests that these entities may have restructured or ceased operations in response to previous infringement allegations.

66. For instance, vendors of infringing planking devices such as Shenzhenshi Bosite Maoyiyouxiangongsi (a.k.a. Bring good luck) and Shenzhenshi Keruiheng MaoyiYouxiangongsi have online presences that primarily showcase their involvement in intellectual property litigation, their *Walmart.com* seller profile, or apparent ties to brands in Joybuy's brand portfolio, such as "Casinow," "Geruite" and "Ksruee." The fact that these entities are permitted to become *Walmart.com* sellers despite having no legitimate identity or significant digital presence complicates the task of asserting patent rights against infringing sellers, as these entities may prove difficult to locate or may be effectively judgment-proof.

67. Joybuy is connected to other infringing entities through individuals serving as corporate representatives for multiple companies, both domestic and overseas, according to available information. Meifang Wu, who is associated with at least two infringing companies,

Shenzhen Chuang Shi Tong Technology Co., Ltd (a.k.a. Creativion of happiness) and Defendant Centune Toon, Inc. (a.k.a. CentuneToon Home), is one such individual. Walmart explicitly named Wu as a point of contact for Shenzhen Chuang Shi Tong Technology Co., Ltd (a.k.a. Creativion of happiness), and in public filings she is listed as the registered agent for Centune Toon, Inc. (a.k.a. CentuneToon Home). Joybuy is directly linked to Centune Toon, Inc. (a.k.a. CentuneToon Home), which appears to have minimal corporate identity apart from Joybuy since, as of May 2, 2023, Joybuy was the only seller of products bearing the "CENTUNE TOON" brand on *Walmart.com*. Joybuy and Shenzhen Chuang Shi Tong Technology Co., Ltd (a.k.a. Creativion of happiness) are at least indirectly linked through their shared association with Wu and offering identical product numbers in Walmart's seller database. They are also the only two sellers currently offering Infringing Device 12 (as described in Exhibit E) with product ID #1477513830 / 174881074, which further indicates a possible connection. However, Walmart misrepresented these entities as distinct and separate and failed to disclose Wu's ties to Centune Toon, Inc. (a.k.a. CentuneToon Home) and Joybuy, which highlights Walmart's misleading handling of infringing parties on its platform.

68. Building on the previously mentioned association between infringing entities and Joybuy, these entities often listed identical infringing products concurrently and under brands within Joybuy's brand portfolio. In addition, metadata generated by Walmart's categorization and search criteria frequently associate these entities with Joybuy, as revealed by *Walmart.com* searches, suggesting a closer relationship than initially portrayed. Additionally, Walmart's seller database revealed that certain vendors were tied to Joybuy as the only sellers offering specific infringing planking devices, but did not offer such devices independently from Joybuy.

69. Walmart's connection to infringing entities became apparent after Plaintiff reviewed raw search results that revealed cached versions of pages from *Walmart.com.* These pages bypassed the search engine's standard metadata curation and displayed *Walmart.com* listings, including a variety of different consumer goods offered at some point in time by entities identified by Walmart as having directly sold infringing plank training devices. Despite previous listings showing products as "Sold and shipped" by a particular infringing entity, the current active page displayed Joybuy or Joybuy America as the seller. The fact that a Joybuy Defendant was listed as the seller on current pages for consumer goods previously sold by infringing entities indicates a clear connection between them. Further, this observation was repeatedly borne out, including but not limited to in reference to Iaobao Limited (a.k.a. IAO Tech), Shenzhen Shi Yungang Maoyi Youxiangongsi, and Shenzhenshi Wanwei Weilaikeji Youxiangongsi (a.k.a. Most satisfied), three entities that have been linked to the Joybuy Defendants and are discussed in further detail later in this complaint.

70. It is unmistakable that infringing products associated with Joybuy have been sold on *Walmart.com*, as confirmed by Walmart's own database and product reporting tool, and that brand names within Joybuy's brand portfolio have been used for listing substantially identical infringing planking devices.

71. The Joybuy Defendants have capitalized on their relationship with Walmart to sell infringing products on a large scale, in an arrangement that has allowed them to unfairly compete with American businesses, causing harm to American consumers, inventors, businesses alike, including Plaintiff.

72. The issue of infringement on *Walmart.com* is widespread with multiple storefronts, and the full extent of their infringement activities across other platforms and

distribution channels remains to be determined. With the flaws in Walmart's removal process allowing the repeated relisting of infringing products by Joybuy and others, infringing planking devices have remained persistently present on *Walmart.com* since their discovery by Plaintiff.

73. While multiple entities have been found to infringe on Plaintiff's patents via *Walmart.com* and other platforms, Joybuy stands out as the sole offender that has actively used its expertise in Chinese company formation and access to inexpensive goods to conduct a widespread and audacious infringement campaign. Joybuy has formed US-based companies to exploit America's strong corporate protections and benefits, while undermining the system of innovation and fair competition that these protections are intended to foster. Joybuy's persistent sale of infringing products has had a detrimental impact on American parties, including Plaintiff, whose ability to conduct business and protect his intellectual property has been impaired as a result of the company's illicit conduct.

## WALMART'S ACTS GIVING RISE TO THIS ACTION

74. Plaintiff incorporates by reference each and every allegation in the preceding paragraphs.

75. As the operator and controller of *Walmart.com*, its e-commerce and retail platform for various goods, Walmart exercises complete control over the vendors and products authorized to sell on its platform, effectively acting as the gatekeeper and regulator of the marketplace.

76. All listings on *Walmart.com* are subject to Walmart's discretion and approval.

77. Walmart's actions demonstrate a pattern of bad faith conduct, willful blindness, and enabling behavior in facilitating Joybuy's and others' ongoing and persistent

strategy of stealing intellectual property at the expense of Plaintiff's hard-earned innovations and rights.

78. Given Walmart's prominent position as an online retailer with significant experience in intellectual property infringement issues, it is reasonable to infer that Walmart was aware of the strategy employed by infringers to use shell companies and interconnected entities to evade detection and conduct large-scale infringement, and how the lack of honest and transparent information about these interconnections is the cornerstone by which infringers execute their strategy.

79. Walmart asserts that it is not liable for infringing acts of third-party sellers on its platform in part because they list their goods on *Walmart.com* independent of Walmart's control or influence.

80. However, while Walmart is not directly responsible for the actions of third-party sellers, it does have a legal obligation, despite its hesitancy to meet it, to take reasonable steps to prevent infringing products from being listed or sold on its platform, and it has been entirely free to do so.

81. In addition, Walmart cannot credibly claim to be an independent operator of the marketplace in this case, given its direct sale of infringing planking devices, as will be described in the following paragraphs, and its unique relationship with Joybuy as a top seller on the platform and a subsidiary of Walmart's partner company.

82. Throughout this case, evidence suggests that Walmart engaged in a pattern of leveraging its intellectual property reporting process to obtain favorable outcomes for select sellers while allowing others to continue selling infringing products with minimal consequences. This behavior enabled Joybuy and others to engage in widespread infringement,

causing significant harm to the intellectual property rights of numerous inventors and businesses, including Plaintiff's in this case. Despite the appearance of being a responsible corporate citizen, Walmart's actions were disingenuous, creating decoys and straw figures to deflect blame and evade responsibility for its role in facilitating this infringement.

83. As previously mentioned and to be discussed in greater detail below, Walmart participated in Joybuy's infringement issues by appointing an internal team member to handle concerns about Joybuy's intellectual property compliance and disseminating misleading information about the nature of Joybuy's business relationships. By delegating responsibility to its own employee and spreading misinformation supplied by the Joybuy Defendants or their affiliates, Walmart enabled and abetted their large-scale infringement activities, hindering Plaintiff's ability to protect his intellectual property rights.

84. From the first reports of infringement in September 2022 through early May 2023, Walmart acted unreasonably to retain certain infringing listings despite removing substantially identical reported products from other sellers. In addition, Walmart did not comply with fundamental intellectual property requirements, exemplified by its decision to allow Joybuy's products to remain visibly "out of stock," including one such product (product ID #1138468103) that is still displayed on the *Walmart.com* marketplace, apparently mistakenly believing that merely removing a Joybuy or Joybuy America as the seller would suffice as an adequate solution.

85. In allowing favored sellers to operate outside of standard enforcement measures, Walmart cited their agreement with Marketplace Sellers as justification for the selective enforcement of its policies. In these cases, Walmart required Plaintiff to resolve patent claims directly with these favored sellers without transparency or explanation as to what

made these products or sellers exempt from standard enforcement measures, violating its duty to maintain a fair and equitable platform. As a result, Walmart facilitated a culture of leniency for favored sellers, including the Joybuy Defendants, and enabled prolonged and willful infringement, leaving Plaintiff at the mercy of infringers who Walmart should have known were unresponsive to the assertion of intellectual property rights.

86. During the period of March 10 to March 16, 2023, Walmart's gross negligence towards its Marketplace and disregard for the enforcement of intellectual property rights resulted in a devastating blow to Plaintiff's patent rights, underscoring an ongoing lack of effective measures to prevent such activity. In that short span of time, over 450 new listings featuring devices that infringe on Claim 19 of the '245 Patent were rapidly introduced on *Walmart.com*, including but not limited to Infringing Devices 2, 4 and 6 (as described in Exhibit B). These listings were not only substantially identical, but also featured identical product images and descriptions. While a significant number of listings initially showed as "out of stock," making them harder to trace, the same small group of sellers, including but not limited to Defendant Wenchang Liuzuohu Shangmao Youxian Gongsi (a.k.a Street Corner Co., Ltd.), Anqing Dingwen Shangmao Youxiangongsi (a.k.a Wonderful Store), Xiangyang Shixujun Shangmao Youxiangongsi (a.k.a. A Delicate Store), Haikou Hanzhi Shangmao Youxian Gongsi(a.k.a. First Choice for You), and Shanghai Saman Shangmao Youxiangongsi (a.k.a. Unbeatable Sale Store), were responsible for both the active and out-of-stock listings. Breaking down the numbers, Street Corner Co., Ltd. and Wonderful Store alone were responsible for approximately 243 and 146 of the infringing listings, respectively. These excessive listings, featuring substantially identical infringing products, were launched in an

effort to flood the market with infringing products, indicating a deliberate attempt to undermine the Plaintiff's patent rights and disrupt his business.

87. It is reasonable to infer that the sellers, actively engaged in uploading listings during this time period, acted in coordination. Based on Joybuy's ongoing use of certain brand names likely originating with certain of these sellers, such as the "Dingwens" brand,[1] as well as other evidence, it cannot be ruled out that Joybuy may have played a role in the combined effort. Furthermore, Walmart was aware of the interrelatedness of the sellers involved, as evidenced by the fact that it identified multiple sellers with a shared point of contact, indicating a coordinated effort. For example, in a March 21, 2023 email, a Chinese national named Weichang Zhang was listed as the contact for both Wenchang Liuzuohu Shangmao Youxian Gongsi (a.k.a Street Corner Co., Ltd.) and Shuang Jue Teng Shang Mao, providing evidence of a coordinated effort between the two sellers.

88. Shockingly, despite Plaintiff's repeated written notices seeking assistance from Walmart during this accelerated infringement, Walmart failed to respond with any meaningful action until it eventually sent generic takedown notices with disposable email addresses and unattended phone numbers for the sellers. Despite this action, the damages to Plaintiff's rights are significant and long-lasting.

89. As mentioned previously, regardless of removal, infringing listings can continue to have a long-lasting impact through sponsored ads displaying the product image and information, promoting the infringing product regardless of whether they lead to a current

[1] The brand name "Dingwens" is likely derived from the founder's name of Anqing ***Dingwen*** Shangmao Youxiangongsi (a.k.a. Wonderful Store) as it is a word without common usage or geographical reference that appears in the Pinyin transliteration of the company's name (emphasis added). As of May 2, 2023, Joybuy was the exclusive seller of the "Dingwens" brand on *Walmart.com,* with Joybuy selling the only such product on the site (product ID 1313143027).

listing on the Marketplace or not. This undermines Plaintiff's ability to establish a market for his product and secure partnerships with legitimate retailers and distributors.

90. When Plaintiff requested more substantial seller contact information from Walmart, Walmart's response was inadequate, merely reminding Plaintiff that the listings had been removed and providing the same insufficient contact information as before, leaving Plaintiff with no other choice but to take legal action to protect his rights.

91. Walmart's inadequate responses and piecemeal approach to addressing the infringement on its platform, providing only short-lived respites, with no meaningful redress offered, and little assurance that similar infringement will not occur again in the future, has resulted in irreparable harm to Plaintiff's ability to establish a foothold in the market for the products that he envisioned, created and patented.

92. As Walmart routinely provided contact information for both sellers and rights holders, it indicated a recognition of its responsibility to address issues related to infringement. By facilitating communication through its dedicated Trust & Safety team, Walmart creates an expectation of accountability and enforcement for both infringers and rights holders, potentially influencing their behavior.

93. In an extraordinary move, Walmart designated its own representative, Megan Gamble, as the primary point of contact for Joybuy's intellectual property infringement concerns, in direct contrast to its regular practice of providing only third parties in seller contact information. This clearly demonstrated Gamble's role in addressing Joybuy's infringement issues and Walmart's direct involvement in those actions.

94. As mentioned, Plaintiff sent two separate notices of infringement to Gamble and other parties on March 4 and March 6, 2023, respectively, regarding Joybuy's flagrant and

persistent infringement practices. However, despite these efforts, no response was received from Gamble or the other parties, and the infringement continued without any acknowledgement from Walmart or Joybuy. Walmart's failure to take any meaningful preventative measures against infringement, despite being aware of Joybuy's infringing activities through its own designated representative, demonstrates a willful disregard for Plaintiff's intellectual property rights.

95. Between September 30, 2022 and February 7, 2023, Walmart denied Plaintiff registered access to its Brand Portal reporting tool, which impeded Plaintiff's ability to fully comprehend the extent of infringement on the Walmart platform. The Brand Portal allows users to identify sellers connected to a reported URL by accessing its seller information database.

96. Despite Plaintiff's repeated requests for clarification, Walmart's responses were unhelpful and vague, leaving Plaintiff to rely on Walmart's unregistered IP submission form, which lacked the capacity to identify multiple sellers for a single product, and takedown notification emails, which contained confusing, incomplete, or inaccurate information. This restricted Plaintiff's ability to effectively address infringement on the platform.

97. Walmart has taken an active role in mishandling dubious information in support of its sellers, under the guise of promoting the integrity and safety of its platform. Despite having information about connections between related entities selling on its platform, Walmart gave inconsistent information and ignored the crucial implications these connections had on the legitimacy of these entities' business activities. These actions served to create a misleading impression that these entities were not part of a larger network or under affiliated control. Furthermore, Walmart assisted Joybuy in obscuring associations between it and

purported peripheral sellers, allowing these lesser-known infringers to absorb the consequences of removal from the Marketplace or lawsuits while leaving Joybuy relatively unscathed.

98. Joybuy's dominant influence over certain brands in its portfolio has led to a strong indication that other sellers dealing in such brands would only do so through an arrangement or encouragement by the company. For example, as of April 5, 2023, Joybuy had exclusive control over approximately 400 active product listings for the "iPretty" brand on *Walmart.com*, suggesting that other entities that wanted to sell products under the same brand would need to have some sort of relationship with Joybuy. Nevertheless, Shenzhenshi Wanwei Weilaikeji Youxiangongsi (a.k.a. Most satisfied) sold multiple infringing plank trainers under the brand but was represented to be an entirely separate entity. Many entities involved in selling infringing planking devices have shown similar ties to Joybuy, despite Walmart's failure to disclose or accurately represent their connections.

99. Consistent with the trend of concealing affiliations, many alleged peripheral sellers have disappeared, making their online presence nearly undetectable. However, through an investigation of Walmart's metadata for product categorization and criteria matching, Plaintiff uncovered a clear pattern. Using *Walmart.com*'s search feature, Plaintiff conducted searches for certain infringing sellers represented as separate from Joybuy, yet consistently found that all the listings that appeared in the search results belonged exclusively to Joybuy. This indicates that Walmart's search algorithm strongly associated Joybuy with those purportedly separate sellers, which no longer had any presence on the site other than through their ties to Joybuy, directly contradicting Walmart's representations of disconnection and indicating a potentially deliberate effort to obscure Joybuy's role in infringing activity.

100. One explanation for the association between Joybuy and the peripheral sellers is that Walmart's back-end metadata system is linking the entities based on similarities in product descriptions, titles, and other data points, including pre-established associations. It is also possible that Joybuy has taken over the role of seller for certain infringing products formerly sold by peripheral sellers. Regardless of the specific reasons, Walmart's search algorithm has led to a noticeable correlation between Joybuy and peripheral sellers on its platform.

101. As previously discussed in paragraph 69, Joybuy's connection to certain peripheral sellers can also be discerned by bypassing a search engine's standard metadata filtering mechanism in order to cross-reference current Joybuy listings with previously archived listings from peripheral sellers, which are only accessible in unrefined search results and share matching product ID numbers. This cross-referencing provides clear evidence of Joybuy's control over the former listings of peripheral sellers, some of whom have also been identified in Walmart's infringement reports for selling infringing products. The observed correlation between Joybuy and these peripheral sellers strongly suggests Joybuy's involvement in their listing activities, including those related to infringing planking devices. Shenzhenshi Wanwei Weilaikeji Youxiangongsi (a.k.a. Most satisfied) is one example of an entity whose ties to Joybuy were brought to light through a process of cross-referencing archived product listings without metadata filtering. Other specific examples will be discussed in the following paragraphs, including Iaobao Limited (a.k.a. IAO Tech) and Shenzhen Shi Yungang Maoyi Youxiangongsi.

102. Furthermore, the correlation between Joybuy and peripheral sellers on Walmart's platform extends beyond search algorithms. Analysis of Walmart's own internal

seller database, accessed by its product reporting tool, revealed that Joybuy and purportedly unrelated entities are also linked together by their sales data and seller accounts. When comparing data for a variety of consumer goods from brands in Joybuy's brand portfolio, it was discovered that product listings could be displayed as "Sold and shipped by Joybuy" on the consumer-facing side, while the back-end seller was instead identified as one of the purported peripheral sellers, indicating a unity of interest between the entities. For example, a screenshot captured on or about March 31, 2023, documented this phenomenon with respect to a product sold by formerly frequent Joybuy co-seller Shenzhenshi Xiaodahuan Maoyi Youxiangongsi (a.k.a. Nice tryy), suggesting that Joybuy has had greater control over other infringing sellers than either Joybuy or Walmart has previously acknowledged. In addition, it appears that Walmart has recently consolidated Joybuy as the primary seller of numerous consumer goods that were previously co-sold by known infringing entities, as evidenced by Joybuy's recent consolidation of back-end sellers under its name.

103. Walmart's own takedown emails repeatedly revealed a pattern of known infringers being allowed to resurface under intertwined corporate identities to continue their activities with minimal consequences, as some individuals have been listed multiple times under different names and fictitious emails or phone numbers.

104. One specific example of this occurred with an individual named Ying Zhang, whose handling by Walmart began in early October 2022. Walmart identified Zhang as the representative of IAO Tech in a March 21, 2023 email, but did not make it clear that this entity had previously been referred to as Iaobao Limited, a Colorado-based business entity implicated in several of Plaintiff's initial infringement reports. Walmart also declined to provide a working email address for Iaobao Limited. Zhang was later identified as the representative of

Shenzhen Shi Yungang Maoyi Youxiangongsi in an email from Walmart dated October 13, indicating a relationship between the two entities despite Walmart's initial representation otherwise.

105. A forensic analysis of search results for Iaobao Limited and Shenzhen Shi Yungang Maoyi Youxiangongsi was conducted using the previously mentioned process of cross-referencing archived product listings obtained without metadata filtering. This examination revealed that Joybuy is currently the primary seller of Walmart product IDs that were previously attributed to these entities, indicating that Joybuy has directly supplanted them as a vendor and establishing a direct link between Zhang's entities, on the hand, and Joybuy, on the other. This finding, coupled with the fact that Shenzhen Shi Yungang Maoyi Youxiangongsi's limited internet trail consists primarily of multiple intellectual property infringement cases, raises serious concerns about the legitimacy of these companies as stand-alone entities, and highlights the laxity of Walmart's trust and safety protocols.

106. Furthermore, it cannot be emphasized enough that this instance is just one example of Walmart's lack of transparency regarding representatives serving multiple companies that are not only known infringers, but also intermingled with Joybuy as sellers identified by Walmart's back-end database on numerous consumer goods, including infringing planking devices. Most notably, Walmart's repeated written misrepresentations to maintain the fiction that infringing entities on its platform are legitimate sellers, rather than being under the control, influence, or direction of Joybuy, are a clear indication that the company has played a role in perpetuating infringing sellers' deceptions.

107. Walmart's direct sale of Infringing Device 8 (as described in Exhibit B), marketed under the name Yes4All Inno Board and product ID #230972272, reveals a clear

financial interest in the sale of infringing products on its platform and a willingness to profit from the sale of planking devices that borrow from Plaintiff's patented technology while competing against Plaintiff's ABMILL Plank Trainer. This not only created a conflict of interest for Walmart in enforcing intellectual property rights, but also suggests a willingness to prioritize profits over ethical business practices and the rights of patent holders.

108. Although Walmart acknowledged the evidence presented by Plaintiff as the basis for its decision to delete the listing, its takedown notification email on April 10, 2023 failed to acknowledge its responsibility as the direct seller of the infringing product, ignoring transparency and clarity regarding Walmart's liability for its actions.

109. Despite Walmart's assurance that it had removed the infringing product listing, the product was still available for purchase directly from Walmart as of May 3, 2023, at a reduced-price indicative of typical infringers' pricing tactics. Additionally, Walmart deliberately hindered efforts to track down other sellers of the infringing product, including ShopTags, LLC and DropAir, LLC, by invalidating the URL when entered into the Brand Portal reporting tool, effectively obscuring the digital trail of other sellers of Infringing Device 8 and obstructing Plaintiff's prevention of future infringement.

110. Walmart's conduct with respect to its infringing product listing is akin to that of other infringers who have a financial stake in undermining Plaintiff's patent rights without being held accountable for their actions, contrary to the obligation they have assumed to protect intellectual property on their platform.

111. It should be noted that Walmart has recently engaged in a practice of systematically deactivating URLs from being tracked in its Brand Portal reporting tool, as well as removing still-active peripheral sellers from being listed side-by-side as co-sellers with

Joybuy in its back-end seller database. This practice obscures the digital path of sellers with possible unity of interest and other evidence of possible unity of interest between Joybuy and such sellers, erasing critical evidence and obstructing the enforcement of intellectual property rights.

112. This case serves as a reminder of the power dynamics at play in the intellectual property world, where individual inventors and small businesses must fight against the complementary efforts of multinational corporations who use high-powered legal teams and deep pockets to prioritize profits over respecting patent rights, seizing on the vulnerabilities faced by patent holders in defending against infringers.

113. Walmart's actions to obscure the true source of infringing products, enable sellers deploying deceptive tactics, and hinder the enforcement of intellectual property rights are deeply concerning. Despite publicly promoting a commitment to American businesses, values, and trust and safety, Walmart has shown a willingness to prioritize profits over ethical business practices and the rights of patent holders. By taking appropriate action against infringing listings on its platform, Walmart could have easily put an end to the game of whack-a-mole that has forced hardworking and imaginative American creators to constantly chase a never-ending flow of infringing merchandise and try to track down their elusive sellers. In this case, the trail of elusive sellers leads back to Walmart itself.

**ADDITIONAL DEFENDANTS' ACTS GIVING RISE TO THIS ACTION**

114. Multiple storefronts on *Walmart.com* have engaged in selling infringing products, in addition to those sold by the Joybuy Defendants. While the exact number of infringing storefronts is yet to be determined pending discovery, as previously mentioned, Plaintiff made over 1,000 infringement complaints through March 24, 2023. It remains unclear

how many of these complaints are unrelated to the Joybuy Defendants or are otherwise interrelated due to the obfuscation tactics outlined above.

115. Plaintiff has joined the Additional Defendants to better address the issue of infringing products sold on *Walmart.com* by a variety of entities, including those with potential ties to the United States and to other infringers on the platform, and sales of infringing planking devices by these Defendants in other channels. The joinder of Additional Defendants will also facilitate discovery to better understand possible ties among defendants, including possible common sourcing, and address concerns regarding misleading information disseminated about such ties.

116. The Additional Defendants include Defendants Centune Toon, Inc. (a.k.a. CentuneToon Home) and Li Ma, an individual, previously acting as a representative of Iaobao Limited (a dissolved Colorado business entity) and currently doing business as IAO Tech, which engaged in such infringing activity with respect to infringing planking devices on *Walmart.com* under brands in Joybuy's brand portfolio, such as "Centwalm," and "Huoge," respectively, and each have had multiple consumer goods listings with matching product IDs shared with Joybuy and other connections to Joybuy as described earlier in this Complaint. HTPOIL HOLDING TRADE CO., Ltd engaged in such infringing activity with respect to infringing planking devices under the "Fovolat" brand. Defendant INNO PRODUCTS MALL, INC. engaged in such infringing activity with respect to infringing planking devices under the "Inno" brand, a name attached to the Yes4All Inno Board, which is currently sold by Walmart under its own name. Defendant JAYBALLY, INC. engaged in such infringing activity with respect to infringing planking devices under the "Kuluzego" brand, which is a brand offered in common with Joybuy, and Walmart declined to remove its reported listings citing its

agreement with Marketplace Sellers. Defendant KESLEN LLC engaged in such infringing activity with respect to infringing planking devices under the "eprolo" brand. Defendant New Shining Image LLC (a.k.a. NSI Deals) engaged in such infringing activity with respect to infringing planking devices under the "H&B Luxuries" brand.

117. Despite Plaintiff's repeated requests for removal of infringing planking devices, Street Corner Co., Ltd (a.k.a. Wenchang Liuzuohu Shangmao Youxian Gongsi) knowingly and willfully continued to offer and sell hundreds of infringing products under the "Liuzuohu" brand on *Walmart.com* in March 2023, in conjunction with others offering substantially identical products, without taking any meaningful action to address Plaintiff's concerns. Walmart provided only transient email addresses and phone numbers for Street Corner Co., Ltd, without providing physical addresses or further identifying information, prior to the filing of a formal legal complaint.

118. The Additional Defendants are believed to have a ready supply of infringing devices for sale on *Walmart.com* or other channels, and Plaintiff seeks to discover possible common sourcing among defendants to further understand their business practices.

**COUNT I: INFRINGEMENT OF U.S. PATENT NO. 10,286,245, CLAIM 19**

119. Plaintiff incorporates by reference and re-alleges all the foregoing paragraphs of this Complaint as if fully set forth herein.

120. Upon information and belief, Defendants, as detailed in Exhibit B specifically identifying the infringing product(s) sold by each Defendant, have directly infringed Claim 19 of the '245 patent by making, using, offering for sale, selling, and/or importing into the United States products and equipment that embody one or more claims of the '245 patent, including

but not limited to the infringing planking devices listed in Exhibit B (collectively, the "Claim 19 Devices").

121. As just one non-limiting example, set forth below (with claim language in italics) is a description of infringement of exemplary Claim 19 of the '245 patent in connection with the Claim 19 Devices. This description is based on publicly available information. Plaintiff reserves the right to modify the description of infringement of each Claim 19 Device, including but not limited to identifying infringement of other claims of the Patents-in-Suit, as it obtains additional information during discovery or through other means.

1(a) *An apparatus for facilitating a user to achieve a plank position, the apparatus comprising:* Each Claim 19 Device is specifically designed for facilitating a user to achieve a plank position.

1(b)(i) *a frame having a grip area coupled to a first end and an attachment portion disposed on a second end,* The Claim 19 Devices each include a frame having a grip area coupled to a first end, while the second end of the frame has a portion designed for attachment of the arm support member (as described below).

1(b)(ii) *wherein the grip area comprises at least two grips;* The Claim 19 Devices have a grip area that includes at least two grips, one for each of the user's hands. This feature is designed to facilitate the user's ability to maintain a plank position and to provide support and stability for the user's arms or hands during the exercise.

1(c)(i) *an arm support member having a padded portion and a ground-engaging portion,* The Claim 19 Devices also include an arm support member, which has a padded portion to provide comfort and support for the user's arm, and a ground-engaging portion that allows it to rest on the ground.

1(c)(ii) *wherein the arm support member couples to the attachment portion,* The arm support member of each of the Claim 19 Devices is coupled to the frame, and this connection occurs at the attachment portion.

1(c)(iii) *and wherein a position of the at least two grips or the arm support member is moveable;* In each of the Claim 19 Devices, either the grips or the arm support can move position to accommodate the user's needs.

1(d) *a ground interface surface allowing the apparatus to maintain a self-stabilized position on the ground whereby when the apparatus is placed on the ground, the ground interface surface is in level contact with the ground.* The Claim 19 Devices include a ground interface surface that is in level contact with the ground, allowing the devices to maintain a self-stabilized position when placed on a flat surface.

122. At least prior to the filing and service of this Complaint, Defendants, as detailed in Exhibit B specifically identifying the infringing product(s) sold by each Defendant, are also indirectly infringing the '245 patent.

123. Defendants so identified have actual knowledge of Plaintiff's rights in the '245 patent and details of their infringement of the '245 patent based on at least the filing and service of this Complaint.

124. Defendants so identified have manufactured, used, imported, offered for sale, and/or sold the infringing products. They have knowingly induced their business partners and purchasers to infringe the Patents-in-Suit by using and/or selling the Claim 19 devices. Such actions are in violation of 35 U.S.C. § 271 and demonstrate their willful blindness to Plaintiff's patent rights.

125. Additionally, Walmart has allowed the Claim 19 devices to be offered for sale and/or sold in its marketplace. Walmart has knowingly facilitated the infringing activities of its third-party sellers and purchasers, thereby inducing such infringing activities and violating 35 U.S.C. § 271.

126. Such actions by Defendants so identified, as detailed in Exhibit B, and Walmart constitute indirect infringement of the Patents-in-Suit, as well as contributory infringement and vicarious infringement, as respectively alleged in Succeeding counts of this Complaint.

127. The infringement described above in this Section has caused, and is continuing to cause, damage and irreparable injury to Plaintiff, and Plaintiff will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court.

128. Based on the foregoing allegations, Plaintiff has established a clear and convincing case of direct, indirect, contributory, and vicarious infringement of its patented technology by Defendants so identified. Such Defendants have knowingly manufactured, used, imported, offered for sale, and/or sold the infringing products, while Walmart has facilitated these activities and profited from the sales. Such infringement has caused, and continues to cause, significant damage and irreparable harm to Plaintiff's business and reputation, and threatens to undermine the value and validity of its patents. As a result, Plaintiff respectfully requests that this Court grant injunctive relief and award damages in accordance with 35 U.S.C. §§ 271, 281, 283, and 284.

**COUNT II: INFRINGEMENT OF U.S. PATENT NO. 10,286,245, CLAIM 16**

129. Plaintiff incorporates by reference and re-alleges all the foregoing paragraphs of this Complaint as if fully set forth herein.

130. Upon information and belief, Defendants, as detailed in Exhibit C specifically identifying the infringing product(s) sold by each Defendant, have directly infringed Claim 16 of the '245 patent by making, using, offering for sale, selling, and/or importing into the United States products and equipment that embody one or more claims of the '245 patent, including but not limited to the infringing planking devices listed in Exhibit C (collectively, the "Claim 16 Devices").

131. As just one non-limiting example, set forth below (with claim language in italics) is a description of infringement of exemplary Claim 16 of the '245 patent in connection with the Claim 16 Devices. This description is based on publicly available information. Plaintiff reserves the right to modify the description of infringement of each Claim 16 Device, including but not limited to identifying infringement of other claims of the Patents-in-Suit, as it obtains additional information during discovery or through other means.

1(a) *An apparatus for facilitating a user to achieve a plank position, the apparatus comprising:* Each Claim 16 Device is specifically designed for facilitating a user to achieve a plank position.

1(b) a *tube having a grip area coupled to a first end and an attachment portion disposed on a second end, wherein the grip area comprises at least two grips*; The Claim 16 Devices have a tube with a grip area connected to one end and an attachment portion located on the other end, and the grip area contains at least two grips.

1(c) *an arm support member having a padded portion and a tube engaging portion, wherein the tube engaging portion couples to the attachment portion*; The Claim 16 Devices include an arm support member having a padded portion and a tube engaging portion that is coupled to the attachment portion of the tube.

1(d)(i) *a rotational feature engageable by the tube,* Each of the Claim 16 Devices includes a rotational feature, which is engageable by the tube of the device.

1(d)(ii) *wherein the rotational feature is positioned underneath the tube and facilitates a rotational movement of the tube about at least one rotational axis, and*; In each Claim 16 Device, the rotational feature is positioned underneath the tube and enables the tube to rotate about at least one rotational axis.

1(d)(iii) *wherein the rotational feature comprises an at least partially spherical component or other curved surface facilitating a controlled alteration of an angle of orientation of the apparatus relative to the ground by the user.* Each Claim 16 Device's rotational feature includes an at least partially spherical component or other curved surface that facilitates a controlled alteration of an angle of orientation of the device relative to the ground by the user.

132. At least prior to the filing and service of this Complaint, Defendants, as detailed in Exhibit C specifically identifying the infringing product(s) sold by each Defendant, are also indirectly infringing the '245 patent.

133. Defendants so identified have actual knowledge of Plaintiff's rights in the '245 patent and details of their infringement of the '245 patent based on at least the filing and service of this Complaint.

134. Defendants so identified have manufactured, used, imported, offered for sale, and/or sold the infringing products. They have knowingly induced their business partners and purchasers to infringe the Patents-in-Suit by using and/or selling the Claim 16 devices. Such actions are in violation of 35 U.S.C. § 271 and demonstrate their willful blindness to Plaintiff's patent rights.

135. Additionally, Walmart has allowed the Claim 16 Devices to be offered for sale and/or sold in its marketplace. Walmart has knowingly facilitated the infringing activities of its third-party sellers and purchasers, thereby inducing such infringing activities and violating 35 U.S.C. § 271.

136. Such actions by Defendants so identified, as detailed in Exhibit C, and Walmart constitute indirect infringement of the Patents-in-Suit, as well as contributory infringement and vicarious infringement, as respectively alleged in succeeding counts of this Complaint.

137. The infringement described above in this Section has caused, and is continuing to cause, damage and irreparable injury to Plaintiff, and Plaintiff will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court.

138. Based on the foregoing allegations, Plaintiff has established a clear and convincing case of direct, indirect, contributory, and vicarious infringement of its patented technology by the Defendants so identified and Walmart. Such Defendants have knowingly manufactured, used, imported, offered for sale, and/or sold the infringing products, while Walmart has facilitated these activities and profited from the sales. Such infringement has caused, and continues to cause, significant damage and irreparable harm to Plaintiff's business

and reputation, and threatens to undermine the value and validity of its patents. As a result, Plaintiff respectfully requests that this Court grant injunctive relief and award damages in accordance with 35 U.S.C. §§ 271, 281, 283, and 284.

**COUNT III: INFRINGEMENT OF U.S. PATENT NO. 11,491,364, CLAIM 1**

139. Plaintiff incorporates by reference and re-alleges all the foregoing paragraphs of this Complaint as if fully set forth herein.

140. Upon information and belief, Defendants, as detailed in Exhibit D specifically identifying the infringing product(s) sold by each Defendant, have directly infringed Claim 1 of the '364 patent by making, using, offering for sale, selling, and/or importing into the United States products and equipment that embody one or more claims of the '364 patent, including but not limited to the infringing planking devices listed in Exhibit D (collectively, the "Claim 1 Devices").

141. As just one non-limiting example, set forth below (with claim language in italics) is a description of infringement of exemplary Claim 1 of the '364 patent in connection with the Claim 1 Devices. This description is based on publicly available information. Plaintiff reserves the right to modify the description of infringement of each Claim 1 Device, including but not limited to identifying infringement of other claims of the Patents-in-Suit, as it obtains additional information during discovery or through other means.

1(a) *An apparatus for facilitating a user to achieve a plank position, the apparatus comprising:* Each Claim 1 Device is specifically designed for facilitating a user to achieve a plank position.

1(b) *an arm support pad;* The Claim 1 Devices include this element, as each device is equipped with an arm support pad to provide comfort and support for the user's arms during use.

1(c) *a hand grip;* Each of the Claim 1 Devices provides a grip for the user's hand.

1(d)(i) *a frame member, extending from proximate a front of the apparatus to proximate a back of the apparatus,* Each of the Claim 1 Devices includes a frame member that extends from proximate the front of the apparatus to proximate the back of the apparatus, providing a structure that allows for the proper use of the device

1(d)(ii) *wherein at least one portion of the frame member has a tubular shape at which at least one portion of the arm support pad is attached;* At least one portion of the frame member of each of the Claim 1 Devices has a tubular shape. Furthermore, at least one portion of each arm support pad is attached to the tubular shape.

1(d)(iii) *wherein the frame member has the hand grip disposed at a first end and the arm support pad disposed at a second end proximate the back of the apparatus,* The frame member included in each of the Claim 1 Devices has the hand grip disposed at a first end and an arm support pad disposed at a second end proximate the back of the apparatus.

1(d)(iv) *and wherein the hand grip is configured to contact a hand of an arm of the user while the arm support pad is positioned distally from the hand grip in contact with the arm of the user;* The hand grip of each of the Claim 1 Devices is designed to make contact with the hand of the user's arm, while the arm support pad is positioned distally from the hand grip and in contact with the arm of the user. This configuration allows the user to maintain proper form during a standard planking exercise.

1(e) *a contact surface configured to engage a ground surface underneath the frame member or the arm support pad, wherein the contact surface is configured to allow the apparatus to rest on the ground surface whereby when the apparatus is placed on the ground surface, the contact surface is in level contact with the ground surface.* The contact surface on each of the Claim 1 Devices is configured to engage a ground surface underneath the frame member or the arm support pad. This allows the apparatus to rest on the ground surface with the contact surface in level contact with the ground surface.

142. At least prior to the filing and service of this Complaint, Defendants, as detailed in Exhibit D specifically identifying the infringing product(s) sold by each Defendant, are also indirectly infringing the '364 patent.

143. The Defendants so identified have actual knowledge of Plaintiff's rights in the '364 patent and details of their infringement of the '364 patent based on at least the filing and service of this Complaint.

144. The Defendants so identified have manufactured, used, imported, offered for sale, and/or sold the infringing products. They have knowingly induced their business partners and purchasers to infringe the Patents-in-Suit by using and/or selling the Claim 1 Devices. Such actions are in violation of 35 U.S.C. § 271 and demonstrate their willful blindness to Plaintiff's patent rights.

145. Additionally, Walmart has allowed the Claim 1 Devices to be offered for sale and/or sold in its marketplace. Walmart has knowingly facilitated the infringing activities of its third-party sellers and purchasers, thereby inducing such infringing activities and violating 35 U.S.C. § 271.

146. Such actions by the Defendants so identified, as detailed in Exhibit D, and Walmart constitute indirect infringement of the Patents-in-Suit, as well as contributory infringement and vicarious infringement, as respectively alleged in succeeding counts of this Complaint.

147. The infringement described above in this Section has caused, and is continuing to cause, damage and irreparable injury to Plaintiff, and Plaintiff will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court.

148. Based on the foregoing allegations, Plaintiff has established a clear and convincing case of direct, indirect, contributory, and vicarious infringement of its patented technology by the Defendants so identified and Walmart. Such Defendants have knowingly manufactured, used, imported, offered for sale, and/or sold the infringing products, while Walmart has facilitated these activities and profited from the sales. Such infringement has caused, and continues to cause, significant damage and irreparable harm to Plaintiff's business and reputation, and threatens to undermine the value and validity of its patents. As a result, Plaintiff respectfully requests that this Court grant injunctive relief and award damages in accordance with 35 U.S.C. §§ 271, 281, 283, and 284.

**COUNT IV: INFRINGEMENT OF U.S. PATENT NO. 11,491,364, CLAIM 10**

149. Plaintiff incorporates by reference and re-alleges all the foregoing paragraphs of this Complaint as if fully set forth herein.

150. Upon information and belief, Defendants, as detailed in Exhibit E specifically identifying the infringing product(s) sold by each Defendant, have directly infringed Claim 10 of the '364 patent by making, using, offering for sale, selling, and/or importing into the United

States products and equipment that embody one or more claims of the '364 patent, including but not limited to the infringing planking devices listed in Exhibit E (collectively, the "Claim 10 Devices").

151. As just one non-limiting example, set forth below (with claim language in italics) is a description of infringement of exemplary Claim 10 of the '364 patent in connection with the Claim 10 Devices. This description is based on publicly available information. Plaintiff reserves the right to modify the description of infringement of each Claim 10 Device, including but not limited to identifying infringement of other claims of the Patents-in-Suit, as it obtains additional information during discovery or through other means.

1(a) *An apparatus for facilitating a user to achieve a plank position, the apparatus comprising:* Each Claim 10 Device is specifically designed for facilitating a user to achieve a plank position.

1(b) *a frame member;* The Claim 10 Devices include a frame providing a structure that allows for the proper use of the device.

1(c)(i) *a pad support member secured with a fastener to the frame member, wherein the pad support member is configured to hold an arm support pad and,* In the Claim 10 Devices, a pad support member is present, which is secured with a fastener to the frame member. The pad support member is configured to hold an arm support pad.

1(c)(ii) *wherein at least a portion of the arm support pad is configured to extend laterally beyond at least a portion of the frame member;* In each of the Claim 10 Devices, at least a portion of the arm support pad is configured to extend laterally beyond at least a portion of the frame member.

1(d)(i) *a hand grip, wherein the hand grip is configured to be contactable with a hand of an arm of the user while the arm support pad is positioned distally from the hand grip in contact with the arm of the user,* The hand grip of each of the Claim 10 Devices is designed to make contact with the hand of the user's arm, while the arm support pad is positioned distally from the hand grip and in contact with the arm of the user. This configuration allows the user to maintain proper form during a standard planking exercise.

1(d)(ii) *wherein the frame member has at least a portion of the hand grip disposed at a first end and at least a portion of the arm support pad disposed at a second end proximate a back of the apparatus;* The frame member of each Claim 10 Device has at least a portion of the hand grip disposed at a first end and at least a portion of the arm support pad disposed at a second end proximate a back of the apparatus.

1(d)(iii) *wherein the frame member has the hand grip disposed at a first end and the arm support pad disposed at a second end proximate the back of the apparatus,* The frame member included in each of the Claim 10 Devices has the hand grip disposed at a first end and an arm support pad disposed at a second end proximate the back of the apparatus.

1(e) *a contact surface configured to engage a ground surface underneath the frame member or the arm support pad, wherein the contact surface is configured to allow the apparatus to rest on the ground surface whereby when the apparatus is placed on the ground surface, the contact surface is in level contact with the ground surface.* The contact surface on each of the Claim 10 Devices is configured to engage a ground surface underneath the frame member or the arm support pad. This allows the apparatus to rest on the ground surface with the contact surface in level contact with the ground surface.

152. At least prior to the filing and service of this Complaint, the Defendants, as detailed in Exhibit E specifically identifying the infringing product(s) sold by each Defendant, are also indirectly infringing the ‘364 patent.

153. The Defendants so identified have actual knowledge of Plaintiff's rights in the ‘364 patent and details of their infringement of the ‘364 patent based on at least the filing and service of this Complaint.

154. The Defendants so identified have manufactured, used, imported, offered for sale, and/or sold the infringing products. They have knowingly induced their business partners and purchasers to infringe the Patents-in-Suit by using and/or selling the Claim 10 Devices. Such actions are in violation of 35 U.S.C. § 271 and demonstrate their willful blindness to Plaintiff's patent rights.

155. Additionally, Walmart has allowed the Claim 10 Devices to be offered for sale and/or sold in its marketplace. Walmart has knowingly facilitated the infringing activities of its third-party sellers and purchasers, thereby inducing such infringing activities and violating 35 U.S.C. § 271.

156. Such actions by the Defendants so identified, as detailed in Exhibit E, and Walmart constitute indirect infringement of the Patents-in-Suit, as well as contributory infringement and vicarious infringement, as respectively alleged in succeeding counts of this Complaint.

157. The infringement described above in this Section has caused, and is continuing to cause, damage and irreparable injury to Plaintiff, and Plaintiff will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court.

158. Based on the foregoing allegations, Plaintiff has established a clear and convincing case of direct, indirect, contributory, and vicarious infringement of its patented technology by the Defendants so identified and Walmart. Such Defendants have knowingly manufactured, used, imported, offered for sale, and/or sold the infringing products, while Walmart has facilitated these activities and profited from the sales. Such infringement has caused, and continues to cause, significant damage and irreparable harm to Plaintiff's business and reputation, and threatens to undermine the value and validity of its patents. As a result, Plaintiff respectfully requests that this Court grant injunctive relief and award damages in accordance with 35 U.S.C. §§ 271, 281, 283, and 284.

**COUNT V: INFRINGEMENT OF U.S. PATENT NO. 9,895,573**

159. Plaintiff incorporates by reference and re-alleges all the foregoing paragraphs of this Complaint as if fully set forth herein.

160. Upon information and belief, Defendants, as detailed in Exhibit F specifically identifying the infringing product(s) sold or offered for use by each Defendant (collectively, the "'573 Devices"), have directly infringed the Claim 1 of the '573 patent by practicing the patented method of the '573 patent. The Defendants so identified have used, offered for use, or performed in the United States the steps of the method embodied in one or more of the claims of the '573 patent by practicing the method described therein with respect to the '573 Devices (collectively, the "Infringing Method").

161. As just one non-limiting example, set forth below (with claim language in italics) is a description of the Infringing Method used in connection with the '573 Devices. Defendants have directly infringed Claim 1 of the '573 patent by practicing the patented method of the '573 patent by using the '573 Devices to perform the steps of the method

described therein. This description is based on publicly available information. Plaintiff reserves the right to modify the description of infringement of each ‘573 Device, including but not limited to identifying infringement of other claims of the Patents-in-Suit, as it obtains additional information during discovery or through other means.

1(a) *A method of using a plank support exercise apparatus, the method comprising the steps of:* Defendants so identified have used, offered for use, or performed in the United States the steps of the Infringing Method embodied in the ‘573 patent by using the ‘573 Devices.

1(b) *providing the plank support exercise apparatus having a frame member, two hand grip areas connected to the frame member, at least two forearm support pads connected to the frame member, and a ground-interface surface positioned along at least a portion of the frame member*; Defendants so identified have used, offered for use, or performed in the United States the step of providing the plank support exercise apparatus having a frame member, two hand grip areas connected to the frame member, at least two forearm support pads connected to the frame member, and a ground-interface surface positioned along at least a portion of the frame member, by using the ‘573 Devices to perform the Infringing Method.

1(c) *adjusting a first spacing distance of the two hand grip areas relative to the at least two forearm support pads*; Defendants so identified have further used, offered for use, or performed in the United States the step of adjusting a first spacing distance of the two hand grip areas relative to the at least two forearm support pads in accordance with the Infringing Method used in connection with the ‘573 Devices.

1(d) *adjusting a second spacing distance between the at least two forearm support pads without changing the first spacing distance between the two hand grip areas; and*, Defendants so identified have further used, offered for use, or performed in the United States the recited

steps of the method with respect to the ‘573 Devices by adjusting a second spacing distance between the two forearm support pads of the Infringing Devices without changing the first spacing distance between the hand grip areas of the Infringing Devices.

1(e) *positioning a user on the plank support exercise apparatus, wherein a torso of the user is in a position substantially parallel to a ground surface with forearms thereof on the at least two forearm support pads and hands thereof on the hand grip.* Defendants so identified have used, offered for use, or performed in the United States the step of positioning a user on the plank support exercise apparatus, wherein a torso of the user is in a position substantially parallel to a ground surface with forearms thereof on the at least two forearm support pads and hands thereof on the hand grip, as claimed in the ‘573 patent, in connection with the Infringing Method used with the ‘573 Devices.

162. At least prior to the filing and service of this Complaint, Defendants, as detailed in Exhibit F specifically identifying the infringing product(s) sold by each Defendant, are also indirectly infringing the ‘573 patent by inducing others to practice the Infringing Method claimed in the ‘573 patent, and by contributing to the infringement of the ‘573 patent by providing the ‘573 Devices that are used by others to practice the Infringing Method.

163. Defendants so identified have actual knowledge of Plaintiff’s rights in the ‘573 patent and details of their infringement of the ‘573 patent based on at least the filing and service of this Complaint, including the Infringing Method used in connection with the ‘573 Devices.

164. Defendants so identified have used, offered for use, or performed in the United States the Infringing Method with respect to the ‘573 Devices, and have knowingly induced their business partners and purchasers to infringe the Patents-in-Suit by using and/or

selling the ‘573 Devices. They have manufactured, imported, offered for sale, and/or sold the ‘573 Devices that embody the Infringing Method. Such actions are in violation of 35 U.S.C. § 271 and demonstrate their willful blindness to Plaintiff's patent rights.

165. Additionally, Walmart has allowed the Infringing Method to be practiced through the use and/or sale of the ‘573 Devices in its marketplace. Walmart has knowingly facilitated the Infringing Method of its third-party sellers and purchasers, thereby inducing such infringing activities and violating 35 U.S.C. § 271. Such actions by Defendants so identified, as detailed in Exhibit F, and Walmart constitute indirect infringement of the Patents-in-Suit, as well as contributory infringement and vicarious infringement, as respectively alleged in succeeding counts of this Complaint

166. The Infringing Method described above in this Section has caused, and is continuing to cause, damage and irreparable injury to Plaintiff, and Plaintiff will continue to suffer damage and irreparable injury unless and until that Infringing Method is enjoined by this Court.

167. Based on the foregoing allegations, Plaintiff has established a clear and convincing case of direct, indirect, contributory, and vicarious infringement of its patented technology by Defendants so identified and Walmart. Such Defendants have knowingly manufactured, used, imported, offered for sale, and/or sold the infringing products, while Walmart has facilitated these activities and profited from the sales. Such infringement has caused, and continues to cause, significant damage and irreparable harm to Plaintiff's business and reputation, and threatens to undermine the value and validity of its patents. As a result, Plaintiff respectfully requests that this Court grant injunctive relief and award damages in accordance with 35 U.S.C. §§ 271, 281, 283, and 284.

## COUNT VI: VICARIOUS PATENT INFRINGEMENT

168. Plaintiff hereby realleges and incorporates by reference herein each and every allegation in the preceding paragraphs as though fully set forth herein.

169. Upon information and belief, Defendants, including but not limited to the Joybuy Defendants, who engaged vendors or partners for the purpose of facilitating sales had the ability to control those entities who engaged in direct patent infringement. Such Defendants had the right to terminate their relationship with their vendors for any reason whatsoever and through that right had the ability to control the activities of their vendors.

170. In addition, such Defendants promoted their vendors' products and were in a position to police them. Such Defendants had discretion to end their contracts with their vendors and require the vendors to abide by, observe and obey their terms that no goods sold to them should engage in infringement of the Patents-in-Suit.

171. Such Defendants financially benefited from the sale of infringing products or practice of patented methods. The Joybuy Defendants would purchase or manufacture the goods at a cheap price, package and repackage them, and sell them under their own multiple brand names for a profit, while actively encouraged others to sell infringing products on *Walmart.com* or other marketplaces, thus benefiting from the sale of such infringing products

172. Defendant Walmart, by designating one of its own employees to oversee Joybuy's intellectual property matters on *Walmart.com*, had direct involvement in monitoring and policing Joybuy's conduct on *Walmart.com*. As a result, Walmart had the ability to enforce compliance with its policies and had the discretion to take action and end its business relationship with Joybuy if they failed to comply with those policies or engaged in infringing

conduct, and to require them to abide by, observe, and obey Walmart's terms that no goods on *Walmart.com* should engage in patent infringement of the Patents-in-Suit.

173. Defendant Walmart refrained from taking action against the Joybuy Defendants' infringing conduct because such action may have jeopardized their financial gain and ongoing business relationship with the Joybuy Defendants.

174. Therefore, such Defendants' acts of vicarious patent infringement as alleged above were, and continue to be, willful, intentional, and malicious, subjecting such Defendants to liability for damages under Section 284 of the Patent Act. Plaintiff seeks damages for such Defendants' infringement of the Patents-in-Suit, including but not limited to compensatory damages, damages as provided by law, and any other relief the Court deems just and proper. Such Defendants' willful and intentional infringement of Plaintiff's Patents-in-Suit also entitles Plaintiff to an award of reasonable attorney's fees and costs. Plaintiff is also entitled to preliminary and permanent injunctive relief.

**COUNT VII: CONTRIBUTORY PATENT INFRINGEMENT**

175. Plaintiff hereby realleges and incorporates by reference herein each and every allegation in the preceding paragraphs as though fully set forth herein.

176. Upon information and belief, certain Defendants engaged third-party vendors or partners for the purpose of facilitating sales on *Walmart.com* or other platforms. Such vendors or partners directly infringed on Plaintiff's patented inventions by knowingly creating, manufacturing, importing, offering for sale, selling, and/or distributing products and/or practicing the patented methods, that infringe on the claims of the Patents-in-Suit.

177. Such Defendants had knowledge of their vendors' or partners' infringing conduct. The Joybuy Defendants tracked, or at least had the ability to track, the sellers working with, for or at their direction in selling infringing products. Defendant Walmart had knowledge of the Joybuy Defendants' infringing activities. Defendant Walmart tracked, or at least had the ability to track, the Joybuy Defendants' infringing conduct.

178. Such Defendants induced, caused or materially contributed to the infringing conduct.

179. Therefore, such Defendants' acts of contributory patent infringement as alleged above were, and continue to be, willful, intentional, and malicious, subjecting such Defendants to liability for damages under Section 284 of the Patent Act. Plaintiff seeks damages for such Defendants' infringement of the Patents-in-Suit, including but not limited to compensatory damages, damages as provided by law, and any other relief the Court deems just and proper. Such Defendants' willful and intentional infringement of Plaintiff's Patents-in-Suit also entitles Plaintiff to an award of reasonable attorney's fees and costs. Plaintiff is also entitled to preliminary and permanent injunctive relief.

180.

**COUNT VIII: TORTIOUS INTERFERENCE WITH BUSINESS RELATIONSHIPS**

181. Plaintiff hereby realleges and incorporates by reference herein each and every allegation in the preceding paragraphs as though fully set forth herein.

182. Defendants, Joybuy and Walmart, knowingly and intentionally interfered with Plaintiff's existing and prospective business relationships.

183. Based on the facts elucidated earlier in this complaint, such Defendants intentionally induced and caused third parties to breach their contracts with Plaintiff or to refrain from doing business with Plaintiff.

184. Such Defendants' tortious interference was willful and malicious, and caused Plaintiff to suffer harm, including lost business opportunities, lost profits, and damage to its reputation.

185. Such Defendants' conduct violated Connecticut General Statutes § 52-571b, which states that any person who, by threats or other means, intentionally and improperly interferes with another's contractual or business relationships, shall be liable for the harm caused thereby.

## **COUNT IX: UNFAIR TRADE PRACTICES**

186. Plaintiff incorporates by reference each and every allegation in the preceding paragraphs as though fully set forth herein.

187. At least Defendant Walmart and the Joybuy Defendants acted in a manner, as alleged above, that constitutes unfair trade practices in violation of the Connecticut Unfair Trade Practices Act, Conn. Gen. Stat. §§ 42-110a et seq. ("CUTPA").

188. Such Defendants engaged in trade practices that were unethical, oppressive, and substantially injurious to Plaintiff's business and the public. Such Defendants' conduct had a material impact on the market for Plaintiff's patented product, which was unlawfully crowded out by such Defendants' promotion and sale of infringing products.

189. Such Defendants' conduct was also misleading and deceptive in that they marketed and sold products that infringed Plaintiff's patent rights without authorization, while falsely claiming that such products were legitimate and lawful. This conduct was likely to

mislead the public and cause confusion as to the source, origin, and sponsorship of the infringing products.

190. Such Defendants' actions were taken with the intent to deceive, confuse, and mislead the public and to cause Plaintiff harm.

191. Based on the facts elucidated earlier in this complaint, such Defendants' conduct violated CUTPA and has caused Plaintiff to suffer damages.

## COUNT X: FRAUDULENT MISREPRESENTATION

192. Plaintiff hereby realleges and incorporates by reference herein each and every allegation in the preceding paragraphs as though fully set forth herein.

193. Walmart and the Joybuy Defendants, by their acts and omissions, made false and fraudulent representations concerning the nature and extent of their relationship with each other, and among the Joybuy Defendants and other sellers on the Walmart.com platform, including but not limited to false and fraudulent representations that certain sellers, in coordination with the Joybuy Defendants, were not related to the Joybuy Defendants by providing Walmart with alter ego names, fictitious names, and misleading or inaccurate information, which concealed the true identity and connection of certain sellers to each other and to the Joybuy Defendants. These false and fraudulent representations were made by Walmart to Plaintiff and by Joybuy to Walmart with the intent that rights holders such as Plaintiff would rely on them.

194. Such false and fraudulent representations were made with knowledge of their falsity or in reckless disregard for their truth, with the intent to obstruct Plaintiff's efforts to enforce its patent rights and induce Plaintiff to refrain from pursuit of legal action against Walmart or the Joybuy Defendants, thereby causing harm to Plaintiff's business interests.

195. Walmart's false and fraudulent representations constituted negligent misrepresentations as well. In its role as a marketplace and intermediary, Walmart had a duty to disclose the true nature and extent of its relationship with the Joybuy Defendants and other related sellers, given the potential harm that could result from the sale of infringing products. Furthermore, Walmart had access to information about the Joybuy Defendants' activities and the sellers on *Walmart.com*, and therefore had a duty to exercise reasonable care in making representations about the legitimacy of the products being sold on its platform. By making false and fraudulent representations to Plaintiff, Walmart breached this duty and caused harm to Plaintiff.

196. Defendants' conduct, as set forth above, constitutes violations of Connecticut General Statutes §52-550 and §52-552, establishing liability for fraudulent and negligent misrepresentation, respectively. The applicable statute of limitations for these claims is set forth in Connecticut General Statutes §52-556.

197. As a direct and proximate result of such Defendants' fraudulent and negligent misrepresentations, Plaintiff has suffered damages, including but not limited to lost profits and damages to its reputation.

198. Plaintiff is entitled to an award of compensatory damages in an amount to be determined at trial, plus interest, costs, and attorney's fees.

199. Plaintiff is also entitled to preliminary and permanent injunctive relief to prevent further fraudulent and negligent misrepresentations by such Defendants.

**COUNT XI: NEGLIGENT MISREPRESENTATION**

200. Plaintiff hereby realleges and incorporates by reference herein each and every allegation in the preceding paragraphs as though fully set forth herein.

201. Walmart and the Joybuy Defendants made numerous statements and representations were false and misleading, and upon which Plaintiff reasonably relied to his detriment. These false and misleading representations were made by Walmart to Plaintiff and by Joybuy to Walmart with the intent that rights holders such as Plaintiff would rely on them.

202. These representations included, but were not limited to, the dissemination of information concerning the nature and extent of its relationship with the Joybuy Defendants and among the Joybuy Defendants and other sellers on its platform, including but not limited to false representations that certain sellers, in coordination with the Joybuy Defendants, were not related to the Joybuy Defendants by providing Plaintiff with alter ego names, fictitious names, and misleading or inaccurate information, which concealed the true identity and connection of certain sellers to each other and the Joybuy Defendants.

203. These false statements and representations were made negligently, with a reckless disregard for their truth, or with a willful and intentional disregard for their falsity.

204. Given Walmart's operation of the online marketplace and the Joybuy Defendants' substantial participation as a seller on *Walmart.com*, including access to information about the activities of the Joybuy Defendants and other sellers on the platform, such Defendants had a duty to exercise reasonable care in making these representations.

205. Plaintiff relied on these representations to his detriment by investing time and resources in trying to stop the infringing activities of these sellers, and in pursuing legal action against Walmart, the Joybuy Defendants or other Defendants.

206. These negligent misrepresentations were a direct and proximate cause of Plaintiff's damages, including but not limited to lost profits, lost business opportunities, and the costs of litigation.

207. These actions constitute negligent misrepresentation in violation of Connecticut General Statutes §52-552.

208. Plaintiff is entitled to recover damages for the injuries sustained as a result of such Defendant's negligent misrepresentations.

**COUNT XII: UNFAIR COMPETITION**

209. Plaintiff hereby realleges and incorporates by reference herein each and every allegation in the preceding paragraphs as though fully set forth herein.

210. The conduct described above constitutes unfair competition under Connecticut General Statute §35-45.

211. The conduct of Defendant Walmart and the Joybuy Defendants is causing harm to Plaintiff's business and reputation and is likely to cause confusion among the public as to the origin of the goods.

212. Such Defendants' conduct is done with an intent to deceive and/or is likely to deceive.

213. Such Defendants' conduct is likely to cause confusion, mistake, or deception as to the affiliation, connection, or association of such Defendants with Plaintiff, or as to the origin, sponsorship, or approval of such Defendants' goods or services.

214. The unfair competition conduct described above, committed by Defendant Walmart and the Joybuy Defendants, has resulted in harm to Plaintiff's business interests, including but not limited to the damages caused by Defendants' fraudulent and negligent misrepresentations alleged in preceding Counts.

**COUNT XIII: VIOLATION OF LANHAM ACT**

215. Plaintiff realleges and incorporates by reference herein each and every allegation in the preceding paragraphs as though fully set forth herein.

216. At least Defendant Walmart's and the Joybuy Defendants' activities described herein constitute false advertising, false or misleading descriptions of fact, and/or false or misleading representations of fact in violation of the Lanham Act, 15 U.S.C. § 1125(a)(1)(B).

217. Such Defendants' activities have caused and continue to cause confusion, deception, and mistake among consumers as to the origin, sponsorship, or approval of the products sold on *Walmart.com* or other platforms, including the infringing products sold by the Joybuy Defendants.

218. Such Defendants' activities have resulted in unfair competition with Plaintiff and have caused Plaintiff to suffer irreparable harm and injury to its business reputation.

219. Such Defendants' activities have been willful, intentional, and malicious, justifying an award of treble damages under the Lanham Act.

220. Plaintiff is entitled to injunctive relief under the Lanham Act to enjoin Joybuy and Walmart from engaging in further false advertising, false or misleading descriptions of fact, and/or false or misleading representations of fact on *Walmart.com* or other platforms.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully prays for judgment against Defendants for:

A. Enjoining Defendants, and their agents and servants, from selling the infringing planking devices or otherwise infringing the Patents-in-Suit;

B. Awarding damages to compensate Plaintiff for Defendants' infringement under 35 U.S.C. § 284;

C. Finding this case exceptional under 35 U.S.C. § 285 and awarding Plaintiff its attorneys' fees;

D. Awarding Plaintiff costs and expenses in this action, as well as prejudgment and post-judgment interest;

E. For the counts of Tortious Interference with Business Relationships, Fraudulent Misrepresentation, Negligent Misrepresentation, Unfair Competition, and Lanham Act Violation against Defendant Walmart and the Joybuy Defendants, Plaintiff seeks injunctive relief, damages, and equitable relief, including but not limited to, disgorgement of profits earned by such Defendants, as well as punitive damages in an amount to be determined at trial;

F. Such other and further relief as the Court may deem just and proper.

Dated: June 29, 2023

/s/ Michael Domesick
Michael H. Domesick, *Pro Se*
Plaintiff

## DEMAND FOR JURY TRIAL

A jury trial is demanded pursuant to Fed. R. Civ. P. 38.

Dated: June 29, 2023

/s/ Michael Domesick
Michael H. Domesick, *Pro Se*
Plaintiff

# Exhibit A

Attached are:

U.S. Patent No. 10,286,245 (Exhibit A-1)

U.S. Patent No. 11,491,464 (Exhibit A-2)

U.S. Patent No. 9,895,573 (Exhibit A-3)

Exhibit A-1

(U.S. Patent No. 10,286,245)

US010286245B2

(12) **United States Patent**
**Domesick**

(10) **Patent No.: US 10,286,245 B2**
(45) **Date of Patent: *May 14, 2019**

(54) **PLANK SUPPORT EXERCISE APPARATUS AND RELATED METHODS**

(71) Applicant: **Michael H. Domesick**, Worcester, MA (US)

(72) Inventor: **Michael H. Domesick**, Worcester, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **15/959,405**

(22) Filed: **Apr. 23, 2018**

(65) **Prior Publication Data**

US 2019/0111297 A1 Apr. 18, 2019

**Related U.S. Application Data**

(63) Continuation of application No. 15/783,773, filed on Oct. 13, 2017.

(51) **Int. Cl.**

| | |
|---|---|
| ***A63B 21/00*** | (2006.01) |
| ***A63B 22/14*** | (2006.01) |
| ***A63B 22/16*** | (2006.01) |
| ***A63B 23/02*** | (2006.01) |
| ***A63B 23/12*** | (2006.01) |
| ***A63B 71/00*** | (2006.01) |
| ***A63B 21/002*** | (2006.01) |
| ***A63B 21/068*** | (2006.01) |

(52) **U.S. Cl.**

CPC .... ***A63B 21/0023*** (2013.01); ***A63B 21/00047*** (2013.01); ***A63B 21/00181*** (2013.01); ***A63B 21/068*** (2013.01); ***A63B 21/4035*** (2015.10); ***A63B 21/4039*** (2015.10); ***A63B 22/14*** (2013.01); ***A63B 22/16*** (2013.01); ***A63B 23/0205*** (2013.01); ***A63B 23/1236*** (2013.01); ***A63B 23/0233*** (2013.01); ***A63B 71/0054*** (2013.01); ***A63B 2208/0257*** (2013.01); ***A63B 2208/0261*** (2013.01); ***A63B 2208/0295*** (2013.01); ***A63B 2225/09*** (2013.01)

(58) **Field of Classification Search**

CPC .. A63B 21/00087–21/00109; A63B 21/00127; A63B 21/00185; A63B 21/002–21/0023; A63B 21/1457–21/1473; A63B 21/1484; A63B 21/1492; A63B 21/1496; A63B 22/16; A63B 22/18; A63B 23/0205

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,713,823 A * 2/1998 Walendzak ........... A63B 22/18 482/139
6,017,297 A * 1/2000 Collins ................ A63B 26/003 482/146
6,582,347 B2 * 6/2003 Smith ................ A63B 23/0211 482/140
9,592,419 B1 * 3/2017 Cuffe ................ A63B 21/4035
(Continued)

*Primary Examiner* — Jennifer M Deichl

(57) **ABSTRACT**

A plank support exercise apparatus and related methods is provided. The plank support exercise apparatus has a hand grip and a frame extending from the hand grip. At least one arm support pad is connected to the frame, wherein a distance between the hand grip and the at least one arm support pad is adjustable. A ground-interface surface is positioned along at least a portion of the frame.

**19 Claims, 41 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2012/0252645 | A1 * | 10/2012 | Agostini | A63B 22/18 482/132 |
| 2013/0065736 | A1 * | 3/2013 | Chen | A63B 21/068 482/96 |
| 2014/0287893 | A1 * | 9/2014 | Price | A63B 22/16 482/139 |

* cited by examiner




FIG. 1 (Prior Art)

Case 3:23-cv-00590-MPS Document 21 Filed 06/29/23 Page 70 of 233






FIG. 2 (Prior Art)




FIG. 3




FIG. 4




FIG. 5




FIG. 6

Fig. 6.1



Fig. 6.2






FIG. 7




FIG. 8




FIG. 9




FIG. 10




FIG. 11

Case 3:23-cv-00590-MPS Document 21 Filed 06/29/23 Page 82 of 233



FIG. 12





Fig. 12.1

Fig. 12.2




170
144
150
172
138
161
110
120
134
125
130
120
132
161
138
172
142
150
170

Fig. 12.3




Fig. 12.4

Case 3:23-cv-00590-MPS Document 21 Filed 06/29/23 Page 87 of 233






Fig. 12.5

Case 3:23-cv-00590-MPS Document 21 Filed 06/29/23 Page 88 of 233



Fig. 12.6



Fig. 12.7



Case 3:23-cv-00590-MPS Document 21 Filed 06/29/23 Page 90 of 233



Fig. 12.8






FIG. 13

Case 3:23-cv-00590-MPS Document 21 Filed 06/29/23 Page 92 of 233






FIG. 14




FIG. 15




FIG. 16




FIG. 17

Case 3:23-cv-00590-MPS Document 21 Filed 06/29/23 Page 96 of 233






FIG. 18




FIG. 19




FIG. 20

Fig. 20.1


420
420
456
472
440
434
430
447
490
436
456
433
440
436
444
410
446
472
442
490

Fig. 20.2



Fig. 20.3


420
420
456
472
440
430
434
490
436
456
433
172
440
436
444
410
472
442
490

Case 3:23-cv-00590-MPS Document 21 Filed 06/29/23 Page 102 of 233






Fig. 20.4

Fig. 20.5


410
420
420
456
456
436
436
430
472
472
490
490
436
472
442
444
427
427

Fig. 21



Fig. 22






FIG. 23




FIG. 24

Case 3:23-cv-00590-MPS Document 21 Filed 06/29/23 Page 108 of 233



Fig. 24.1




610
602
A plank support exercise apparatus is provided, the plank support exercise apparatus having a hand grip, a frame member extending from the hand grip, at least one forearm support pad connected to the frame member, and a ground-interface surface positioned along at least a portion of the frame member.
604
A force from a weight of a user in a position with a forearm thereof on the at least one forearm support pad from the forearm of the user is transferred through the at least one forearm support pad, and through the ground-interface surface to a ground surface.

FIG. 25

# PLANK SUPPORT EXERCISE APPARATUS AND RELATED METHODS

## CROSS REFERENCE TO RELATED APPLICATION

This application is being filed as a continuation of U.S. patent application Ser. No. 15/783,773 entitled, "Plank Support Exercise Apparatus and Related Methods," and claims benefit thereof.

## FIELD OF THE DISCLOSURE

The present disclosure is generally related to exercise devices and more particularly is related to a plank support exercise apparatus and related methods.

## BACKGROUND OF THE DISCLOSURE

A plank exercise is an isometric core strength exercise that involves maintaining a difficult position for extended periods of time. The most common plank is the front plank which is held in a push-up position with the body's weight borne on forearms, elbows, and toes. FIG. **1** is a side view illustration of person **10** in a front plank position, in accordance with the prior art. This type of exercise may also be known as a front hold, hover, or abdominal bridge. As is shown in FIG. **1**, when in the front plank position, a person **10** may maintain a push-up-like stance with his or her forearms in contact with the ground surface **12**. In this position, the body weight of the person **10** is transferred through their feet and through their upper arms to the ground **12**. Relevant to this disclosure, the transfer of the weight through the upper arms to the ground **12** places significant forces on the person's elbows, which are in contact with the ground **12**.

Variations on the plank exercise include alternative positions, such as the side plank, the reverse plank, the push-up plank, and/or the so-called 'superman' plank. FIG. **2** is a side view illustration of person **10** in a side plank position, in accordance with the prior art. In the side plank, the person **10** maintains a static position with a single forearm and single foot in contact with the ground **12**. In this position, the bodyweight of the person **10** is transferred through his or her single foot and single arm which maintain contact with the ground **12**. Relevant to this disclosure, the transfer of the weight through the single upper arm to the ground **12** places a significant force on the elbow of the person which is in contact with the ground **12**.

Plank exercises may further include the use of training devices to enhance the effect of the exercise on the person. As is well-known in the art, these training devices may include a padded mat or weighted athletic balls which the person balances his or her bodyweight on while maintaining a plank position or a modified plank position. In all variations of the plank position, the person may experience a balance and core conditioning exercise by requiring muscles in the person's legs, torso, back, and upper body to remain in a static position, thereby increasing strength, control, and coordination of the muscles within the person's body. The health benefits of plank exercises are well documented throughout the health, fitness, and exercise science industries. However, there are also some drawbacks of plank exercise, including the discomfort a user experiences at his or her elbows, due to the localized force of their bodyweight being transferred through the elbow.



Some devices are available to assist plank exercises. One device includes a unitary shell with handle grips and a platform, and a sliding device positioned on an underside of the platform. A user may grasp the handle grips with his or her elbows in contact with the platform and his or her knees in contact with the ground surface. The user then exercises his or her abdominal muscles by sliding the unitary shell on the ground relative to his or her knees. A similar device uses independent sliding carriages for each arm of the user, whereby a plank position can be assumed on the carriages. It is noted that other plank exercise assisting devices, functioning under the same principles as described herein, may also exist in the conventional art.

These devices, along with other conventional devices, have many shortcomings. One major shortcoming is that the devices use unrestricted sliding movement, such that users are highly susceptible to inadvertently overextending exercise positions which can result in injury. Further, the devices require a user's forearm to be positioned in such a way that their bodyweight is transferred through their elbow and into the device. While some padding on the device may alleviate some of the discomfort to the user's elbow, it falls far short of eliminating the discomfort. Additionally, conventional devices often have handle grips that are not ergonomically safe. For example, many devices have handle grips positioned aligned with or higher than the user's arm, which results in an upwards pitching of the user's wrist. Long term, this position can result in strain on the user's wrist and forearm. This position may also prevent a user from exerting downward pressure on handle grips in order to leverage their body into an elevated position specific to a plank exercise, without further forcing their arm and/or elbow into a pad. In another example, the conventional handle grips are usually oriented at right angles to the ground, which forces the user's forearms and wrist into an ergonomically inefficient position.

Thus, a heretofore unaddressed need exists in the industry to address the aforementioned deficiencies and inadequacies.

## SUMMARY OF THE DISCLOSURE

Embodiments of the present disclosure provide a plank support exercise apparatus. Briefly described, in architecture, one embodiment of the apparatus, among others, can be implemented as follows. A plank support exercise apparatus has a hand grip. A frame member extends from the hand grip. At least one arm support pad is connected to the frame member, wherein a distance between the hand grip and the at least one arm support pad is adjustable. A ground-interface surface is positioned along at least a portion of the frame member.

The present disclosure can also be viewed as providing a plank support exercise apparatus. Briefly described, in architecture, one embodiment of the apparatus, among others, can be implemented as follows. The plank support exercise apparatus has a hand grip. A frame member extends from the hand grip. At least one forearm support pad is connected to the frame member, wherein the at least one forearm support pad is contactable by a forearm of a user. A ground-interface surface is positioned along at least a portion of the frame member, wherein a force from a weight of the user in a position with the forearm thereof on the at least one forearm support pad is transferred from the forearm of the user, through the at least one forearm support pad, and through the ground-interface surface to a ground surface.

The present disclosure can also be viewed as providing a plank support exercise apparatus. Briefly described, in architecture, one embodiment of the apparatus, among others, can be implemented as follows. The plank support exercise apparatus has a hand grip. A frame member extends from the hand grip. At least one arm support pad is connected to the frame member. A ground-interface surface is positioned along at least a portion of the frame member, wherein the frame member is translationally static relative to a ground surface.

The present disclosure can also be viewed as providing methods of using a plank support exercise apparatus. In this regard, one embodiment of such a method, among others, can be broadly summarized by the following steps: the steps of: providing the plank support exercise apparatus having a hand grip, a frame member extending from the hand grip, at least one forearm support pad connected to the frame member, and a ground-interface surface positioned along at least a portion of the frame member; and transferring a force from a weight of a user in a position with a forearm thereof on the at least one forearm support pad from the forearm of the user, through the at least one forearm support pad, and through the ground-interface surface to a ground surface.

Other systems, methods, features, and advantages of the present disclosure will be or become apparent to one with skill in the art upon examination of the following drawings and detailed description. It is intended that all such additional systems, methods, features, and advantages be included within this description, be within the scope of the present disclosure, and be protected by the accompanying claims.

## BRIEF DESCRIPTION OF THE DRAWINGS

Many aspects of the disclosure can be better understood with reference to the following drawings. The components in the drawings are not necessarily to scale, emphasis instead being placed upon clearly illustrating the principles of the present disclosure. Moreover, in the drawings, like reference numerals designate corresponding parts throughout the several views.

FIG. **1** is a side view illustration of person in a front plank position, in accordance with the prior art.

FIG. **2** is a side view illustration of person in a side plank position, in accordance with the prior art.

FIG. **3** is a side-view illustration of a plank support exercise apparatus, in accordance with a first exemplary embodiment of the present disclosure.

FIG. **4** is a side-view illustration of a plank support exercise apparatus in use with a user **10**, in accordance with the first exemplary embodiment of the present disclosure.

FIG. **5** is a side-view illustration of a plank support exercise apparatus, in accordance with the first exemplary embodiment of the present disclosure.

FIG. **6** is an isometric view illustration of a plank support exercise apparatus, in accordance with the first exemplary embodiment of the present disclosure.

FIGS. **6.1**-**6.2** are each a rearward view of arm support pads.

FIG. **7** is an isometric view illustration of a plank support exercise apparatus, in accordance with the first exemplary embodiment of the present disclosure.

FIG. **8** is a side-view illustration of a plank support exercise apparatus, in accordance with the first exemplary embodiment of the present disclosure.

FIG. **9** is a rear-view illustration of a plank support exercise apparatus, in accordance with the first exemplary embodiment of the present disclosure.

FIGS. **10**-**11** are top-view illustrations of a plank support exercise apparatus, in accordance with the first exemplary embodiment of the present disclosure.

FIG. **12** is a partially exploded side-view illustration of a plank support exercise apparatus, in accordance with the first exemplary embodiment of the present disclosure.

FIG. **12.1** is an isometric illustration of a plank support exercise apparatus, in accordance with the first exemplary embodiment of the present disclosure.

FIG. **12.2** is an isometric illustration of a plank support exercise apparatus which uses a hinged element to connect left and right halves thereof, in accordance with the first exemplary embodiment of the present disclosure

FIG. **12.3** is a rear-view illustration of a plank support exercise apparatus, in accordance with the first exemplary embodiment of the present disclosure.

FIG. **12.4** is a profile illustration of a plank support exercise apparatus, in accordance with the first exemplary embodiment of the present disclosure.

FIG. **12.5** is a bottom illustration of a plank support exercise apparatus, in accordance with the first exemplary embodiment of the present disclosure.

FIG. **12.6** is a top-down illustrations of a plank support exercise apparatus, in accordance with the first exemplary embodiment of the present disclosure.

FIG. **12.7** is a side-view illustration of a destabilization device compatible with, among other embodiments, the first exemplary embodiment of the present disclosure.

FIG. **12.8** is a side-view illustration of a plank support exercise apparatus in use with a user, in accordance with the first exemplary embodiment of the present disclosure.

FIG. **13** is an isometric view illustration of a plank support exercise apparatus, in accordance with a second exemplary embodiment of the present disclosure.

FIG. **14** is an isometric view illustration of the plank support exercise apparatus of FIG. **13**, in accordance with the second exemplary embodiment of the present disclosure.

FIGS. **15**-**16** are side-view illustrations of the carriage and raised support of the plank support exercise apparatus of FIGS. **13**-**14**, in accordance with the second exemplary embodiment of the present disclosure.

FIG. **17** is an exploded view illustration of a lateral movement device for use with a plank support exercise apparatus, in accordance with a third exemplary embodiment of the present disclosure.

FIG. **18** is an isometric view illustration of a plank support exercise apparatus, in accordance with a fourth exemplary embodiment of the present disclosure.

FIG. **19** is a detailed isometric view illustration of a plank support exercise apparatus of FIG. **18**, in accordance with the fourth exemplary embodiment of the present disclosure.

FIG. **20** is a front-view illustration of a plank support exercise apparatus of FIG. **18**, in accordance with the fourth exemplary embodiment of the present disclosure.

FIG. **20.1** is an isometric view illustration of the plank support exercise apparatus, in accordance with the fourth exemplary embodiment of the present disclosure.

FIG. **20.2** is a side-view illustration of a destabilization device compatible with, among other embodiments, the fourth exemplary embodiment of the present disclosure.

FIG. **20.3** is an isometric view illustration of a variation of the plank support exercise apparatus of FIG. **20.1**, in accordance with the fourth exemplary embodiment of the present disclosure.

FIG. **20.4** is a side-view illustration of the plank support exercise apparatus of FIG. **20.1**, in accordance with the fourth exemplary embodiment of the present disclosure.

FIG. **20.5** is a top-down view illustration of a variation of the plank support exercise, in accordance with the fourth exemplary embodiment of the present disclosure.

FIGS. **21-22** are side-view illustrations of a plank support exercise apparatus, in accordance with the fourth exemplary embodiment of the present disclosure.

FIGS. **23-24.1** are isometric view illustrations of a plank support exercise apparatus, in accordance with the fourth exemplary embodiment of the present disclosure.

FIG. **25** is a flowchart illustrating a method of using a plank support exercise apparatus, in accordance with a fifth exemplary embodiment of the disclosure.

## DETAILED DESCRIPTION

FIG. **3** is a side-view illustration of a plank support exercise apparatus **110**, in accordance with a first exemplary embodiment of the present disclosure. The plank support exercise apparatus **110**, which may be referred to herein as 'apparatus **110**' includes a hand grip **120**. A frame member **130** extends from the hand grip **120**. At least one arm support pad **140** is connected to the frame member **130**, wherein a distance between the hand grip **120** and the at least one arm support pad **140** is adjustable. A ground-interface surface **150** is positioned along at least a portion of the frame member **130**.

The apparatus **110** may be used to assist or aid in plank exercises where the user maintains a static, isometric position. Accordingly, when the apparatus **110** is used, the user may be positioned in the conventional plank position, as is shown in FIG. **1**, but with his or her hands grasping the hand grip **120** and his or her forearms in contact with the at least one arm support pad **140**. The apparatus **110** may offer significant benefits to users, as detailed throughout this disclosure. Further, it is noted that the apparatus **110** may include many variations in structure, components, and function, all of which are considered within the scope of the present disclosure.

Relative to FIG. **3**, the frame member **130** may be a bifurcated frame member having a first leg **132** and a second leg **134**. Each of the first and second legs **132**, **134** may be positioned on opposing sides of the hand grip **120** such that the first and second legs **132**, **134** is connected between the hand grip **120** and the at least one arm support pad **140**. Further, it may be common for the at least one arm support pad **140** to include a first arm support pad **142** and a second arm support pad **144**, each connected to one of the first and second legs **132**, **134** of the frame member **130**. Other designs of the apparatus **110** may include a single frame member **130** which is positioned substantially central to the hand grip **120** and/or the at least one arm support pad **140**, as is discussed relative to FIG. **23-24**.

As is shown in FIG. **3**, the hand grip **120** may be integrally formed within a forward section of the bifurcated frame member **130**, wherein each of the first and second legs **132**, **134** extend from opposing sides of the hand grip **120**, respectively. The hand grip **120** may include an ergonomic structure that can be grasped by the user's hand when using the apparatus **110**. The hand grip **120** may include, for example, a substantially cylindrical structure which is covered, partially or fully, with padding, foam, texturized material, or another material to enhance ease of use of the hand grips **120**. The hand grip **120** may also have a position that provides fully ergonomic use of the apparatus **110**. These ergonomic positions may include the hand grip **120** being positioned slightly below a plane of the user's arm when resting on the arm support pad **140**, such that the user's wrist can bend slightly downward, and/or the hand grip **120** being positioned at an angle, relative to a vertical position, inwardly towards a center of the apparatus **110**. Other orientations of the hand grips may also be used to enhance ergonomic use of the apparatus **110**. The first and second legs **132**, **134** of the frame member **130** may extend from the hand grip **120** in a variety of configurations, such as a straight extension, as shown in FIG. **3**. Commonly, the first and second legs **132**, **134** of the frame member **130** may include a tubular member which has a rigid, durable construction capable of supporting the bodyweight of the user.

The first and second arm support pads **142**, **144** may include structures which are positioned on or carried by the first and second legs **132**, **134**, such that the first and second arm support pads **142**, **144** can be positioned along a length of the first and second legs **132**, **134**. Commonly, the first and second arm support pads **142**, **144** include a rigid or semi-rigid structure having a curvilinear shape which matches or substantially matches a human forearm shape. The curvilinear shape may be characterized as a curvilinear arm contact surface which can substantially conform to an outer radial surface of the forearm of the user when the user is positioned with his or her forearm on the arm support pad. The first and second arm support pads **142**, **144** may include padding to increase comfort of the user when his or her bodyweight is placed on the first and second arm support pads **142**, **144**.

When in use, the apparatus **110** may be positioned on a ground surface, which may include any type of athletic supporting surface, such as pavement, a grassy field, a gym floor, or others. The apparatus **110** may include a number of points which make contact with the ground surface. Primarily, the ground-interface surface **150** may be used to interface the contact between the apparatus **110** and the ground surface, and other points along the apparatus **110** may aid or assist in supporting the apparatus **110** on the ground. The ground-interface surface **150** may be any surface or surfaces along a bottom edge of the frame member **130** or other structures extending from the frame member **130**.

FIG. **4** is a side-view illustration of a plank support exercise apparatus **110** in use with a user **10**, in accordance with the first exemplary embodiment of the present disclosure. The user **10** in FIG. **4** is positioned in a plank exercise position on the apparatus **110**, whereby the user is in a static, push-up-like position with his or her hands grasping the hand grip **120** and his or her forearms positioned on the first and second arm support pads **142**, **144**. The position of the user's spaced forearms and less-spaced hands may form a triangular shape, which may correspond to a heightened ergonomic position. In this position, the user's bodyweight is being transferred through his or her feet to a surface of the ground **12** and through his or her upper arms and into the apparatus **110**. Specific to the transfer of forces through the user's arms, unlike conventional devices which require the force to be transferred directly through the localized area of the elbow, the apparatus **110** allows the force to be distributed across the user's forearms and into the first and second arm support pads **142**, **144**, as well as through the user's hands to the hand grip **120**. This distribution of force may prevent harmful concentrated forces from being transferred through the user's elbows, which can lessen the chance of injury or discomfort to the user's elbows. Furthermore, since the point of force transfer is removed from the elbows of the user, the user may be required to use his or her hands to

stabilize the plank position on the apparatus **110**, in contrast to a plank exercise without a hand grip, where the user's hands offer little additional support to maintain the static plank position.

Relative to FIGS. **3-4**, the apparatus **110** may have the ground-interface surface **150** positioned on a destabilizing device **160**. The destabilizing device **160** may be removably connectable to the frame member **130**, or one or both of the first and second legs **132**, **134** by inserting it into a slot thereon or unscrewing it therefrom. The destabilizing device **160** may facilitate a controlled, destabilizing movement of the frame member **130**. The controlled, destabilizing movement may include, for example, a pivoting of the frame member **130** about a pivot axis located within the destabilizing device **160**. This pivoting movement may be achieved by providing a ground-interface surface **150** which is positioned along the curved surface of the destabilization device **160**. In this example, the ability of the apparatus **110** to pivot may allow the user to achieve an enhanced exercise, since maintaining the static plank position on the apparatus **110** without destabilization utilizes additional muscles within the user's torso and upper body. The destabilizing device **160** can be moved or positioned along the length of the first and second legs **132**, **134** to connect thereto at different attachment points. Varying the point of attachment of the destabilization device **160** to the frame member **130** may vary the degree of instability or destabilization of the apparatus **110**, which can be used to effect different exercises on the apparatus **110**. It is also noted that the destabilization device **160** may include a variety of different shapes and/or curvatures to effect different levels of instability, such as, for example, shortened curvatures, enlarged curvatures, constant radii curvatures, or variable radii curvatures, to name a few.

It is important to note that the controlled, destabilized movement of the apparatus **110** may be limited to translationally static movement, such that neither the apparatus **110** nor the user **10** on the apparatus **110** moves translationally. Rather, the controlled, destabilized movement may include only rotational movement about one or more axes. In some cases, such as shown in FIGS. **3-4**, the rotational movement may be limited to movement in a single degree of freedom, e.g., rotational movement about an axis of curvature of the curved surface of the destabilizing device **160**. This single degree of freedom movement may allow the apparatus **110** to pivot or rock about the destabilizing device **160**, which provides an enhanced plank exercise experience. However, limiting the destabilizing movement to rotational movement only prevents the user from being exposed to injurious situations rife in the conventional art, where an exercise device can slip translationally (forwards, backwards, left, or right) out from underneath the user **10**. A variety of other destabilizing devices **160** can be employed with the apparatus **110**, as are discussed relative to other figures.

FIG. **5** is a side-view illustration of a plank support exercise apparatus **110**, in accordance with the first exemplary embodiment of the present disclosure. One of the benefits of the apparatus **110** is its ability to be easily adjusted to users of different body sizes. One way of achieving this adjustability is by adjusting a distance between the hand grip **120** and the at least one arm support pad **140** by moving the at least one arm support pad **140** along a length of the frame member **130**. There may be a number of ways to achieve this adjustability, one of which includes utilizing a plurality of holes **136** positioned at spaced intervals within the frame member **130**, or within each of the first and second legs **132**, **134** of the frame member **130**. These holes **136** may receive an extended connector **146** which is positioned on the at least one arm support pad **140**, or on both of the first and second arm support pads **142**, **144**. Similarly, the destabilizing device **160** may be adjustable between positions along the length of the frame member **130** to vary a point of controlled, destabilized movement. The destabilizing device **160** may incorporate the same or similar extended connector **146** as the arm support pads **140**.

The extended connector **146** may include, for example, a male fastener which can be positioned within the hole **136** to locate the arm support pad **140** substantially above or proximate to the hole **136**. By varying the positioning of the extended connector **146** within the plurality of holes **136**, the user can select which positioning of the arm support pad **140** is desired. The extended connector **146** may include features to retain it within the hole **136**, such as a biased or snap connector. One type of extended connector **146** may utilize a tab and slot system, where when the extended connector **146** is moved into the hole, a tab on the interior sidewall of the hole **136** is received within a shortened slot in the extended connector **146**. Once the extended connector **146** achieves a fully-inserted position, the tab may be positioned beyond the slot where the extended connector **146** may be rotated to lock the extended connector **146** within the hole **136**.

FIG. **6** is an isometric view illustration of a plank support exercise apparatus **110**, in accordance with the first exemplary embodiment of the present disclosure. Specifically, FIG. **6** depicts the hand grips **120** formed integral with a bifurcated frame member **130** having first and second legs **132**, **134**, which rest in contact with the ground surface. In some embodiments, the hand grips **120** may also be constructed of separate parts made of metal, plastic, rubber or other similar materials. Each of the first and second legs **132**, **134** may have a specific shape which allows for more adjustability of the apparatus **110**. As is shown, each of the first and second legs **132**, **134** may include holes **136** which are positioned for arm support pad attachment along various portions of the first and second legs **132**, **134**. These various portions of the first and second legs **132**, **134** may include straight and angularly positioned lengths, such that the relative distance between the first leg **132** and the second leg **134** can be variable, dependent on which location along the first and second leg **132**, **134** is selected. As is further shown in FIG. **6**, the relative distance between the first leg **132** to the second leg **134** can be variable along one section of the frame member **130**, e.g., the angularly-positioned, middle section, and constant along a different section of the frame member **130**, e.g., the section proximate to a terminating end of each of the first and second legs **132**, **134**. Any combination of variable and/or constant distances may be used.

FIGS. **6.1-6.2** each presents an isometric, rearward view of various embodiments of the first and second arm support pads **142**, **144** compatible with the apparatus **110** of FIG. **6**. Each of the first and second arm support pads **142**, **144** have a soft resiliently deformable surface. Relative to FIG. **6.1**, the first and second arm support pads **142**, **144** feature an attachment peg **175** extending from rigid pad structural member **188**. Due to the round shape of attachment peg **175**, the first and second arm support pads **142**, **144** shown in FIG. **6.1** are rotatable. FIG. **6.2** illustrates the first and second arm support pads **142**, **144** with a concave female shape on an underside thereof, allowing it to matably connect with the first and second legs **132**, **134**. In some embodiments, the concavity on the underside of the first and second arm support pads **142**, **144** may itself be formed of

soft, resiliently material that still allows the first and second arm support pads **142**, **144** to connect with the first and second legs **132**, **134**.

FIG. **7** is an isometric view illustration of a plank support exercise apparatus **110**, in accordance with the first exemplary embodiment of the present disclosure. FIG. **7** illustrates the apparatus **110** having a bifurcated frame member **130** with first and second legs **132**, **134** that are integrally connected to the hand grip **120**. The arm support pad **140** includes first and second arm support pads **142**, **144** which are positioned on the each of the first and second legs **132**, **134**, respectively. Instead of using holes and extended connectors, the first and second arm support pads **142**, **144** may utilize a strap **148** which is connected to each of the first and second arm support pads **142**, **144** and positioned around each of the first and second legs **132**, **134**, respectively. The strap **148** may be movable along the length, or a portion of the length, of the first and second legs **132**, **134** to adjust the position of the first and second arm support pads **142**, **144**. The strap **148** may include a variety of components to enhance usability, include a high-friction material coating an exterior of the strap **148**. The exterior of the strap **148** surface having the high-friction material may act as the ground-interface surface **150** to retain the apparatus **110** in place during use.

FIG. **8** is a side-view illustration of a plank support exercise apparatus **110**, in accordance with the first exemplary embodiment of the present disclosure. The plank support exercise apparatus **110** includes the hand grip **120** and a bifurcated frame member **130** extending from the hand grip **120**, wherein first and second legs **132**, **134** are connected to either side of the hand grip **120**. The arm support pad **140** includes first and second arm support pads **142**, **144** which are each connected to one of the first and second legs **132**, **134**. A distance between the hand grip **120** and the first and second arm support pads **142**, **144** is adjustable. A ground-interface surface **150** is positioned along at least a portion of the frame member **130**.

The apparatus **110** of FIG. **8** includes some variations relative to FIGS. **3-7**. For example, the apparatus **110** of FIG. **8** may include side-mounted holes **136** positioned along each of the first and second legs **132**, **134**. The first and second arm support pads **142**, **144** may be carried on a hub **170** which interfaces between the first and second legs **132**, **134** and the first and second arm support pads **142**, **144**, respectively. The hub **170** may be connected to the destabilizing device **160** and include one or more extended connectors (not shown) which can be engaged with one of the plurality of holes **136** to adjust the location of the arm support pads **140** along the frame member **130**. To control engagement of the extended connectors with the holes **136**, an actuatable engagement device **172** may be used, where actuation of the actuatable engagement device **172** disengages the extended connector from the hole **136** to permit the arm support pad **140** to move along at least a portion of the length of the frame member **130**. The actuatable engagement device **172** may include a button or other feature which can be depressed to disengage the extended connector from the hole **136**. Various designs may be used to facilitate the internal functioning of the actuatable engagement device **172**.

It is further noted that a variety of mechanical interfaces may be used to facilitate the adjustment or sliding of the first and second arm support pads **142**, **144** on the first and second legs **132**, **134**, respectively. For example, the first and second legs **132**, **134** may have a substantially cylindrical shape, a partially cylindrical shape, or a non-cylindrical shape such as a square shape, e.g., when square tubing members are used to form the first and second legs **132**, **134**. Any cross-sectional shape of the first and second legs **132**, **134** may be utilized and the hub **170**, or another component to coordinate adjustment of the first and second arm support pads **142**, **144**, may have a corresponding shape. In another example, the hub **170** may be positioned only on an upper half of each of the first and second legs **132**, **134**, as opposed to fully encircling the first and second legs **132**, **134**. It is also possible to use any number or type of grooves, ridges, guiding features, or other structural designs that facilitate successful movement of the first and second arm support pads **142**, **144** on the first and second legs **132**, **134**, all of which are considered to be within the scope of the present disclosure. FIG. **9** is a rear-view illustration of a plank support exercise apparatus **110**, in accordance with the first exemplary embodiment of the present disclosure. The hub **170** may also include a lateral movement device **174** which supports the first and second arm support pads **142**, **144** and controls a lateral movement thereof. The lateral movement of the first and second arm support pads **142**, **144**, as depicted in FIGS. **8-9**, may be along a lateral direction which is oriented substantially perpendicular to a length of the frame member **130** and a length of the first and second legs **132**, **134**. Thus, while the plurality of holes **136** and the extended connector, or similarly functioning device, may allow adjustability of the first and second arm support pads **142**, **144** along the length of the first and second legs **132**, **134**, the lateral movement device **174** may control movement of the first and second arm support pads **142**, **144** in a different direction. Lateral movement of the first and second arm support pads **142**, **144** may facilitate the varied shoulder widths of users, allowing the apparatus **110** to properly match each user's body size. While the lateral movement device **174** may include a variety of mechanical structures to facilitate lateral movement, the lateral movement device **174** of FIG. **9** may include a plurality of holes **176** spaced at intervals along the length of the lateral movement device **174**. A portion of the hub **170** may extend upwards into the lateral movement device **174** and a biasable pin or other fastener may connect the lateral movement device **174** to the hub **170**.

FIGS. **10-11** are top-view illustrations of a plank support exercise apparatus **110**, in accordance with the first exemplary embodiment of the present disclosure. While FIG. **10** illustrates the first and second arm support pads **142**, **144** in a straight-forward orientation, it is possible for the first and second arm support pads **142**, **144** to be rotated to achieve an inward-facing orientation, as shown in FIG. **11**. Rotation of the first and second arm support pads **142**, **144** may be about a substantially vertical axis positioned through each of the first and second arm support pads **142**, **144**. The rotation of the first and second arm support pads **142**, **144** may be limited to a specific degree of movement, such as a 90 degree movement. This 90 degree movement of each of the first and second arm support pads **142**, **144** may allow the separate first and second arm support pads **142**, **144** to abut or substantially abut one another to provide, in effect, a combined arm support pad **140**. The combined arm support pad **140** may be used primarily for users in a side plank position, as shown in FIG. **2**, where the user's forearm can be positioned in the combined arm support pad **140** to provide additional support during the exercise.

While a 90 degree rotation of the first and second arm support pads **142**, **144** may be common to form the combined arm support pad **140**, a rotation of less than 90 degrees may also have benefits. For example, rotation of the first and

second arm support pads **142**, **144** may also help orient the user's wrist at a comfortable trajectory to the hand grips **120**, thereby adjusting the first and second arm support pads **142**, **144** for users with different arm or body sizes. The adjustability of the first and second arm support pads **142**, **144** allows the user to achieve a comfortable trajectory to the hand grips **120**, regardless of their body size or personal trajectory preference.

FIG. **12** is a partially exploded side-view illustration of a plank support exercise apparatus **110**, in accordance with the first exemplary embodiment of the present disclosure. As is shown in FIG. **12**, the first and second arm support pads **142**, **144** may attach to the first and second legs **132**, **134** using a post **180** which can be positioned inside each of the first and second legs **132**, **134**. The post **180** has an outer diameter that is smaller than an inner diameter of the first and second legs **132**, **134**. The hub **170** supporting the first and second arm support pads **142**, **144** may include an interior cavity **182** which can receive the distal end of the first and second legs **132**, **134** when the post **180** of each of the first and second arm support pads **142**, **144** is positioned in the first and second legs **132**, **134**, respectively.

The post **180** may further include a groove **184** therein which runs along a length of the post **180**. The groove **184** may engage with a fastener **186**, such as a blunt-tip screw, which can be positioned through one of the holes **136** in the first and second legs **132**, **134** (in FIG. **12**, the fastener **186** is shown engaged with the groove **184**). When the post **180** is positioned within the interior of the leg **132**, for example, the post **180** may be moved therein with the end of the fastener **186** engaged with the groove **184**. A tip of the post **180** may have a stop to prevent the fastener **186** from exiting the groove **184**, thereby preventing disconnection of the first and second arm support pads **142**, **144** from the first and second legs **132**, **134**, respectively.

As shown in FIG. **12.1**, the first and second arm support pads **142**, **144** may be carried on a hub **170**, sometimes referred to herein as a pad support member, that may include an attachment interface member for the first and second legs **132**, **134**, respectively. In the preferred embodiment, a ground interface surface **150** providing a contact surface between the apparatus **110** and the ground surface is provided on, among other places, a lower surface of the hub **170**. Generally, the ground-interface surface **150** is configured to allow the apparatus **110** to rest in flat, stable contact with the ground surface and to maintain a stable position regardless of the front-to-back or side-to-side weight distribution on the apparatus **110** of the user's bodyweight. For example, in performing a push-up plank on the apparatus **110**, the user's hands would be placed on the first and second arm support pads **142**, **144**, with the bodyweight thereof localized thereon.

In some embodiments, the hub **170** may include a rotatable interface to alter the orientation the first and second arm support pads **142**, **144** relative to the hand grips **120**. The first and second arm support pads **142**, **144** include arm support portions **143** which generally provide a user-contact surface positioned anteriorly to a user's arm during use. In the preferred embodiment, apparatus **110** is arranged that the user-contact surface of arm support portions **143** are parallel or substantially parallel with a flat ground surface. As shown in FIG. **12.1**, the first and second legs **132**, **134** are angled in slightly toward one another, in an arrangement that allows a user to vary the lateral distance between first and second arm support pads **142**, **144** by moving either of them along a length of frame member **130**. In another embodiment, however, the first and second legs **132**, **134** may be arranged substantially parallel to one another. In the preferred embodiment, the spacing between the first and second legs **132**, **134**, or between the first and second arm support pads **142**, **144**, or both, generally corresponds with the spacing of a typical user's shoulders and allows the user to assume a comfortable position during planking exercises.

As further illustrated in FIG. **12.1**, in the preferred embodiment, hub **170** is composed of plastic or similar material. The ground interface surface **150** is positioned about the apparatus **110**, including, in the preferred embodiment, on a lower surface of the hub **170**, so as to allow it to be in stable contact with the ground regardless of the how the first and second arm support pads **142**, **144** are positioned and regardless of how the user's weight is distributed from front-to-back on the apparatus **110** and/or side-to-side thereon. By the same token, the ground-interface surface **150** is configured to enjoy stable contact with the ground during use regardless of the how the first and second arms support pads **142**, **144** are positioned and regardless of how the user's weight is distributed from front-to-back on the apparatus **110** and/or side-to-side thereon. Preferably, and as is applicable to the embodiment of the apparatus **110** illustrated in FIG. **12.1**, the ground-interface surface **150** is configured to sit flush with the ground surface regardless of how the first and second arm support pads **142**, **144** are position or how the user positions their bodyweight on the apparatus **110**. This configuration is the same as in many other preferred embodiments described herein, including relative to FIGS. **20.1**. In addition, the lower the ground-interface remains in stable contact with the ground regardless, with a dedicated surface thereof touching the ground surface, regardless of adjustments in position of the first and second arm support pads **142**, **144**. Such configuration allows the apparatus **110** to be used for elbow planks, side planks and push-up planks, without losing stability on the ground surface. In one embodiment, the hub **170** may have openings that allow users to grasp around the edges of the first and second arm support pads their fingers around the edges of the first and second arm support pads **142**, **144** while doing, for example, push-ups on them. In some embodiments, it is anticipated that allowing additional ways to adjust the first and second arm support pads **142**, **144**, such as rotational adjustment or lateral adjustment relative to one another, will be beneficial to users. For lateral adjustments, for example, a lateral adjustment feature utilizing a version of hub **170** with a moveably attached upper portion that is slidable with respect to a lower portion could be employed. One such lateral adjustment feature might be similar to the one included in the hub **170** of FIG. **8-9**. Additionally, as will be noted, a lateral connection member **125** may be positioned between a left and right half of the apparatus **110**. Variations of the lateral connection member **125** could be used in embodiments wherein the lateral connection member **125** is adjustable in length or contains a hinged element, allowing the distance between said left and right halves of the apparatus **110** to be varied by extending said lateral connection member **125** or rotating the left and right legs **132**, **134** around a vertical axis thereof. For example, FIG. **12.2** illustrates a top-down view of an embodiment of the apparatus **110** with a hinged version of the lateral connection member **125**, facilitating radial adjustment of the left and right legs **132**, **134** around said hinged element's vertical axis. Such hinged element can be used to alter the angulation of the left and right legs **132**, **134** relative to one another, from angled inward toward one another, to parallel to one another, to a diverging attitude manually without tooling so as to alter the lateral distance between the

pads. In the embodiment of the apparatus **110** shown in FIG. **12.2**, left and right hinged elements **167** in the lateral connection member **125** rotate about a rotational axis member **168** positioned are removably connectable to one another by a small amount of user-supplied force without tools allowing them to unsnap from one another. Detaching the left and right hinged elements **167** provide increased user options, allowing the left and right halves of the apparatus **110** to be severable from each other in order to serve as completely independent arm supports capable of resting in stable contact with the ground surface.

The hub **170** may be connected to one or more extended connectors, such as extended connector member **181**, which can engage with left and right legs **132**, **134**. As shown in FIG. **12.1**, the extended connector member **181** includes holes **136** to allow adjustment of the arm support pads **142**, **144**. In another embodiment, the connector member **181** may be a separate tube or similar structure attached to the left and right arm support pads, respective, and the holes **136** may be situated on such separate tube or similar structure or on the left and right legs **132**, **134**. To control engagement with the holes **136**, the left and right arm support pads can be repositioned, either by sliding them or removing them from the left and right legs **132**, **134** and repositioning them at the desired position. The desired position may held by an actuatable engagement device **172**, which can be spring-activated or a protrusion sufficient to be inserted in one of the holes **136**. The actuatable engagement device **172** may include a button or other feature which can be depressed to help disengage the extended connector from the hole **136**. Various designs may be used to facilitate the internal functioning of the actuatable engagement device **172**. In the preferred embodiment, as shown in FIG. **12.1**, the actuatable engagement device **172** is a pop-up connector. In another embodiment, the left and right legs may be adjustable in a telescopic manner, enjoying any locking device that is known in the field of telescoping tubes. At the same time, it should be noted, that a version of apparatus **11**, as with that of all of the many various embodiments in the present disclosure, may be non-adjustable with respect to the left and right arm support pads, such that their relative distance to the hand grips **120** and/or to one another, are invariable. Likewise, various variations of embodiments disclosed in the present disclosure may make use of a single forearm pad sized to accommodate both forearms of the user.

The hand grips **120**, which may be composed of plastic, rubber or other similar material and, in some embodiments, may have a non-symmetrical shape or other features that may be re-oriented by the user into a desired position by rotating the hand grips **120** about their mounting sites. In the preferred embodiment, the hand grips **120** are mounted on an upturned portion of the left and right legs **132**, **134**. In some embodiments, the arcuate structure of frame **130** may be composed of separate segments that join together and can be disassembled for flatter storage.

It is further noted that a variety of mechanical interfaces may be used to facilitate the adjustment the first and second arm support pads **142**, **144**. For example, the first and second legs **132**, **134** may have a substantially cylindrical shape, a partially cylindrical shape, or a non-cylindrical shape such as a square shape, e.g., when square tubing members are used to form the first and second legs **132**, **134**. Any cross-sectional shape of the first and second legs **132**, **134** may be utilized and the hub **170**, or another component to coordinate adjustment of the first and second arm support pads **142**, **144**, may have a corresponding shape. It is also possible to use any number or type of grooves, ridges, guiding features, or other structural designs that facilitate successful movement of the first and second arm support pads **142**, **144**, all of which are considered to be within the scope of the present disclosure. In another example, the hub **170** may be positioned on the first and second legs **132**, **134** in such a manner that it does not fully encircle the first and second legs **132**, **134**. Such arrangement allows the frame member **130** to rest closer to the ground than it otherwise would, and facilitates repositioning the left and right arm support pads by removably attaching them to the left and right legs **132**, **134**.

FIG. **12.3** is a rear-view illustration of a plank support exercise apparatus **110**, in accordance with the first exemplary embodiment of the present disclosure. FIG. **12.4** is a profile illustration of a plank support exercise apparatus **110**, in accordance with the first exemplary embodiment of the present disclosure. FIG. **12.5** is a bottom illustration of a plank support exercise apparatus **110**, in accordance with the first exemplary embodiment of the present disclosure. (Numbered features depicted in FIGS. **12.3-12.5** have the same description applicable to those features with the same numbers described relative to FIG. **12.1** above.)

Relative to FIG. **12.5**, the lower surface of the hub **170** includes a tube receptacle member **173** wherein the left and right legs **132**, **134**, as the case may be, is removably secured. The tube receptacle **173** is lined with flexible clamp members **183**, which in the preferred embodiment are arcuate plastic rib members formed in the sides of the tube receptacle **173**. The tube receptacle **173** and the flexible clamp members **183** are appropriately shaped, sufficiently flexible and resiliently deformable so as to receive the left and right legs **132**, **134** when the hub **170** is pressed down thereon and adequately secure it in therein. As a result, the hub **170** can be slidably moved and lifted and up and replaced on the left and right legs **132**, **134**, as the case may be, in the desired position by the user by hand and without tooling. Likewise, in the preferred embodiment, no additional fasteners other than the flexible clamp members **183** are needed to secure the hub **170** to the frame member **130**. One benefit of this is, in the preferred embodiment, is that the frame member **130** is able to be in direct communication with the ground surface or in very close proximity thereto (e.g., an inch or less). Further illustrated in FIG. **12.5** are anti-skid members **197**, preferably composed of rubber, vinyl, polyurethane, plastic or similar material, facilitating stable positioning of the apparatus **110** on the ground surface.

In addition, the first and second legs **132**, **134** of the apparatus **110** may have a rotatable connection **127** to the frame member **130** as shown in FIG. **12.6**, allowing further adjustments. Likewise, the first and second arm support pads **142**, **144** may have a rotatable connection structure **128** to the frame member **130**. Of course, many adjustments mechanisms described in the present disclosure may be combined or omitted from the apparatus **110** in order to provide a satisfactory user experience.

As shown in FIG. **12.7**, a destabilizing apparatus **101** similar to destabilizing device **460** (as described elsewhere herein) may be connected to the apparatus **110**. For example, in the embodiment shown in FIG. **12.7**, a cross-bar **135** mounted perpendicular to the first and second legs **132**, **134** of the apparatus **110** of FIG. **12.1** allows for fasteners to be positioned at openings **177** to mount the destabilizing apparatus **101** to the first and second legs **132**, **134**. The destabilization device **101** may include a spherical structural member or, as shown in FIG. **12.7**, a semispherical structural member **102**, which has a lowered edge that is positioned to

contact a ground surface. The destabilization device **101** may also enclose a spherical structural member in a casing to provide a ball-and-joint-arrangement. The cross-bar **135** may be removably detachable as by, for example, screwing it and unscrewing it from the apparatus **110**. Further, a destabilization device similar to destabilization device **160** shown, among other places, in FIG. **9**.

FIG. **12.8** is a side-view illustration of a plank support exercise apparatus in use with a user **11**, in accordance with the first exemplary embodiment of the present disclosure.

FIG. **13** is an isometric view illustration of a plank support exercise apparatus **210**, in accordance with a second exemplary embodiment of the present disclosure. The plank support exercise apparatus **210**, which may be referred to herein as 'apparatus **210**' may be substantially similar to the apparatus **110** described with respect to FIGS. **3-12**, and may include any of the features, components, or functions discussed relative to FIGS. **3-12**. The apparatus **210** of FIG. **13** includes a hand grip **220**. A frame member **230** extends from the hand grip **220**. At least one arm support pad **240** is connected to the frame member **230**, wherein a distance between the hand grip **220** and the at least one arm support pad **240** is adjustable. A ground-interface surface **250** is positioned along at least a portion of the frame member **230**.

FIG. **14** is an isometric view illustration of the plank support exercise apparatus **210** of FIG. **13**, in accordance with the second exemplary embodiment of the present disclosure. Relative to FIGS. **13-14**, the apparatus **210** includes a destabilization device **260** which is positioned substantially underneath the arm support pad **240** (or each arm support pad present). The destabilization device **260** may function in the same manner as described in FIGS. **3-5**, with the added function that the destabilization device **260** shown in FIGS. **13-14** may be movable between an extended position, shown in FIG. **14**, where the ground-interface surface **250** positioned on the curved surface of the destabilization device **260** is contactable to a ground surface and a retracted position, shown in FIG. **13**, where the ground-interface surface **250** positioned on the curved surface of the destabilization device **260** is removed from a contactable position with the ground surface. To achieve the movement between the extended and retracted positions, the destabilization device **260** may pivot about an axis, thereby allowing a specific surface or the destabilization device **260** to be oriented towards a ground surface. In FIG. **13**, a flat edge of the destabilization device **260** may be oriented downwards (towards the ground surface) and in FIG. **14**, the curved surface may be oriented downwards. When a user desires to use the apparatus **210** without destabilization, the user may select the configuration shown in FIG. **13**. When the user desires an enhanced exercise by destabilizing the apparatus **210** with the curved surface of the destabilization device **260**, the user would position the destabilization device **260** as shown in FIG. **14**. It is noted that the foot pads **228** positioned along a front of the frame member **230** may act as ground-support devices at any point of use of the apparatus **210**.

Relative to FIGS. **13-14** further, it is noted that the arm support pads **240** are also able to rotate, in the same manner as described relative to FIGS. **10-11**, to provide arm trajectory user-adjustment of the apparatus **210** or to convert the apparatus **210** from a front plank orientation to a side plank orientation.

Relative to FIGS. **13-14**, the apparatus **210** includes a hand grip **220** that is adjustable along the length of the frame member **230**, whereby a distance between the hand grip **220** and the arm support pad **240** can be adjusted. The hand grip **220** may include a carriage **222** which is positioned about the frame member **230**, or a portion thereof, and can be moved along the length of the frame member **230**. The apparatus **210** may also include other devices for permitting movement of the hand grip **220** along the frame member **230**. The carriage **222** may include a raised support **224** which receives an end of the hand grip **220** therein, such that the hand grip **220** can be rotated relative to the raised support **224**. Accordingly, the hand grip **220** may be rotated between a lowered position, as shown in FIG. **13**, and a raised position, as shown in FIG. **14**. In the lowered position, the hand grip **220** may be stowed for convenient storage of the apparatus **210**, whereas the raised position of the hand grip **220** may be a position where a user is actively using the apparatus **210**. In some variations, rotating the hand grip **220** may provide benefits in the ergonomic use of the apparatus **210**, not just to make the apparatus **210** more convenient for storage. For example, a user may rotate the hand grip **220** into a more comfortable angle.

It is also noted that the movable hand grip **220** may include two separate halves which operate independently of one another or which can be operated together. Other variations of moveable hand grips **220** may include hand grips **220** with male extenders that allow the hand grips **220** to connect or pop in to the frame member **230** along a length of the frame member **230**, to allow adjustment of the positioning of the hand grips **220**.

FIGS. **15-16** are side-view illustrations of the carriage **222** and raised support **224** of the plank support exercise apparatus **210** of FIGS. **13-14**, in accordance with the second exemplary embodiment of the present disclosure. Relative to FIGS. **13-16**, rotation of the hand grip **220** may be controlled, at least in part, with a frictional cam **226** which is connected to the hand grip **220** at a lower part thereof and is positioned to contact the frame member **230**. The frictional cam **226** may include a rubberized structure which is rotatable opposite the hand grip **220**. As is shown in FIGS. **15-16**, the frictional cam **226** may be positioned proximate to the rotatable joint on which the hand grip **220** can rotate, such that when the hand grip **220** is in a fully or partially lowered position (FIGS. **13** and **15**), the frictional cam **226** is free from contact. When the hand grip **220** is moved to the raised position (FIGS. **14** and **16**), the frictional cam **226** may contact the frame member **230** through an aperture **227** within the carriage **222**. The contact between the frictional cam **226** and the frame member **230** through the aperture **227** may be sufficient to retain the hand grip **220** in the raised position. Further, this contact may also be sufficient to limit the movement of the carriage **222** along the frame member **230**.

FIG. **17** is an exploded view illustration of a lateral movement device **374** for use with a plank support exercise apparatus, in accordance with a third exemplary embodiment of the present disclosure. The lateral movement device **374** of the third exemplary embodiment may be used with the apparatus as described relative to any figure herein to achieve the same lateral movement as described relative to FIGS. **8-9**. The lateral movement device **374** may facilitate lateral movement of the arm support pad **340** using a biasable track system which includes a biased engagement device **390** which is movable with a track **392**. The track **392** may be mounted to a frame member or leg of the apparatus. When assembled, the arm support pad **340** may be affixed to hub **370** with biased engagement device **390** positioned in contact below it. A transfer housing **394** and stop **396** are positioned internal of engagement protrusions **398** of the biased engagement device **390**. The stop **396** may connect to

the underside of the arm support pad **340** with one or more fasteners and may facilitate rotation of the arm support pad **340** by acting as a rotatable interface, such as a Lazy Susan-type device, for the arm support pad **340**. This rotation of the arm support pad **340** can be combined with the other mechanics of the lateral movement device **374**.

In use, teeth on the engagement protrusions **398** may be engaged with teeth on the track **392** where there is weight applied to the arm support pad **340**. When weight is removed from the arm support pad **340**, the stop **396** may bias the transfer housing **394** upwards, thereby allowing the engaged protrusions **398** to retract a sufficient distance to disengage the teeth thereof from the teeth of the track **392**. In this function, the user of a plank support exercise device may select the appropriate lateral position of the arm support pad **340** and then automatically lock the lateral position in place when he or she assumes a plank position on the apparatus.

FIG. **18** is an isometric view illustration of a plank support exercise apparatus **410**, in accordance with a fourth exemplary embodiment of the present disclosure. The plank support exercise apparatus **410**, which may be referred to herein as 'apparatus **410**' may be substantially similar to the other apparatuses described within this disclosure and may include any of the features, components, or functions discussed relative to any other figure herein. The apparatus **410** of FIG. **18** includes a hand grip **420**. A frame member **430** extends from the hand grip **420**. At least one arm support pad **440** is connected to the frame member **430**, wherein a distance between the hand grip **420** and the at least one arm support pad **440** is adjustable. A ground-interface surface **450** is positioned along at least a portion of the frame member **430**.

The apparatus **410** of FIG. **18** includes a hand grip **420** formed from two distinct structures, each of which is carried on a portion of the frame member **430**. The hand grips **420** are adjustable, such that the distance between the hand grips **420** and the at least one arm support pad **440** can be modified depending on a user's body size. The hand grip **420** may be movable by repositioning each of the hand grips **420** until they are locked within one of a plurality of preselected positions located at spaced intervals on the frame member **430**. Specifically, as is shown in FIG. **18**, the frame member **430** may include cavities **432** on a surface thereof which engage with a locking structure on the hand grip **420** to lock the hand grip **420** in place on the frame member **430**. The locked nature of the hand grip **420** to the frame member **430** may be altered when a sufficient force is applied to the hand grip **420**, such that the locking structure of the hand grip **420** is disengaged from the cavity on the frame member **430**. In one of many possible variations, as previously noted, the moveable hand grips **420** may include male ridges or extenders that can be connected to or popped into the frame member **430** along the length of the frame member **430** to provide adjustment of the hand grips **420**. When separate hand grips **420** are used, as is shown in FIG. **18**, the hand grips **420** themselves may be able to be adjusted laterally on tracks or with holes, thereby allowing a distance between the hand grips **420** to be adjusted.

FIG. **19** is a detailed isometric view illustration of a plank support exercise apparatus **410** of FIG. **18**, in accordance with the fourth exemplary embodiment of the present disclosure. Relative to FIGS. **18-19**, the apparatus **410** may have arm support pads **440** which are positioned on a unitary support bar **442**. The unitary support bar **442** may be positioned in a lateral direction, relative to a general length of the apparatus **410**, and allows the arm support pads **440** to be laterally adjusted, similar to as described relative to FIGS. **8-9**. Accordingly, the arm support pads **440** may be positioned between an extended position on the unitary support bar **442**, as is shown in FIG. **19**, and a retracted position, as shown in FIG. **18**.

FIG. **20** is a front-view illustration of a plank support exercise apparatus **410** of FIG. **18**, in accordance with the fourth exemplary embodiment of the present disclosure. The apparatus **410** as shown in FIG. **20** illustrates a destabilization device **460** which is positioned under a substantially center point of the apparatus **410**. The destabilization device **460** may include a semi spherical structure which has a lowered edge that is positioned to contact a ground surface. In one example, the destabilization device **460** may include a semispherical structure formed from plastic, rubber, or similar material, which can support the weight of the apparatus **410** with a user on it. The destabilization device **460** may function as previously described, with the exception that it may allow movement of the apparatus **410** in more than one rotational degree of freedom. Using a semispherical surface as a destabilization device **460**, as opposed to a curved surface along two dimensions, may allow three rotational degrees of freedom which provide enhanced destabilization movement.

The apparatus **410** of FIG. **20.1** includes hand grips **420**, preferably made of plastic, rubber or similar material but also composed of metal or other similar materials, each of which hand grip **420** is carried on a portion of the frame member **430**. The hand grips **420** are preferably adjustable, such that they are, for example, rotatable about their respective attachment sites to the frame **430**, although, in some embodiments, they may be non-moveably attached to the frame member **430**. In addition, the distance between the hand grips **420** and the at least one arm support pad **440** can be modified depending on a user's body size. The hand grips **420** may be movable by repositioning each of the hand grips **420** until the extended connector **456** on which they are mounted is locked within one of a plurality of preselected positions located at spaced intervals on the frame member **430**. The extended connector **446** may include features to retain it within the hole **436** with the actuatable engagement device **472**, such as a biased, pop-up or snap connector. Specifically, in FIG. **20**; **1**, the actuatable engagement device **472** is a pop-up connector. Another type of extended connector **446** may utilize a tab and slot system, where when the extended connector **446** is moved into the hole, a tab on the interior sidewall of the hole **436** is received within a shortened slot in the extended connector **446**. In the alternative, the extended connector **446** may adjusted with a twist-collar mechanism (not shown) where the extended connector **446** meets the first and second legs **433**, **434** by supplying friction annularly around the connection point between them. There are many possible adjustment mechanisms suitable for providing the adjustments disclosed herein. Once the extended connector **446** achieves a fully-inserted position, the tab may be positioned beyond the slot where the extended connector. It is contemplated that many types of cavities, male and female mating structures, ridges, and the like, will provide suitable adjustment for the hand grips **420**. As with many of the various possible components of the frame member **430**, including the first and second legs **433**, **434**, support bar **442**, extended connector **444**, lateral support bar **446**, and lateral extended connector **447**, such components may have a substantially cylindrical shape, a partially cylindrical shape, or a non-cylindrical shape such as a square shape, e.g., when square tubing members are used to form a component. Any cross-sectional shape may

be utilized, and another component associated therewith to coordinate adjustment may have a corresponding shape.

Relative to FIG. **20.1**, the apparatus **410** may have arm support pads **440** mounted on the support bar **442**, preferably at opposite ends of the support bar **442**, such that the arm support pads **440** are constantly positioned on the peripheral corners of the apparatus **410** during use. The support bar **442** may be positioned in a lateral direction, relative to a general length of the apparatus **410**, and allows the arm support pads **440** to be adjusted by extending the lateral extended connector **444** on which they are mounted until is locked at one of a plurality of preselected positions located at spaced intervals on the support bar **442**. The lateral extended connector **444** may include features to retain it within the hole **436** with the actuatable engagement device **472**, such as a biased, pop-up or snap connector. Specifically, in FIG. **20.1**, the actuatable engagement device **472** associated with the lateral extended connector **444** is a pop-up connector. Accordingly, the arm support pads **440** may be positioned between an extended position, a retracted position and various positions in between. Likewise, the d arm support pads **440** may also have a rotatable connection the frame member **130**.

The apparatus **410** as shown in FIG. **20.1** may include a destabilization device **460**, as shown in FIG. **20.1** and described in further detail herein relative to FIGS. **18-20** and elsewhere herein. The destabilization device of FIG. **20.2** is positioned under at least a portion of the frame member **430**, such as along support bar **442** or lateral support bar **446**. The destabilizing device **460** may be permanently affixed to apparatus **410** or, in the preferred embodiment, removably attachable. To facilitate a removable attachment, for example, as shown in FIG. **19.2**, a threaded rod **467** may be used, though any number of attachment means are acceptable as long as they facilitate a removeable attachment. The destabilization device **460** may include a semispherical structure **462** which has a lowered edge that is positioned to contact a ground surface. In one example, the semispherical structure **462** may be formed from plastic, rubber, or similar material, which can support the weight of the apparatus **410** with a user on it. Using a semispherical surface as a destabilization device **460** may allow three rotational degrees of freedom which provide enhanced destabilization movement, but many different shapes for the destabilization device **460** are contemplated, such as a spherical structural, as long as it accomplishes a destabilization effect. In addition, a ball-and-joint mechanism would also provide satisfactory destabilization. The destabilization device **460** of FIG. **20.2** may be attached to the apparatus **410** along support bar **442** or lateral support bar **446**, which may have an adjustable length.

As shown in FIG. **20.1**, lateral support bar **446** is fixedly connected to the frame member and is adjustable with utilization of lateral extended connector **447**. However, in some embodiments, the lateral support bar **446** may be omitted, detachable, of a fixed length, or, as shown in FIG. For example, FIG. **3.2** shows an embodiment of apparatus **410** without the lateral support bar **446**. The lateral support bar **446** may also be positioned anywhere along the frame member **430**. As with all adjustments described herein, the preferred mode of adjustments of apparatus **410**, allows the user to carry out adjustments with an unaided hand and without tools.

In the preferred embodiment, a pad support member **490** is provided for the arm support pads **440**. The pad support structure **490** may be composed of plastic, metal, wood or similar material is in contact with the ground during use. Portions of pad support structure **490** may extend laterally at least as far as the exterior lateral edges the arm support pads **440**. This arrangement allows the apparatus **410** to have appropriate stability for various planking exercises, particularly side planks and push-up planks, in which the weight of the user is applied to only one of the arm support pads **440** or along the outer edges thereof. In addition, areas of the pad support structure may be left open in order to allow users to enclose an edge of the arm support pads **440** with their fingers while using them as push-up blocks or for push-up planks

FIG. **20.4** shows an isometric side view of the apparatus **410** of FIG. **20.1**, in accordance with the fourth exemplary embodiment of the present disclosure. The description of features described relative to FIG. **20.1** above are equally applicable to those features with same numbers shown in FIG. **20.4**.

In addition, as shown in FIG. **20.5** the first and second legs **433**, **434** of the apparatus **410** may have a rotatable connection **427** to the frame member **430**, allowing further adjustments. Of course, many adjustments mechanisms described in the present disclosure be combined or omitted from the apparatus **410** in order to provide a satisfactory user experience.

FIGS. **21-22** are side-view illustrations of a plank support exercise apparatus **410**, in accordance with the fourth exemplary embodiment of the present disclosure. Similar to the destabilization device **460** of FIG. **20**, FIGS. **21-22** illustrate a variation to a destabilization device **460** which can provide three rotational degrees of freedom. As is shown in FIGS. **21-22**, the destabilization device **460** may include a semispherical structure **462** which is carried on an arm **464** that is movable between retracted and extended positions. A joint **466** may be used to move the arm **464**, thereby moving the semispherical structure **462** between the retract position, shown in FIG. **21**, to an extended position, shown in FIG. **22**. The joint **466** may use levers to unlock a center section of the joint **466** to allow movement of the arm **464** or to lock the joint **466** to prevent arm **464** movement, such as by using a locking ball. In use, extending the arm **464** may increase the destabilization effect on the apparatus **410** whereas lowering or retracting the arm **464** may lessen the destabilization effect. Accordingly, a user can adjust the destabilization device **460** to achieve the desired destabilization effect.

FIGS. **23-24.1** are isometric view illustrations of a plank support exercise apparatus **510**, in accordance with a fifth exemplary embodiment of the present disclosure. The plank support exercise apparatus **510**, which may be referred to herein as 'apparatus **510**' may be substantially similar to the other apparatuses described within this disclosure and may include any of the features, components, or functions discussed relative to any other figure herein. As is shown in FIGS. **23-24**, the apparatus **510** includes a central frame member **530** which is connected between a hand grip portion **520** and an arm support pad portion **540**. (It is noted that the soft, resiliently deformable foam arm support pads that would engage with the arm support pad portion are omitted from FIGS. **23-24**, and the foam grip coverings that would cover the hand grip portion **520** are omitted from FIGS. **23-24.1**.) The hand grip portion **520** is configured to rotate upward for user-contact and, as shown in FIGS. **23-24**, downward for storage or grip variations. In FIG. **24.1**, the hand grip portion **520** is shown in a user-ready position, being upturned vertically in a sufficient position to be grasped by the user, and in some embodiments may be fixed such upturned position. FIG. **24.1** further shows foam pads

**542** engaged with slots **545** in the arm support pad portion **540**, the entire lower surface of which, together with the lower surface of the apparatus, is resting in flat contact with flat ground surface. (Although the foam pads **542** shown in FIG. **24.1** are squarish in shape, the preferred shape is a curvilinear to match ergonomically the shape of a person's forearm.) In the preferred embodiment, the foam pads **542** have protrusions from a lower surface thereof allowing the foam pads **542** to engage with the slots **545**. The central frame member **530** may permit adjustability of the arm support pad portion **540** along the length of the central frame member **530**. The central frame member **530** may use, for example, a track system or telescoping mechanisms which allow the arm support pad portion **540** to be moved to selected locations along its length. FIG. **23** depicts the arm support pad portion **540** positioned at a distal end of the central frame member **530**, whereas FIG. **24** depicts the arm support pad portion **540** positioned towards a middle section of the central frame member **530**. The arm support pad portion **540** itself may also include a track or telescopic mechanism to allow lateral movement of arm support pads, as previously described

FIG. **25** is a flowchart **600** illustrating a method of using a plank support exercise apparatus, in accordance with a sixth exemplary embodiment of the disclosure. It should be noted that any process descriptions or blocks in flow charts should be understood as representing modules, segments, or steps that include one or more instructions for implementing specific logical functions in the process, and alternate implementations are included within the scope of the present disclosure in which functions may be executed out of order from that shown or discussed, including substantially concurrently or in reverse order, depending on the functionality involved, as would be understood by those reasonably skilled in the art of the present disclosure.

As is shown by block **602**, a plank support exercise apparatus is provided, the plank support exercise apparatus having a hand grip, a frame member extending from the hand grip, at least one forearm support pad connected to the frame member, and a ground-interface surface positioned along at least a portion of the frame member. A force from a weight of a user in a position with a forearm thereof on the at least one forearm support pad from the forearm of the user is transferred through the at least one forearm support pad, and through the ground interface surface to a ground surface (block **604**).

The method may include any additional number of steps, processes, and functions, including any disclosed within this disclosure. For example, when the plank support exercise apparatus is in use, an elbow of the user may be free from contact with the at least one forearm support pad. The method may include adjustment of the plank support exercise apparatus, such as moving the at least one forearm support pad along a length of the frame member, thereby adjusting a distance between the hand grip and the at least one forearm support pad, and/or moving the hand grip along a length of the frame member, thereby adjusting a distance between the hand grip and the at least one forearm support pad. The at least one forearm support pad may be moved in a lateral direction, wherein the lateral direction is substantially perpendicular to a length of the frame member and the at least one forearm support pad may be rotated about a substantially vertical axis thereof. Similarly, the hand grip may be rotated about a substantially horizontal axis thereof between a lowered position and a raised position. The method may further include destabilizing the plank support exercise apparatus with a destabilizing device, thereby facilitating a controlled, destabilizing movement of the plank support exercise apparatus. The controlled, destabilizing movement may further comprise translationally static movement and may further include movement in a single degree of rotational freedom.

It should be emphasized that the above-described embodiments of the present disclosure, particularly, any "preferred" embodiments, are merely possible examples of implementations, merely set forth for a clear understanding of the principles of the disclosure. Many variations and modifications may be made to the above-described embodiment(s) of the disclosure without departing substantially from the spirit and principles of the disclosure. All such modifications and variations are intended to be included herein within the scope of this disclosure and the present disclosure and protected by the following claims.

What is claimed:

**1**. An apparatus for facilitating a user to achieve a plank position, the apparatus comprising:

a frame having a grip area coupled to a first end and an attachment portion disposed on a second end, wherein the grip area comprises at least two grips;

an arm support member having a padded portion and a frame engaging portion, wherein the frame engaging portion couples to the attachment portion, and wherein the arm support member is moveable to a plurality of positions and can be retained in each of the plurality of positions with a locking device;

a ground interface surface allowing the apparatus to maintain a self-stabilized position on the ground whereby when the apparatus is placed on the ground, the ground interface surface is in level contact with the ground.

**2**. The apparatus of claim **1**, wherein the ground interface surface has a slip-resistant member acting to increase traction between the ground interface surface and the ground.

**3**. The apparatus of claim **1**, wherein the ground interface surface further comprises a first interface portion posterior to and longitudinally spaced from a second interface portion, and wherein when the apparatus is placed on the ground with the frame parallel to the ground, the first interface portion and the second interface portion are engaged with the ground.

**4**. The apparatus of claim **1**, wherein the ground interface surface's angle of orientation with respect to the ground remains substantially constant about at least one of the frame's two principal axes.

**5**. The apparatus of claim **1**, wherein the ground interface surface is disposed underneath a distally positioned edge of the arm support member.

**6**. The apparatus of claim **1**, wherein the ground interface surface and the arm support member are formed together.

**7**. The apparatus of claim **1**, wherein the frame engaging portion incorporates an elongated connector member to engage the frame for selective position adjustment of the arm support member.

**8**. The apparatus of claim **1**, wherein the frame engaging portion has a flexible plastic or resiliently deformable feature biased toward flexing into a position of enclosure of the frame.

**9**. The apparatus of claim **1**, wherein the apparatus is configured to engage with or otherwise be supported by one or more support bars that can help stabilize the arm support member during use, wherein included in the apparatus is at least one cavitied attachment member for engaging the one or more support bars, and wherein the ground interface surface is positioned proximate to or on the at least one

cavitied attachment member when each of the one or more support bars is engaged with the apparatus.

**10**. The apparatus of claim **1**, wherein the frame has a fixed static length, and wherein a first longitudinal distance between the at least two grips and the arm support member and a second lateral distance between the arm support member and a center of the apparatus are adjustable.

**11**. The apparatus of claim **10**, wherein moving the arm support member into the plurality of positions is actuatable by a fixedly exposed user control interface.

**12**. The apparatus of claim **1**, wherein the padded portion is disposed substantially adjacent to the frame.

**13**. The apparatus of claim **1**, wherein one grip portion is disconnectable from or otherwise positionally adjustable relative to another grip portion.

**14**. The apparatus of claim **1**, wherein the arm support member is laterally displaceable in a sloped trajectory.

**15**. The apparatus of claim **1**, wherein the arm support member is rotatable about a vertical rotational axis, and wherein the vertical rotational axis is included in a pivot structure positioned proximate to a grip portion, with the frame or the grip portion being rotationally secured to the pivot structure.

**16**. An apparatus for facilitating a user to achieve a plank position, the apparatus comprising:

a tube having a grip area coupled to a first end and an attachment portion disposed on a second end, wherein the grip area comprises at least two grips;

an arm support member having a padded portion and a tube engaging portion, wherein the tube engaging portion couples to the attachment portion;

a rotational feature engageable by the tube, wherein the rotational feature is positioned underneath the tube and facilitates a rotational movement of the tube about at least one rotational axis, and wherein the rotational feature comprises an at least partially spherical component or other curved surface facilitating a controlled alteration of an angle of orientation of the apparatus relative to the ground by the user.

**17**. A method of using an apparatus to achieve a plank position, the method comprising the steps of:

providing the apparatus comprising a frame having a grip area with at least two grips coupled to a first end and an attachment portion disposed on a second end, an arm support member having a padded portion and a frame engaging portion configured to couple to the attachment portion, wherein a position of the arm support member is adjustable, and wherein the apparatus has a ground interface surface in contact with the ground underneath the arm support member or the grip area; and

using the apparatus to perform a plank exercise.

**18**. The method of claim **17**, further comprising rotating the apparatus with a rotational feature, thereby facilitating a rotational movement of the apparatus about at least one rotational axis and allowing the user to alter an angle of orientation of the apparatus relative to the ground.

**19**. An apparatus for facilitating a user to achieve a plank position, the apparatus comprising:

a frame having a grip area coupled to a first end and an attachment portion disposed on a second end, wherein the grip area comprises at least two grips;

an arm support member having a padded portion and a ground-engaging portion, wherein the arm support member couples to the attachment portion, and wherein a position of the at least two grips or the arm support member is moveable;

a ground interface surface allowing the apparatus to maintain a self-stabilized position on the round whereby when the apparatus is placed on the ground, the ground interface surface is in level contact with the ground.

* * * * *

Exhibit A-2

(U.S. Patent No. 11,491,464)

US011491364B2

(12) **United States Patent**
**Domesick**

(10) **Patent No.: US 11,491,364 B2**
(45) **Date of Patent: Nov. 8, 2022**

(54) **PLANK SUPPORT EXERCISE APPARATUS AND RELATED METHODS**

(71) Applicant: **Michael Harris Domesick**, Worcester, MA (US)

(72) Inventor: **Michael Harris Domesick**, Worcester, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **16/368,962**

(22) PCT Filed: **Oct. 12, 2018**

(86) PCT No.: **PCT/US2018/055589**
§ 371 (c)(1),
(2) Date: **Mar. 29, 2019**

(87) PCT Pub. No.: **WO2019/075313**
PCT Pub. Date: **Apr. 18, 2019**

(65) **Prior Publication Data**

US 2019/0321678 A1 Oct. 24, 2019

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 15/959,405, filed on Apr. 23, 2018, now Pat. No. 10,286,245.

(51) **Int. Cl.**
*A63B 21/00* (2006.01)
*A63B 21/002* (2006.01)

(52) **U.S. Cl.**
CPC ...... ***A63B 21/4035*** (2015.10); ***A63B 21/0023*** (2013.01); *A63B 2209/00* (2013.01)

(58) **Field of Classification Search**
CPC ......... A63B 23/02–0205; A63B 21/002–0023; A63B 21/4035
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 6,582,347 | B2 * | 6/2003 | Smith | A63B 23/0211 | 482/140 |
| 9,592,419 | B1 * | 3/2017 | Cuffe | A63B 21/4035 | |
| 2005/0209073 | A1 * | 9/2005 | Chen | A63B 21/0004 | 482/146 |
| 2014/0187395 | A1 * | 7/2014 | Blahnik | A63B 21/00181 | 482/141 |

* cited by examiner

*Primary Examiner* — Jennifer Robertson

(57) **ABSTRACT**

A plank support exercise apparatus and related methods is provided. The plank support exercise apparatus has a frame and at least one arm support pad connected to the frame. A ground-interface surface is positioned along at least a portion of the apparatus.

**17 Claims, 41 Drawing Sheets**






FIG. 1 (Prior Art)




FIG. 2 (Prior Art)




FIG. 3




FIG. 4




FIG. 5




FIG. 6

Fig. 6.1



Fig. 6.2






FIG. 7




FIG. 8




FIG. 9




FIG. 10




FIG. 11

FIG. 12



Fig. 12.1



Fig. 12.2



Fig. 12.3


170
144
150
172
138
181
110
120
125
134
130
132
120
181
138
172
142
150
170

Fig. 12.4






Fig. 12.5

Fig. 12.6



Fig. 12.7



Fig. 12.6






FIG. 13




FIG. 14




FIG. 15




FIG. 16




FIG. 17




FIG. 18




FIG. 19




FIG. 20

Fig. 20.1


420
420
456
472
440
430
434
447
490
436
456
433
440
410
436
444
446
472
442
490

Fig. 20.2



Fig. 20.3


420
420
456
472
440
430
434
490
436
456
433
172
440
436
444
410
472
442
490




Fig. 20.4

Fig. 20.5



410
420
420
456
456
436
436
430
472
472
490
490
436
472
442
444
427
427

Fig. 21



Fig. 22






FIG. 23




FIG. 24

Fig. 24.1




610
602
A plank support exercise apparatus is provided, the plank support exercise apparatus having a hand grip, a frame member extending from the hand grip, at least one forearm support pad connected to the frame member, and a ground-interface surface positioned along at least a portion of the frame member.
604
A force from a weight of a user in a position with a forearm thereof on the at least one forearm support pad from the forearm of the user is transferred through the at least one forearm support pad, and through the ground-interface surface to a ground surface.

FIG. 25

# PLANK SUPPORT EXERCISE APPARATUS AND RELATED METHODS

## CROSS REFERENCE TO RELATED APPLICATION

This application is being filed as a continuation in part of U.S. patent application Ser. No. 15/959,405, and claims benefit thereof and of PCT Patent Application No. PCT/US2018/055589.

## FIELD OF THE DISCLOSURE

The present disclosure is generally related to exercise devices and more particularly is related to a plank support exercise apparatus and related methods.

## BACKGROUND OF THE DISCLOSURE

A plank exercise is an isometric core strength exercise that involves maintaining a difficult position for extended periods of time. The most common plank is the front plank which is held in a push-up position with the body's weight borne on forearms, elbows, and toes. FIG. **1** is a side view illustration of person **10** in a front plank position, in accordance with the prior art. This type of exercise may also be known as a front hold, hover, or abdominal bridge. As is shown in FIG. **1**, when in the front plank position, a person **10** may maintain a push-up-like stance with his or her forearms in contact with the ground surface **12**. In this position, the body weight of the person **10** is transferred through their feet and through their upper arms to the ground **12**. Relevant to this disclosure, the transfer of the weight through the upper arms to the ground **12** places significant forces on the person's elbows, which are in contact with the ground **12**.

Variations on the plank exercise include alternative positions, such as the side plank, the reverse plank, the push-up plank, and/or the so-called 'superman' plank. FIG. **2** is a side view illustration of person **10** in a side plank position, in accordance with the prior art. In the side plank, the person **10** maintains a static position with a single forearm and single foot in contact with the ground **12**. In this position, the bodyweight of the person **10** is transferred through his or her single foot and single arm which maintain contact with the ground **12**. Relevant to this disclosure, the transfer of the weight through the single upper arm to the ground **12** places a significant force on the elbow of the person which is in contact with the ground **12**.

Plank exercises may further include the use of training devices to enhance the effect of the exercise on the person. As is well-known in the art, these training devices may include a padded mat or weighted athletic balls which the person balances his or her bodyweight on while maintaining a plank position or a modified plank position. In all variations of the plank position, the person may experience a balance and core conditioning exercise by requiring muscles in the person's legs, torso, back, and upper body to remain in a static position, thereby increasing strength, control, and coordination of the muscles within the person's body. The health benefits of plank exercises are well documented throughout the health, fitness, and exercise science industries. However, there are also some drawbacks of plank exercise, including the discomfort a user experiences at his or her elbows, due to the localized force of their bodyweight being transferred through the elbow.



Some devices are available to assist plank exercises. One device includes a unitary shell with handle grips and a platform, and a sliding device positioned on an underside of the platform. A user may grasp the handle grips with his or her elbows in contact with the platform and his or her knees in contact with the ground surface. The user then exercises his or her abdominal muscles by sliding the unitary shell on the ground relative to his or her knees. A similar device uses independent sliding carriages for each arm of the user, whereby a plank position can be assumed on the carriages. It is noted that other plank exercise assisting devices, functioning under the same principles as described herein, may also exist in the conventional art.

These devices, along with other conventional devices, have many shortcomings. One major shortcoming is that the devices use unrestricted sliding movement, such that users are highly susceptible to inadvertently overextending exercise positions which can result in injury. Further, the devices require a user's forearm to be positioned in such a way that their bodyweight is transferred through their elbow and into the device. While some padding on the device may alleviate some of the discomfort to the user's elbow, it falls far short of eliminating the discomfort. Additionally, conventional devices often have handle grips that are not ergonomically safe. For example, many devices have handle grips positioned aligned with or higher than the user's arm, which results in an upwards pitching of the user's wrist. Long term, this position can result in strain on the user's wrist and forearm. This position may also prevent a user from exerting downward pressure on handle grips in order to leverage their body into an elevated position specific to a plank exercise, without further forcing their arm and/or elbow into a pad. In another example, the conventional handle grips are usually oriented at right angles to the ground, which forces the user's forearms and wrist into an ergonomically inefficient position.

Thus, a heretofore unaddressed need exists in the industry to address the aforementioned deficiencies and inadequacies.

## SUMMARY OF THE DISCLOSURE

Embodiments of the present disclosure provide a plank support exercise apparatus. Briefly described, in architecture, one embodiment of the apparatus, among others, can be implemented as follows. A plank support exercise apparatus has a hand grip. A frame member extends from the hand grip. At least one arm support pad is connected to the frame member, wherein a distance between the hand grip and the at least one arm support pad is adjustable. A ground-interface surface is positioned along at least a portion of the frame member.

The present disclosure can also be viewed as providing a plank support exercise apparatus. Briefly described, in architecture, one embodiment of the apparatus, among others, can be implemented as follows. The plank support exercise apparatus has a hand grip. A frame member extends from the hand grip. At least one forearm support pad is connected to the frame member, wherein the at least one forearm support pad is contactable by a forearm of a user. A ground-interface surface is positioned along at least a portion of the frame member, wherein a force from a weight of the user in a position with the forearm thereof on the at least one forearm support pad is transferred from the forearm of the user, through the at least one forearm support pad, and through the ground-interface surface to a ground surface.

The present disclosure can also be viewed as providing a plank support exercise apparatus. Briefly described, in architecture, one embodiment of the apparatus, among others, can be implemented as follows. The plank support exercise apparatus has a hand grip. A frame member extends from the hand grip. At least one arm support pad is connected to the frame member. A ground-interface surface is positioned along at least a portion of the frame member, wherein the frame member is translationally static relative to a ground surface.

The present disclosure can also be viewed as providing methods of using a plank support exercise apparatus. In this regard, one embodiment of such a method, among others, can be broadly summarized by the following steps: the steps of: providing the plank support exercise apparatus having a hand grip, a frame member extending from the hand grip, at least one forearm support pad connected to the frame member, and a ground-interface surface positioned along at least a portion of the frame member; and transferring a force from a weight of a user in a position with a forearm thereof on the at least one forearm support pad from the forearm of the user, through the at least one forearm support pad, and through the ground-interface surface to a ground surface.

Other systems, methods, features, and advantages of the present disclosure will be or become apparent to one with skill in the art upon examination of the following drawings and detailed description. It is intended that all such additional systems, methods, features, and advantages be included within this description, be within the scope of the present disclosure, and be protected by the accompanying claims.

## BRIEF DESCRIPTION OF THE DRAWINGS

Many aspects of the disclosure can be better understood with reference to the following drawings. The components in the drawings are not necessarily to scale, emphasis instead being placed upon clearly illustrating the principles of the present disclosure. Moreover, in the drawings, like reference numerals designate corresponding parts throughout the several views.

FIG. **1** is a side view illustration of person in a front plank position, in accordance with the prior art.

FIG. **2** is a side view illustration of person in a side plank position, in accordance with the prior art.

FIG. **3** is a side-view illustration of a plank support exercise apparatus, in accordance with a first exemplary embodiment of the present disclosure.

FIG. **4** is a side-view illustration of a plank support exercise apparatus in use with a user **10**, in accordance with the first exemplary embodiment of the present disclosure.

FIG. **5** is a side-view illustration of a plank support exercise apparatus, in accordance with the first exemplary embodiment of the present disclosure.

FIG. **6** is an isometric view illustration of a plank support exercise apparatus, in accordance with the first exemplary embodiment of the present disclosure.

FIGS. **6.1-6.2** are each a rearward view of arm support pads.

FIG. **7** is an isometric view illustration of a plank support exercise apparatus, in accordance with the first exemplary embodiment of the present disclosure.

FIG. **8** is a side-view illustration of a plank support exercise apparatus, in accordance with the first exemplary embodiment of the present disclosure.

FIG. **9** is a rear-view illustration of a plank support exercise apparatus, in accordance with the first exemplary embodiment of the present disclosure.

FIGS. **10-11** are top-view illustrations of a plank support exercise apparatus, in accordance with the first exemplary embodiment of the present disclosure.

FIG. **12** is a partially exploded side-view illustration of a plank support exercise apparatus, in accordance with the first exemplary embodiment of the present disclosure.

FIG. **12.1** is an isometric illustration of a plank support exercise apparatus, in accordance with the first exemplary embodiment of the present disclosure.

FIG. **12.2** is an isometric illustration of a plank support exercise apparatus which uses a hinged element to connect left and right halves thereof, in accordance with the first exemplary embodiment of the present disclosure

FIG. **12.3** is a rear-view illustration of a plank support exercise apparatus, in accordance with the first exemplary embodiment of the present disclosure.

FIG. **12.4** is a profile illustration of a plank support exercise apparatus, in accordance with the first exemplary embodiment of the present disclosure.

FIG. **12.5** is a bottom illustration of a plank support exercise apparatus, in accordance with the first exemplary embodiment of the present disclosure.

FIG. **12.6** is a top-down illustrations of a plank support exercise apparatus, in accordance with the first exemplary embodiment of the present disclosure.

FIG. **12.7** is a side-view illustration of a destabilization device compatible with, among other embodiments, the first exemplary embodiment of the present disclosure.

FIG. **12.8** is a side-view illustration of a plank support exercise apparatus in use with a user, in accordance with the first exemplary embodiment of the present disclosure.

FIG. **13** is an isometric view illustration of a plank support exercise apparatus, in accordance with a second exemplary embodiment of the present disclosure.

FIG. **14** is an isometric view illustration of the plank support exercise apparatus of FIG. **13**, in accordance with the second exemplary embodiment of the present disclosure.

FIGS. **15-16** are side-view illustrations of the carriage and raised support of the plank support exercise apparatus of FIGS. **13-14**, in accordance with the second exemplary embodiment of the present disclosure.

FIG. **17** is an exploded view illustration of a lateral movement device for use with a plank support exercise apparatus, in accordance with a third exemplary embodiment of the present disclosure.

FIG. **18** is an isometric view illustration of a plank support exercise apparatus, in accordance with a fourth exemplary embodiment of the present disclosure.

FIG. **19** is a detailed isometric view illustration of a plank support exercise apparatus of FIG. **18**, in accordance with the fourth exemplary embodiment of the present disclosure.

FIG. **20** is a front-view illustration of a plank support exercise apparatus of FIG. **18**, in accordance with the fourth exemplary embodiment of the present disclosure.

FIG. **20.1** is an isometric view illustration of the plank support exercise apparatus, in accordance with the fourth exemplary embodiment of the present disclosure.

FIG. **20.2** is a side-view illustration of a destabilization device compatible with, among other embodiments, the fourth exemplary embodiment of the present disclosure.

FIG. **20.3** is an isometric view illustration of a variation of the plank support exercise apparatus of FIG. **20.1**, in accordance with the fourth exemplary embodiment of the present disclosure.

FIG. **20.4** is a side-view illustration of the plank support exercise apparatus of FIG. **20.1**, in accordance with the fourth exemplary embodiment of the present disclosure.

FIG. **20.5** is a top-down view illustration of a variation of the plank support exercise, in accordance with the fourth exemplary embodiment of the present disclosure.

FIGS. **21-22** are side-view illustrations of a plank support exercise apparatus, in accordance with the fourth exemplary embodiment of the present disclosure.

FIGS. **23-24.1** are isometric view illustrations of a plank support exercise apparatus, in accordance with the fourth exemplary embodiment of the present disclosure.

FIG. **25** is a flowchart illustrating a method of using a plank support exercise apparatus, in accordance with a fifth exemplary embodiment of the disclosure.

## DETAILED DESCRIPTION

FIG. **3** is a side-view illustration of a plank support exercise apparatus **110**, in accordance with a first exemplary embodiment of the present disclosure. The plank support exercise apparatus **110**, which may be referred to herein as 'apparatus **110**' includes a hand grip **120**. A frame member **130** extends from the hand grip **120**. At least one arm support pad **140** is connected to the frame member **130**, wherein a distance between the hand grip **120** and the at least one arm support pad **140** is adjustable. A ground-interface surface **150** is positioned along at least a portion of the frame member **130**.

The apparatus **110** may be used to assist or aid in plank exercises where the user maintains a static, isometric position. Accordingly, when the apparatus **110** is used, the user may be positioned in the conventional plank position, as is shown in FIG. **1**, but with his or her hands grasping the hand grip **120** and his or her forearms in contact with the at least one arm support pad **140**. The apparatus **110** may offer significant benefits to users, as detailed throughout this disclosure. Further, it is noted that the apparatus **110** may include many variations in structure, components, and function, all of which are considered within the scope of the present disclosure.

Relative to FIG. **3**, the frame member **130** may be a bifurcated frame member having a first leg **132** and a second leg **134**. Each of the first and second legs **132**, **134** may be positioned on opposing sides of the hand grip **120** such that the first and second legs **132**, **134** is connected between the hand grip **120** and the at least one arm support pad **140**. Further, it may be common for the at least one arm support pad **140** to include a first arm support pad **142** and a second arm support pad **144**, each connected to one of the first and second legs **132**, **134** of the frame member **130**. Other designs of the apparatus **110** may include a single frame member **130** which is positioned substantially central to the hand grip **120** and/or the at least one arm support pad **140**, as is discussed relative to FIG. **23-24**.

As is shown in FIG. **3**, the hand grip **120** may be integrally formed within a forward section of the bifurcated frame member **130**, wherein each of the first and second legs **132**, **134** extend from opposing sides of the hand grip **120**, respectively. The hand grip **120** may include an ergonomic structure that can be grasped by the user's hand when using the apparatus **110**. The hand grip **120** may include, for example, a substantially cylindrical structure which is covered, partially or fully, with padding, foam, texturized material, or another material to enhance ease of use of the hand grips **120**. The hand grip **120** may also have a position that provides fully ergonomic use of the apparatus **110**. These



ergonomic positions may include the hand grip **120** being positioned slightly below a plane of the user's arm when resting on the arm support pad **140**, such that the user's wrist can bend slightly downward, and/or the hand grip **120** being positioned at an angle, relative to a vertical position, inwardly towards a center of the apparatus **110**. Other orientations of the hand grips may also be used to enhance ergonomic use of the apparatus **110**. The first and second legs **132**, **134** of the frame member **130** may extend from the hand grip **120** in a variety of configurations, such as a straight extension, as shown in FIG. **3**. Commonly, the first and second legs **132**, **134** of the frame member **130** may include a tubular member which has a rigid, durable construction capable of supporting the bodyweight of the user.

The first and second arm support pads **142**, **144** may include structures which are positioned on or carried by the first and second legs **132**, **134**, such that the first and second arm support pads **142**, **144** can be positioned along a length of the first and second legs **132**, **134**. Commonly, the first and second arm support pads **142**, **144** include a rigid or semi-rigid structure having a curvilinear shape which matches or substantially matches a human forearm shape. The curvilinear shape may be characterized as a curvilinear arm contact surface which can substantially conform to an outer radial surface of the forearm of the user when the user is positioned with his or her forearm on the arm support pad. The first and second arm support pads **142**, **144** may include padding to increase comfort of the user when his or her bodyweight is placed on the first and second arm support pads **142**, **144**.

When in use, the apparatus **110** may be positioned on a ground surface, which may include any type of athletic supporting surface, such as pavement, a grassy field, a gym floor, or others. The apparatus **110** may include a number of points which make contact with the ground surface. Primarily, the ground-interface surface **150** may be used to interface the contact between the apparatus **110** and the ground surface, and other points along the apparatus **110** may aid or assist in supporting the apparatus **110** on the ground. The ground-interface surface **150** may be any surface or surfaces along a bottom edge of the frame member **130** or other structures extending from the frame member **130**.

FIG. **4** is a side-view illustration of a plank support exercise apparatus **110** in use with a user **10**, in accordance with the first exemplary embodiment of the present disclosure. The user **10** in FIG. **4** is positioned in a plank exercise position on the apparatus **110**, whereby the user is in a static, push-up-like position with his or her hands grasping the hand grip **120** and his or her forearms positioned on the first and second arm support pads **142**, **144**. The position of the user's spaced forearms and less-spaced hands may form a triangular shape, which may correspond to a heightened ergonomic position. In this position, the user's bodyweight is being transferred through his or her feet to a surface of the ground **12** and through his or her upper arms and into the apparatus **110**. Specific to the transfer of forces through the user's arms, unlike conventional devices which require the force to be transferred directly through the localized area of the elbow, the apparatus **110** allows the force to be distributed across the user's forearms and into the first and second arm support pads **142**, **144**, as well as through the user's hands to the hand grip **120**. This distribution of force may prevent harmful concentrated forces from being transferred through the user's elbows, which can lessen the chance of injury or discomfort to the user's elbows. Furthermore, since the point of force transfer is removed from the elbows of the user, the user may be required to use his or her hands to

stabilize the plank position on the apparatus **110**, in contrast to a plank exercise without a hand grip, where the user's hands offer little additional support to maintain the static plank position.

Relative to FIGS. **3-4**, the apparatus **110** may have the ground-interface surface **150** positioned on a destabilizing device **160**. The destabilizing device **160** may be removably connectable to the frame member **130**, or one or both of the first and second legs **132**, **134** by inserting it into a slot thereon or unscrewing it therefrom. The destabilizing device **160** may facilitate a controlled, destabilizing movement of the frame member **130**. The controlled, destabilizing movement may include, for example, a pivoting of the frame member **130** about a pivot axis located within the destabilizing device **160**. This pivoting movement may be achieved by providing a ground-interface surface **150** which is positioned along the curved surface of the destabilization device **160**. In this example, the ability of the apparatus **110** to pivot may allow the user to achieve an enhanced exercise, since maintaining the static plank position on the apparatus **110** without destabilization utilizes additional muscles within the user's torso and upper body. The destabilizing device **160** can be moved or positioned along the length of the first and second legs **132**, **134** to connect thereto at different attachment points. Varying the point of attachment of the destabilization device **160** to the frame member **130** may vary the degree of instability or destabilization of the apparatus **110**, which can be used to effect different exercises on the apparatus **110**. It is also noted that the destabilization device **160** may include a variety of different shapes and/or curvatures to effect different levels of instability, such as, for example, shortened curvatures, enlarged curvatures, constant radii curvatures, or variable radii curvatures, to name a few.

It is important to note that the controlled, destabilized movement of the apparatus **110** may be limited to translationally static movement, such that neither the apparatus **110** nor the user **10** on the apparatus **110** moves translationally. Rather, the controlled, destabilized movement may include only rotational movement about one or more axes. In some cases, such as shown in FIGS. **3-4**, the rotational movement may be limited to movement in a single degree of freedom, e.g., rotational movement about an axis of curvature of the curved surface of the destabilizing device **160**. This single degree of freedom movement may allow the apparatus **110** to pivot or rock about the destabilizing device **160**, which provides an enhanced plank exercise experience. However, limiting the destabilizing movement to rotational movement only prevents the user from being exposed to injurious situations rife in the conventional art, where an exercise device can slip translationally (forwards, backwards, left, or right) out from underneath the user **10**. A variety of other destabilizing devices **160** can be employed with the apparatus **110**, as are discussed relative to other figures.

FIG. **5** is a side-view illustration of a plank support exercise apparatus **110**, in accordance with the first exemplary embodiment of the present disclosure. One of the benefits of the apparatus **110** is its ability to be easily adjusted to users of different body sizes. One way of achieving this adjustability is by adjusting a distance between the hand grip **120** and the at least one arm support pad **140** by moving the at least one arm support pad **140** along a length of the frame member **130**. There may be a number of ways to achieve this adjustability, one of which includes utilizing a plurality of holes **136** positioned at spaced intervals within the frame member **130**, or within each of the first and second legs **132**, **134** of the frame member **130**. These holes **136** may receive an extended connector **146** which is positioned on the at least one arm support pad **140**, or on both of the first and second arm support pads **142**, **144**. Similarly, the destabilizing device **160** may be adjustable between positions along the length of the frame member **130** to vary a point of controlled, destabilized movement. The destabilizing device **160** may incorporate the same or similar extended connector **146** as the arm support pads **140**.

The extended connector **146** may include, for example, a male fastener which can be positioned within the hole **136** to locate the arm support pad **140** substantially above or proximate to the hole **136**. By varying the positioning of the extended connector **146** within the plurality of holes **136**, the user can select which positioning of the arm support pad **140** is desired. The extended connector **146** may include features to retain it within the hole **136**, such as a biased or snap connector. One type of extended connector **146** may utilize a tab and slot system, where when the extended connector **146** is moved into the hole, a tab on the interior sidewall of the hole **136** is received within a shortened slot in the extended connector **146**. Once the extended connector **146** achieves a fully-inserted position, the tab may be positioned beyond the slot where the extended connector **146** may be rotated to lock the extended connector **146** within the hole **136**.

FIG. **6** is an isometric view illustration of a plank support exercise apparatus **110**, in accordance with the first exemplary embodiment of the present disclosure. Specifically, FIG. **6** depicts the hand grips **120** formed integral with a bifurcated frame member **130** having first and second legs **132**, **134**, which rest in contact with the ground surface. In some embodiments, the hand grips **120** may also be constructed of separate parts made of metal, plastic, rubber or other similar materials. Each of the first and second legs **132**, **134** may have a specific shape which allows for more adjustability of the apparatus **110**. As is shown, each of the first and second legs **132**, **134** may include holes **136** which are positioned for arm support pad attachment along various portions of the first and second legs **132**, **134**. These various portions of the first and second legs **132**, **134** may include straight and angularly positioned lengths, such that the relative distance between the first leg **132** and the second leg **134** can be variable, dependent on which location along the first and second leg **132**, **134** is selected. As is further shown in FIG. **6**, the relative distance between the first leg **132** to the second leg **134** can be variable along one section of the frame member **130**, e.g., the angularly-positioned, middle section, and constant along a different section of the frame member **130**, e.g., the section proximate to a terminating end of each of the first and second legs **132**, **134**. Any combination of variable and/or constant distances may be used.

FIGS. **6.1-6.2** each presents an isometric, rearward view of various embodiments of the first and second arm support pads **142**, **144** compatible with the apparatus **110** of FIG. **6**. Each of the first and second arm support pads **142**, **144** have a soft resiliently deformable surface. Relative to FIG. **6.1**, the first and second arm support pads **142**, **144** feature an attachment peg **175** extending from rigid pad structural member **188**. Due to the round shape of attachment peg **175**, the first and second arm support pads **142**, **144** shown in FIG. **6.1** are rotatable. FIG. **6.2** illustrates the first and second arm support pads **142**, **144** with a concave female shape on an underside thereof, allowing it to matably connect with the first and second legs **132**, **134**. In some embodiments, the concavity on the underside of the first and second arm support pads **142**, **144** may itself be formed of

soft, resiliently material that still allows the first and second arm support pads **142**, **144** to connect with the first and second legs **132**, **134**.

FIG. **7** is an isometric view illustration of a plank support exercise apparatus **110**, in accordance with the first exemplary embodiment of the present disclosure. FIG. **7** illustrates the apparatus **110** having a bifurcated frame member **130** with first and second legs **132**, **134** that are integrally connected to the hand grip **120**. The arm support pad **140** includes first and second arm support pads **142**, **144** which are positioned on the each of the first and second legs **132**, **134**, respectively. Instead of using holes and extended connectors, the first and second arm support pads **142**, **144** may utilize a strap **148** which is connected to each of the first and second arm support pads **142**, **144** and positioned around each of the first and second legs **132**, **134**, respectively. The strap **148** may be movable along the length, or a portion of the length, of the first and second legs **132**, **134** to adjust the position of the first and second arm support pads **142**, **144**. The strap **148** may include a variety of components to enhance usability, include a high-friction material coating an exterior of the strap **148**. The exterior of the strap **148** surface having the high-friction material may act as the ground-interface surface **150** to retain the apparatus **110** in place during use.

FIG. **8** is a side-view illustration of a plank support exercise apparatus **110**, in accordance with the first exemplary embodiment of the present disclosure. The plank support exercise apparatus **110** includes the hand grip **120** and a bifurcated frame member **130** extending from the hand grip **120**, wherein first and second legs **132**, **134** are connected to either side of the hand grip **120**. The arm support pad **140** includes first and second arm support pads **142**, **144** which are each connected to one of the first and second legs **132**, **134**. A distance between the hand grip **120** and the first and second arm support pads **142**, **144** is adjustable. A ground-interface surface **150** is positioned along at least a portion of the frame member **130**.

The apparatus **110** of FIG. **8** includes some variations relative to FIGS. **3-7**. For example, the apparatus **110** of FIG. **8** may include side-mounted holes **136** positioned along each of the first and second legs **132**, **134**. The first and second arm support pads **142**, **144** may be carried on a hub **170** which interfaces between the first and second legs **132**, **134** and the first and second arm support pads **142**, **144**, respectively. The hub **170** may be connected to the destabilizing device **160** and include one or more extended connectors (not shown) which can be engaged with one of the plurality of holes **136** to adjust the location of the arm support pads **140** along the frame member **130**. To control engagement of the extended connectors with the holes **136**, an actuatable engagement device **172** may be used, where actuation of the actuatable engagement device **172** disengages the extended connector from the hole **136** to permit the arm support pad **140** to move along at least a portion of the length of the frame member **130**. The actuatable engagement device **172** may include a button or other feature which can be depressed to disengage the extended connector from the hole **136**. Various designs may be used to facilitate the internal functioning of the actuatable engagement device **172**.

It is further noted that a variety of mechanical interfaces may be used to facilitate the adjustment or sliding of the first and second arm support pads **142**, **144** on the first and second legs **132**, **134**, respectively. For example, the first and second legs **132**, **134** may have a substantially cylindrical shape, a partially cylindrical shape, or a non-cylindrical shape such as a square shape, e.g., when square tubing members are used to form the first and second legs **132**, **134**. Any cross-sectional shape of the first and second legs **132**, **134** may be utilized and the hub **170**, or another component to coordinate adjustment of the first and second arm support pads **142**, **144**, may have a corresponding shape. In another example, the hub **170** may be positioned only on an upper half of each of the first and second legs **132**, **134**, as opposed to fully encircling the first and second legs **132**, **134**. It is also possible to use any number or type of grooves, ridges, guiding features, or other structural designs that facilitate successful movement of the first and second arm support pads **142**, **144** on the first and second legs **132**, **134**, all of which are considered to be within the scope of the present disclosure. FIG. **9** is a rear-view illustration of a plank support exercise apparatus **110**, in accordance with the first exemplary embodiment of the present disclosure. The hub **170** may also include a lateral movement device **174** which supports the first and second arm support pads **142**, **144** and controls a lateral movement thereof. The lateral movement of the first and second arm support pads **142**, **144**, as depicted in FIGS. **8-9**, may be along a lateral direction which is oriented substantially perpendicular to a length of the frame member **130** and a length of the first and second legs **132**, **134**. Thus, while the plurality of holes **136** and the extended connector, or similarly functioning device, may allow adjustability of the first and second arm support pads **142**, **144** along the length of the first and second legs **132**, **134**, the lateral movement device **174** may control movement of the first and second arm support pads **142**, **144** in a different direction. Lateral movement of the first and second arm support pads **142**, **144** may facilitate the varied shoulder widths of users, allowing the apparatus **110** to properly match each user's body size. While the lateral movement device **174** may include a variety of mechanical structures to facilitate lateral movement, the lateral movement device **174** of FIG. **9** may include a plurality of holes **176** spaced at intervals along the length of the lateral movement device **174**. A portion of the hub **170** may extend upwards into the lateral movement device **174** and a biasable pin or other fastener may connect the lateral movement device **174** to the hub **170**.

FIGS. **10-11** are top-view illustrations of a plank support exercise apparatus **110**, in accordance with the first exemplary embodiment of the present disclosure. While FIG. **10** illustrates the first and second arm support pads **142**, **144** in a straight-forward orientation, it is possible for the first and second arm support pads **142**, **144** to be rotated to achieve an inward-facing orientation, as shown in FIG. **11**. Rotation of the first and second arm support pads **142**, **144** may be about a substantially vertical axis positioned through each of the first and second arm support pads **142**, **144**. The rotation of the first and second arm support pads **142**, **144** may be limited to a specific degree of movement, such as a 90 degree movement. This 90 degree movement of each of the first and second arm support pads **142**, **144** may allow the separate first and second arm support pads **142**, **144** to abut or substantially abut one another to provide, in effect, a combined arm support pad **140**. The combined arm support pad **140** may be used primarily for users in a side plank position, as shown in FIG. **2**, where the user's forearm can be positioned in the combined arm support pad **140** to provide additional support during the exercise.

While a 90 degree rotation of the first and second arm support pads **142**, **144** may be common to form the combined arm support pad **140**, a rotation of less than 90 degrees may also have benefits. For example, rotation of the first and

second arm support pads **142**, **144** may also help orient the user's wrist at a comfortable trajectory to the hand grips **120**, thereby adjusting the first and second arm support pads **142**, **144** for users with different arm or body sizes. The adjustability of the first and second arm support pads **142**, **144** allows the user to achieve a comfortable trajectory to the hand grips **120**, regardless of their body size or personal trajectory preference.

FIG. **12** is a partially exploded side-view illustration of a plank support exercise apparatus **110**, in accordance with the first exemplary embodiment of the present disclosure. As is shown in FIG. **12**, the first and second arm support pads **142**, **144** may attach to the first and second legs **132**, **134** using a post **180** which can be positioned inside each of the first and second legs **132**, **134**. The post **180** has an outer diameter that is smaller than an inner diameter of the first and second legs **132**, **134**. The hub **170** supporting the first and second arm support pads **142**, **144** may include an interior cavity **182** which can receive the distal end of the first and second legs **132**, **134** when the post **180** of each of the first and second arm support pads **142**, **144** is positioned in the first and second legs **132**, **134**, respectively.

The post **180** may further include a groove **184** therein which runs along a length of the post **180**. The groove **184** may engage with a fastener **186**, such as a blunt-tip screw, which can be positioned through one of the holes **136** in the first and second legs **132**, **134** (in FIG. **12**, the fastener **186** is shown engaged with the groove **184**). When the post **180** is positioned within the interior of the leg **132**, for example, the post **180** may be moved therein with the end of the fastener **186** engaged with the groove **184**. A tip of the post **180** may have a stop to prevent the fastener **186** from exiting the groove **184**, thereby preventing disconnection of the first and second arm support pads **142**, **144** from the first and second legs **132**, **134**, respectively.

As shown in FIG. **12.1**, the first and second arm support pads **142**, **144** may be carried on a hub **170**, sometimes referred to herein as a pad support member, that may include an attachment interface member for the first and second legs **132**, **134**, respectively. In the preferred embodiment, a ground interface surface **150** providing a contact surface between the apparatus **110** and the ground surface is provided on, among other places, a lower surface of the hub **170**. Generally, the ground-interface surface **150** is configured to allow the apparatus **110** to rest in flat, stable contact with the ground surface and to maintain a stable position regardless of the front-to-back or side-to-side weight distribution on the apparatus **110** of the user's bodyweight. For example, in performing a push-up plank on the apparatus **110**, the user's hands would be placed on the first and second arm support pads **142**, **144**, with the bodyweight thereof localized thereon.

In some embodiments, the hub **170** may include a rotatable interface to alter the orientation the first and second arm support pads **142**, **144** relative to the hand grips **120**. The first and second arm support pads **142**, **144** include arm support portions **143** which generally provide a user-contact surface positioned anteriorly to a user's arm during use. In the preferred embodiment, apparatus **110** is arranged that the user-contact surface of arm support portions **143** are parallel or substantially parallel with a flat ground surface. As shown in FIG. **12.1**, the first and second legs **132**, **134** are angled in slightly toward one another, in an arrangement that allows a user to vary the lateral distance between first and second arm support pads **142**, **144** by moving either of them along a length of frame member **130**. In another embodiment, however, the first and second legs **132**, **134** may be arranged



substantially parallel to one another. In the preferred embodiment, the spacing between the first and second legs **132**, **134**, or between the first and second arm support pads **142**, **144**, or both, generally corresponds with the spacing of a typical user's shoulders and allows the user to assume a comfortable position during planking exercises.

As further illustrated in FIG. **12.1**, in the preferred embodiment, hub **170** is composed of plastic or similar material. The ground interface surface **150** is positioned about the apparatus **110**, including, in the preferred embodiment, on a lower surface of the hub **170**, so as to allow it to be in stable contact with the ground regardless of the how the first and second arm support pads **142**, **144** are positioned and regardless of how the user's weight is distributed from front-to-back on the apparatus **110** and/or side-to-side thereon. By the same token, the ground-interface surface **150** is configured to enjoy stable contact with the ground during use regardless of the how the first and second arms support pads **142**, **144** are positioned and regardless of how the user's weight is distributed from front-to-back on the apparatus **110** and/or side-to-side thereon. Preferably, and as is applicable to the embodiment of the apparatus **110** illustrated in FIG. **12.1**, the ground-interface surface **150** is configured to sit flush with the ground surface regardless of how the first and second arm support pads **142**, **144** are position or how the user positions their bodyweight on the apparatus **110**. This configuration is the same as in many other preferred embodiments described herein, including relative to FIGS. **20.1**. In addition, the lower the ground-interface remains in stable contact with the ground regardless, with a dedicated surface thereof touching the ground surface, regardless of adjustments in position of the first and second arm support pads **142**, **144**. Such configuration allows the apparatus **110** to be used for elbow planks, side planks and push-up planks, without losing stability on the ground surface. In one embodiment, the hub **170** may have openings that allow users to grasp around the edges of the first and second arm support pads their fingers around the edges of the first and second arm support pads **142**, **144** while doing, for example, push-ups on them. In some embodiments, it is anticipated that allowing additional ways to adjust the first and second arm support pads **142**, **144**, such as rotational adjustment or lateral adjustment relative to one another, will be beneficial to users. For lateral adjustments, for example, a lateral adjustment feature utilizing a version of hub **170** with a moveably attached upper portion that is slidable with respect to a lower portion could be employed. One such lateral adjustment feature might be similar to the one included in the hub **170** of FIG. **8-9**. Additionally, as will be noted, a lateral connection member **125** may be positioned between a left and right half of the apparatus **110**. Variations of the lateral connection member **125** could be used in embodiments wherein the lateral connection member **125** is adjustable in length or contains a hinged element, allowing the distance between said left and right halves of the apparatus **110** to be varied by extending said lateral connection member **125** or rotating the left and right legs **132**, **134** around a vertical axis thereof. For example, FIG. **12.2** illustrates a top-down view of an embodiment of the apparatus **110** with a hinged version of the lateral connection member **125**, facilitating radial adjustment of the left and right legs **132**, **134** around said hinged element's vertical axis. Such hinged element can be used to alter the angulation of the left and right legs **132**, **134** relative to one another, from angled inward toward one another, to parallel to one another, to a diverging attitude manually without tooling so as to alter the lateral distance between the

pads. In the embodiment of the apparatus **110** shown in FIG. **12.2**, left and right hinged elements **167** in the lateral connection member **125** rotate about a rotational axis member **168** positioned are removably connectable to one another by a small amount of user-supplied force without tools allowing them to unsnap from one another. Detaching the left and right hinged elements **167** provide increased user options, allowing the left and right halves of the apparatus **110** to be severable from each other in order to serve as completely independent arm supports capable of resting in stable contact with the ground surface.

The hub **170** may be connected to one or more extended connectors, such as extended connector member **181**, which can engage with left and right legs **132**, **134**. As shown in FIG. **12.1**, the extended connector member **181** includes holes **136** to allow adjustment of the arm support pads **142**, **144**, but could just as easily have fewer holes or no holes, relying instead on flexible clamp members **183** (referenced elsewhere herein). In another embodiment, the connector member **181** may be a separate tube or similar structure attached to the left and right arm support pads, respective, and the holes **136** may be situated on such separate tube or similar structure or on the left and right legs **132**, **134**. To control engagement with the holes **136**, the left and right arm support pads can be repositioned, either by sliding them or removing them from the left and right legs **132**, **134** and repositioning them at the desired position. The desired position may held by an actuatable engagement device **172**, which can be spring-activated or a protrusion sufficient to be inserted in one of the holes **136**. The actuatable engagement device **172** may include a button or other feature which can be depressed to help disengage the extended connector from the hole **136**. Various designs may be used to facilitate the internal functioning of the actuatable engagement device **172**. In the preferred embodiment, as shown in FIG. **12.1**, the actuatable engagement device **172** is a pop-up connector. In another embodiment, the left and right legs may be adjustable in a telescopic manner, enjoying any locking device that is known in the field of telescoping tubes. At the same time, it should be noted, that a version of apparatus **11**, as with that of all of the many various embodiments in the present disclosure, may be non-adjustable with respect to the left and right arm support pads, such that their relative distance to the hand grips **120** and/or to one another, are invariable and that the positioning of the grips **120** may also be invariable. Likewise, various variations of embodiments disclosed in the present disclosure may make use of a single forearm pad sized to accommodate both forearms of the user. And, in addition, in various embodiments, the frame, each arm support member and hand grips (or any combination of any of the foregoing) may be of one, unitary integral construction. For example, each arm support member, including any attachment structure, may be made entirely of soft, padded material, such as, for example, foam rubber.

The hand grips **120**, which may be composed of plastic, rubber or other similar material and, in some embodiments, may have a non-symmetrical shape or other features that may be re-oriented by the user into a desired position by rotating the hand grips **120** about their mounting sites. In the preferred embodiment, the hand grips **120** are mounted on an upturned portion of the left and right legs **132**, **134**. In some embodiments, the arcuate structure of frame **130** may be composed of separate segments that join together and can be disassembled for flatter storage.

It is further noted that a variety of mechanical interfaces may be used to facilitate the adjustment the first and second arm support pads **142**, **144**. For example, the first and second legs **132**, **134** may have a substantially cylindrical shape, a partially cylindrical shape, or a non-cylindrical shape such as a square shape, e.g., when square tubing members are used to form the first and second legs **132**, **134**. Any cross-sectional shape of the first and second legs **132**, **134** may be utilized and the hub **170**, or another component to coordinate adjustment of the first and second arm support pads **142**, **144**, may have a corresponding shape. It is also possible to use any number or type of grooves, ridges, guiding features, or other structural designs that facilitate successful movement of the first and second arm support pads **142**, **144**, all of which are considered to be within the scope of the present disclosure. In another example, the hub **170** may be positioned on the first and second legs **132**, **134** in such a manner that it does not fully encircle the first and second legs **132**, **134**. Such arrangement allows the frame member **130** to rest closer to the ground than it otherwise would, and facilitates repositioning the left and right arm support pads by removably attaching them to the left and right legs **132**, **134**.

FIG. **12.3** is a rear-view illustration of a plank support exercise apparatus **110**, in accordance with the first exemplary embodiment of the present disclosure. FIG. **12.4** is a profile illustration of a plank support exercise apparatus **110**, in accordance with the first exemplary embodiment of the present disclosure. FIG. **12.5** is a bottom illustration of a plank support exercise apparatus **110**, in accordance with the first exemplary embodiment of the present disclosure. (Numbered features depicted in FIGS. **12.3**-**12.5** have the same description applicable to those features with the same numbers described relative to FIG. **12.1** above.)

Relative to FIG. **12.5**, the lower surface of the hub **170** includes a tube receptacle member **173** wherein the left and right legs **132**, **134**, as the case may be, is removably secured. The tube receptacle **173** is lined with flexible clamp members **183**, which in the preferred embodiment are arcuate plastic rib members formed in the sides of the tube receptacle **173**. The tube receptacle **173** and the **18181** are appropriately shaped, sufficiently flexible and resiliently deformable so as to receive the left and right legs **132**, **134** when the hub **170** is pressed down thereon and adequately secure it in therein. As a result, the hub **170** can be slidably moved and lifted and up and replaced on the left and right legs **132**, **134**, as the case may be, in the desired position by the user by hand and without tooling. Likewise, in the preferred embodiment, no additional fasteners other than the flexible clamp members **183** are needed to secure the hub **170** to the frame member **130**. One benefit of this is, in the preferred embodiment, is that the frame member **130** is able to be in direct communication with the ground surface or in very close proximity thereto (e.g., an inch or less). Further illustrated in FIG. **12.5** are anti-skid members **197**, preferably composed of rubber, vinyl, polyurethane, plastic or similar material, facilitating stable positioning of the apparatus **110** on the ground surface.

In addition, the first and second legs **132**, **134** of the apparatus **110** may have a rotatable connection **127** to the frame member **130** as shown in FIG. **12.6**, allowing further adjustments. Likewise, the first and second arm support pads **142**, **144** may have a rotatable connection structure **128** to the frame member **130**. Of course, many adjustments mechanisms described in the present disclosure may be combined or omitted from the apparatus **110** in order to provide a satisfactory user experience.

As shown in FIG. **12.7**, a destabilizing apparatus **101** similar to destabilizing device **460** (as described elsewhere herein) may be connected to the apparatus **110**. For example,

in the embodiment shown in FIG. **12.7**, a cross-bar **135** mounted perpendicular to the first and second legs **132**, **134** of the apparatus **110** of FIG. **12.1** allows for fasteners to be positioned at openings **177** to mount the destabilizing apparatus **101** to the first and second legs **132**, **134**. The destabilization device **101** may include a spherical structural member or, as shown in FIG. **12.7**, a semispherical structural member **102**, which has a lowered edge that is positioned to contact a ground surface. The destabilization device **101** may also enclose a spherical structural member in a casing to provide a ball-and-joint-arrangement. The cross-bar **135** may be removably detachable as by, for example, screwing it and unscrewing it from the apparatus **110**. Further, a destabilization device similar to destabilization device **160** shown, among other places, in FIG. **9**.

FIG. **12.8** is a side-view illustration of a plank support exercise apparatus in use with a user **11**, in accordance with the first exemplary embodiment of the present disclosure.

FIG. **13** is an isometric view illustration of a plank support exercise apparatus **210**, in accordance with a second exemplary embodiment of the present disclosure. The plank support exercise apparatus **210**, which may be referred to herein as 'apparatus **210**' may be substantially similar to the apparatus **110** described with respect to FIGS. **3-12**, and may include any of the features, components, or functions discussed relative to FIGS. **3-12**. The apparatus **210** of FIG. **13** includes a hand grip **220**. A frame member **230** extends from the hand grip **220**. At least one arm support pad **240** is connected to the frame member **230**, wherein a distance between the hand grip **220** and the at least one arm support pad **240** is adjustable. A ground-interface surface **250** is positioned along at least a portion of the frame member **230**.

FIG. **14** is an isometric view illustration of the plank support exercise apparatus **210** of FIG. **13**, in accordance with the second exemplary embodiment of the present disclosure. Relative to FIGS. **13-14**, the apparatus **210** includes a destabilization device **260** which is positioned substantially underneath the arm support pad **240** (or each arm support pad present). The destabilization device **260** may function in the same manner as described in FIGS. **3-5**, with the added function that the destabilization device **260** shown in FIGS. **13-14** may be movable between an extended position, shown in FIG. **14**, where the ground-interface surface **250** positioned on the curved surface of the destabilization device **260** is contactable to a ground surface and a retracted position, shown in FIG. **13**, where the ground-interface surface **250** positioned on the curved surface of the destabilization device **260** is removed from a contactable position with the ground surface. To achieve the movement between the extended and retracted positions, the destabilization device **260** may pivot about an axis, thereby allowing a specific surface or the destabilization device **260** to be oriented towards a ground surface. In FIG. **13**, a flat edge of the destabilization device **260** may be oriented downwards (towards the ground surface) and in FIG. **14**, the curved surface may be oriented downwards. When a user desires to use the apparatus **210** without destabilization, the user may select the configuration shown in FIG. **13**. When the user desires an enhanced exercise by destabilizing the apparatus **210** with the curved surface of the destabilization device **260**, the user would position the destabilization device **260** as shown in FIG. **14**. It is noted that the foot pads **228** positioned along a front of the frame member **230** may act as ground-support devices at any point of use of the apparatus **210**.

Relative to FIGS. **13-14** further, it is noted that the arm support pads **240** are also able to rotate, in the same manner as described relative to FIGS. **10-11**, to provide arm trajectory user-adjustment of the apparatus **210** or to convert the apparatus **210** from a front plank orientation to a side plank orientation.

Relative to FIGS. **13-14**, the apparatus **210** includes a hand grip **220** that is adjustable along the length of the frame member **230**, whereby a distance between the hand grip **220** and the arm support pad **240** can be adjusted. The hand grip **220** may include a carriage **222** which is positioned about the frame member **230**, or a portion thereof, and can be moved along the length of the frame member **230**. The apparatus **210** may also include other devices for permitting movement of the hand grip **220** along the frame member **230**. The carriage **222** may include a raised support **224** which receives an end of the hand grip **220** therein, such that the hand grip **220** can be rotated relative to the raised support **224**. Accordingly, the hand grip **220** may be rotated between a lowered position, as shown in FIG. **13**, and a raised position, as shown in FIG. **14**. In the lowered position, the hand grip **220** may be stowed for convenient storage of the apparatus **210**, whereas the raised position of the hand grip **220** may be a position where a user is actively using the apparatus **210**. In some variations, rotating the hand grip **220** may provide benefits in the ergonomic use of the apparatus **210**, not just to make the apparatus **210** more convenient for storage. For example, a user may rotate the hand grip **220** into a more comfortable angle.

It is also noted that the movable hand grip **220** may include two separate halves which operate independently of one another or which can be operated together. Other variations of moveable hand grips **220** may include hand grips **220** with male extenders that allow the hand grips **220** to connect or pop in to the frame member **230** along a length of the frame member **230**, to allow adjustment of the positioning of the hand grips **220**.

FIGS. **15-16** are side-view illustrations of the carriage **222** and raised support **224** of the plank support exercise apparatus **210** of FIGS. **13-14**, in accordance with the second exemplary embodiment of the present disclosure. Relative to FIGS. **13-16**, rotation of the hand grip **220** may be controlled, at least in part, with a frictional cam **226** which is connected to the hand grip **220** at a lower part thereof and is positioned to contact the frame member **230**. The frictional cam **226** may include a rubberized structure which is rotatable opposite the hand grip **220**. As is shown in FIGS. **15-16**, the frictional cam **226** may be positioned proximate to the rotatable joint on which the hand grip **220** can rotate, such that when the hand grip **220** is in a fully or partially lowered position (FIGS. **13** and **15**), the frictional cam **226** is free from contact. When the hand grip **220** is moved to the raised position (FIGS. **14** and **16**), the frictional cam **226** may contact the frame member **230** through an aperture **227** within the carriage **222**. The contact between the frictional cam **226** and the frame member **230** through the aperture **227** may be sufficient to retain the hand grip **220** in the raised position. Further, this contact may also be sufficient to limit the movement of the carriage **222** along the frame member **230**.

FIG. **17** is an exploded view illustration of a lateral movement device **374** for use with a plank support exercise apparatus, in accordance with a third exemplary embodiment of the present disclosure. The lateral movement device **374** of the third exemplary embodiment may be used with the apparatus as described relative to any figure herein to achieve the same lateral movement as described relative to FIGS. **8-9**. The lateral movement device **374** may facilitate lateral movement of the arm support pad **340** using a

biasable track system which includes a biased engagement device **390** which is movable with a track **392**. The track **392** may be mounted to a frame member or leg of the apparatus. When assembled, the arm support pad **340** may be affixed to hub **370** with biased engagement device **390** positioned in contact below it. A transfer housing **394** and stop **396** are positioned internal of engagement protrusions **398** of the biased engagement device **390**. The stop **396** may connect to the underside of the arm support pad **340** with one or more fasteners and may facilitate rotation of the arm support pad **340** by acting as a rotatable interface, such as a Lazy Susan-type device, for the arm support pad **340**. This rotation of the arm support pad **340** can be combined with the other mechanics of the lateral movement device **374**.

In use, teeth on the engagement protrusions **398** may be engaged with teeth on the track **392** where there is weight applied to the arm support pad **340**. When weight is removed from the arm support pad **340**, the stop **396** may bias the transfer housing **394** upwards, thereby allowing the engaged protrusions **398** to retract a sufficient distance to disengage the teeth thereof from the teeth of the track **392**. In this function, the user of a plank support exercise device may select the appropriate lateral position of the arm support pad **340** and then automatically lock the lateral position in place when he or she assumes a plank position on the apparatus.

FIG. **18** is an isometric view illustration of a plank support exercise apparatus **410**, in accordance with a fourth exemplary embodiment of the present disclosure. The plank support exercise apparatus **410**, which may be referred to herein as 'apparatus **410**' may be substantially similar to the other apparatuses described within this disclosure and may include any of the features, components, or functions discussed relative to any other figure herein. The apparatus **410** of FIG. **18** includes a hand grip **420**. A frame member **430** extends from the hand grip **420**. At least one arm support pad **440** is connected to the frame member **430**, wherein a distance between the hand grip **420** and the at least one arm support pad **440** is adjustable. A ground-interface surface **450** is positioned along at least a portion of the frame member **430**.

The apparatus **410** of FIG. **18** includes a hand grip **420** formed from two distinct structures, each of which is carried on a portion of the frame member **430**. The hand grips **420** are adjustable, such that the distance between the hand grips **420** and the at least one arm support pad **440** can be modified depending on a user's body size. The hand grip **420** may be movable by repositioning each of the hand grips **420** until they are locked within one of a plurality of preselected positions located at spaced intervals on the frame member **430**. Specifically, as is shown in FIG. **18**, the frame member **430** may include cavities **432** on a surface thereof which engage with a locking structure on the hand grip **420** to lock the hand grip **420** in place on the frame member **430**. The locked nature of the hand grip **420** to the frame member **430** may be altered when a sufficient force is applied to the hand grip **420**, such that the locking structure of the hand grip **420** is disengaged from the cavity on the frame member **430**. In one of many possible variations, as previously noted, the moveable hand grips **420** may include male ridges or extenders that can be connected to or popped into the frame member **430** along the length of the frame member **430** to provide adjustment of the hand grips **420**. When separate hand grips **420** are used, as is shown in FIG. **18**, the hand grips **420** themselves may be able to be adjusted laterally on tracks or with holes, thereby allowing a distance between the hand grips **420** to be adjusted.

FIG. **19** is a detailed isometric view illustration of a plank support exercise apparatus **410** of FIG. **18**, in accordance with the fourth exemplary embodiment of the present disclosure. Relative to FIGS. **18-19**, the apparatus **410** may have arm support pads **440** which are positioned on a unitary support bar **442**. The unitary support bar **442** may be positioned in a lateral direction, relative to a general length of the apparatus **410**, and allows the arm support pads **440** to be laterally adjusted, similar to as described relative to FIGS. **8-9**. Accordingly, the arm support pads **440** may be positioned between an extended position on the unitary support bar **442**, as is shown in FIG. **19**, and a retracted position, as shown in FIG. **18**.

FIG. **20** is a front-view illustration of a plank support exercise apparatus **410** of FIG. **18**, in accordance with the fourth exemplary embodiment of the present disclosure. The apparatus **410** as shown in FIG. **20** illustrates a destabilization device **460** which is positioned under a substantially center point of the apparatus **410**. The destabilization device **460** may include a semi spherical structure which has a lowered edge that is positioned to contact a ground surface. In one example, the destabilization device **460** may include a semispherical structure formed from plastic, rubber, or similar material, which can support the weight of the apparatus **410** with a user on it. The destabilization device **460** may function as previously described, with the exception that it may allow movement of the apparatus **410** in more than one rotational degree of freedom. Using a semispherical surface as a destabilization device **460**, as opposed to a curved surface along two dimensions, may allow three rotational degrees of freedom which provide enhanced destabilization movement.

The apparatus **410** of FIG. **20.1** includes hand grips **420**, preferably made of plastic, rubber or similar material but also composed of metal or other similar materials, each of which hand grip **420** is carried on a portion of the frame member **430**. The hand grips **420** are preferably adjustable, such that they are, for example, rotatable about their respective attachment sites to the frame **430**, although, in some embodiments, they may be non-moveably attached to the frame member **430**. In addition, the distance between the hand grips **420** and the at least one arm support pad **440** can be modified depending on a user's body size. The hand grips **420** may be movable by repositioning each of the hand grips **420** until the extended connector **456** on which they are mounted is locked within one of a plurality of preselected positions located at spaced intervals on the frame member **430**. The extended connector **446** may include features to retain it within the hole **436** with the actuatable engagement device **472**, such as a biased, pop-up or snap connector. Specifically, in FIG. **20;1**, the actuatable engagement device **472** is a pop-up connector. Another type of extended connector **446** may utilize a tab and slot system, where when the extended connector **446** is moved into the hole, a tab on the interior sidewall of the hole **436** is received within a shortened slot in the extended connector **446**. In the alternative, the extended connector **446** may adjusted with a twist-collar mechanism (not shown) where the extended connector **446** meets the first and second legs **433**, **434** by supplying friction annularly around the connection point between them. There are many possible adjustment mechanisms suitable for providing the adjustments disclosed herein. Once the extended connector **446** achieves a fully-inserted position, the tab may be positioned beyond the slot where the extended connector. It is contemplated that many types of cavities, male and female mating structures, ridges, and the like, will provide suitable adjustment for the hand grips

**420**. As with many of the various possible components of the frame member **430**, including the first and second legs **433**, **434**, support bar **442**, extended connector **444**, lateral support bar **446**, and lateral extended connector **447**, such components may have a substantially cylindrical shape, a partially cylindrical shape, or a non-cylindrical shape such as a square shape, e.g., when square tubing members are used to form a component. Any cross-sectional shape may be utilized, and another component associated therewith to coordinate adjustment may have a corresponding shape.

Relative to FIG. **20.1**, the apparatus **410** may have arm support pads **440** mounted on the support bar **442**, preferably at opposite ends of the support bar **442**, such that the arm support pads **440** are constantly positioned on the peripheral corners of the apparatus **410** during use. The support bar **442** may be positioned in a lateral direction, relative to a general length of the apparatus **410**, and allows the arm support pads **440** to be adjusted by extending the lateral extended connector **444** on which they are mounted until is locked at one of a plurality of preselected positions located at spaced intervals on the support bar **442**. The lateral extended connector **444** may include features to retain it within the hole **436** with the actuatable engagement device **472**, such as a biased, pop-up or snap connector. Specifically, in FIG. **20.1**, the actuatable engagement device **472** associated with the lateral extended connector **444** is a pop-up connector. Accordingly, the arm support pads **440** may be positioned between an extended position, a retracted position and various positions in between. Likewise, the d arm support pads **440** may also have a rotatable connection the frame member **130**.

The apparatus **410** as shown in FIG. **20.1** may include a destabilization device **460**, as shown in FIG. **20.1** and described in further detail herein relative to FIGS. **18-20** and elsewhere herein. The destabilization device of FIG. **20.2** is positioned under at least a portion of the frame member **430**, such as along support bar **442** or lateral support bar **446**. The destabilizing device **460** may be permanently affixed to apparatus **410** or, in the preferred embodiment, removably attachable. To facilitate a removable attachment, for example, as shown in FIG. **19.2**, a threaded rod **467** may be used, though any number of attachment means are acceptable as long as they facilitate a removeable attachment. The destabilization device **460** may include a semispherical structure **462** which has a lowered edge that is positioned to contact a ground surface. In one example, the semispherical structure **462** may be formed from plastic, rubber, or similar material, which can support the weight of the apparatus **410** with a user on it. Using a semispherical surface as a destabilization device **460** may allow three rotational degrees of freedom which provide enhanced destabilization movement, but many different shapes for the destabilization device **460** are contemplated, such as a spherical structural, as long as it accomplishes a destabilization effect. In addition, a ball-and-joint mechanism would also provide satisfactory destabilization. The destabilization device **460** of FIG. **20.2** may be attached to the apparatus **410** along support bar **442** or lateral support bar **446**, which may have an adjustable length.

As shown in FIG. **20.1**, lateral support bar **446** is fixedly connected to the frame member and is adjustable with utilization of lateral extended connector **447**. However, in some embodiments, the lateral support bar **446** may be omitted, detachable, of a fixed length, or, as shown in FIG. For example, FIG. **3.2** shows an embodiment of apparatus **410** without the lateral support bar **446**. The lateral support bar **446** may also be positioned anywhere along the frame member **430**. As with all adjustments described herein, the preferred mode of adjustments of apparatus **410**, allows the user to carry out adjustments with an unaided hand and without tools.

In the preferred embodiment, a pad support member **490** is provided for the arm support pads **440**. The pad support structure **490** may be composed of plastic, metal, wood or similar material is in contact with the ground during use. Portions of pad support structure **490** may extend laterally at least as far as the exterior lateral edges the arm support pads **440**. This arrangement allows the apparatus **410** to have appropriate stability for various planking exercises, particularly side planks and push-up planks, in which the weight of the user is applied to only one of the arm support pads **440** or along the outer edges thereof. In addition, areas of the pad support structure may be left open in order to allow users to enclose an edge of the arm support pads **440** with their fingers while using them as push-up blocks or for push-up planks

FIG. **20.4** shows an isometric side view of the apparatus **410** of FIG. **20.1**, in accordance with the fourth exemplary embodiment of the present disclosure. The description of features described relative to FIG. **20.1** above are equally applicable to those features with same numbers shown in FIG. **20.4**.

In addition, as shown in FIG. **20.5** the first and second legs **433**, **434** of the apparatus **410** may have a rotatable connection **427** to the frame member **430**, allowing further adjustments. Of course, many adjustments mechanisms described in the present disclosure be combined or omitted from the apparatus **410** in order to provide a satisfactory user experience.

FIGS. **21-22** are side-view illustrations of a plank support exercise apparatus **410**, in accordance with the fourth exemplary embodiment of the present disclosure. Similar to the destabilization device **460** of FIG. **20**, FIGS. **21-22** illustrate a variation to a destabilization device **460** which can provide three rotational degrees of freedom. As is shown in FIGS. **21-22**, the destabilization device **460** may include a semispherical structure **462** which is carried on an arm **464** that is movable between retracted and extended positions. A joint **466** may be used to move the arm **464**, thereby moving the semispherical structure **462** between the retract position, shown in FIG. **21**, to an extended position, shown in FIG. **22**. The joint **466** may use levers to unlock a center section of the joint **466** to allow movement of the arm **464** or to lock the joint **466** to prevent arm **464** movement, such as by using a locking ball. In use, extending the arm **464** may increase the destabilization effect on the apparatus **410** whereas lowering or retracting the arm **464** may lessen the destabilization effect. Accordingly, a user can adjust the destabilization device **460** to achieve the desired destabilization effect.

FIGS. **23-24.1** are isometric view illustrations of a plank support exercise apparatus **510**, in accordance with a fifth exemplary embodiment of the present disclosure. The plank support exercise apparatus **510**, which may be referred to herein as ‘apparatus **510**’ may be substantially similar to the other apparatuses described within this disclosure and may include any of the features, components, or functions discussed relative to any other figure herein. As is shown in FIGS. **23-24**, the apparatus **510** includes a central frame member **530** which is connected between a hand grip portion **520** and an arm support pad portion **540**. (It is noted that the soft, resiliently deformable foam arm support pads that would engage with the arm support pad portion are omitted from FIGS. **23-24**, and the foam grip coverings that would

cover the hand grip portion **520** are omitted from FIGS. **23**-**24**.**1**.) The hand grip portion **520** is configured to rotate upward for user-contact and, as shown in FIGS. **23**-**24**, downward for storage or grip variations. In FIG. **24**.**1**, the hand grip portion **520** is shown in a user-ready position, being upturned vertically in a sufficient position to be grasped by the user, and in some embodiments may be fixed such upturned position. FIG. **24**.**1** further shows foam pads **542** engaged with slots **545** in the arm support pad portion **540**, the entire lower surface of which, together with the lower surface of the apparatus, is resting in flat contact with flat ground surface. (Although the foam pads **542** shown in FIG. **24**.**1** are squarish in shape, the preferred shape is a curvilinear to match ergnonomically the shape of a person's forearm.) In the preferred embodiment, the foam pads **542** have protrusions from a lower surface thereof allowing the foam pads **542** to engage with the slots **545**. The central frame member **530** may permit adjustability of the arm support pad portion **540** along the length of the central frame member **530**. The central frame member **530** may use, for example, a track system or telescoping mechanisms which allow the arm support pad portion **540** to be moved to selected locations along its length. FIG. **23** depicts the arm support pad portion **540** positioned at a distal end of the central frame member **530**, whereas FIG. **24** depicts the arm support pad portion **540** positioned towards a middle section of the central frame member **530**. The arm support pad portion **540** itself may also include a track or telescopic mechanism to allow lateral movement of arm support pads, as previously described

FIG. **25** is a flowchart **600** illustrating a method of using a plank support exercise apparatus, in accordance with a sixth exemplary embodiment of the disclosure. It should be noted that any process descriptions or blocks in flow charts should be understood as representing modules, segments, or steps that include one or more instructions for implementing specific logical functions in the process, and alternate implementations are included within the scope of the present disclosure in which functions may be executed out of order from that shown or discussed, including substantially concurrently or in reverse order, depending on the functionality involved, as would be understood by those reasonably skilled in the art of the present disclosure.

As is shown by block **602**, a plank support exercise apparatus is provided, the plank support exercise apparatus having a hand grip, a frame member extending from the hand grip, at least one forearm support pad connected to the frame member, and a ground-interface surface positioned along at least a portion of the frame member. A force from a weight of a user in a position with a forearm thereof on the at least one forearm support pad from the forearm of the user is transferred through the at least one forearm support pad, and through the ground interface surface to a ground surface (block **604**).

The method may include any additional number of steps, processes, and functions, including any disclosed within this disclosure. For example, when the plank support exercise apparatus is in use, an elbow of the user may be free from contact with the at least one forearm support pad. The method may include adjustment of the plank support exercise apparatus, such as moving the at least one forearm support pad along a length of the frame member, thereby adjusting a distance between the hand grip and the at least one forearm support pad, and/or moving the hand grip along a length of the frame member, thereby adjusting a distance between the hand grip and the at least one forearm support pad. The at least one forearm support pad may be moved in a lateral direction, wherein the lateral direction is substantially perpendicular to a length of the frame member and the at least one forearm support pad may be rotated about a substantially vertical axis thereof. Similarly, the hand grip may be rotated about a substantially horizontal axis thereof between a lowered position and a raised position. The method may further include destabilizing the plank support exercise apparatus with a destabilizing device, thereby facilitating a controlled, destabilizing movement of the plank support exercise apparatus. The controlled, destabilizing movement may further comprise translationally static movement and may further include movement in a single degree of rotational freedom.

It should be emphasized that the above-described embodiments of the present disclosure, particularly, any "preferred" embodiments, are merely possible examples of implementations, merely set forth for a clear understanding of the principles of the disclosure. Many variations and modifications may be made to the above-described embodiment(s) of the disclosure without departing substantially from the spirit and principles of the disclosure. All such modifications and variations are intended to be included herein within the scope of this disclosure and the present disclosure and protected by the following claims.

What is claimed:

**1**. An apparatus for facilitating a user to achieve a plank position, the apparatus comprising:

an arm support pad;

a hand grip;

a frame member, extending from proximate a front of the apparatus to proximate a back of the apparatus, wherein at least one portion of the frame member has a tubular shape at which at least one portion of the arm support pad is attached, wherein the frame member has the hand grip disposed at a first end and the arm support pad disposed at a second end proximate the back of the apparatus, and wherein the hand grip is configured to contact a hand of an arm of the user while the arm support pad is positioned distally from the hand grip in contact with the arm of the user;

a contact surface configured to engage a ground surface underneath the frame member or the arm support pad, wherein the contact surface is configured to allow the apparatus to rest on the ground surface whereby when the apparatus is placed on the ground surface, the contact surface is in level contact with the ground surface.

**2**. The apparatus of claim **1**, further configured so as to comprise a destabilization device configured to facilitate a destabilization of the apparatus, wherein the destabilization device facilitates a rotational movement of the frame member about at least one rotational axis, and wherein the destabilization device comprises an at least partially spherical component or other curved surface facilitating a controlled alteration of an angle of orientation of the apparatus relative to the ground surface by the user.

**3**. The apparatus of claim **1**, wherein the arm support pad is moveably coupled to the frame member.

**4**. An apparatus for facilitating a user to achieve a plank position, the apparatus comprising:

a left arm support pad portion and a right arm support pad portion, wherein the left arm support pad portion and the right arm support pad portion are configured to contact the user's left arm and the user's right arm, respectively; and

a frame having a first leg and a second leg, wherein disposed on the first leg and the second leg at one end

of the frame are the left arm support pad portion and the right arm support pad portion, respectively, and wherein the first leg and the second leg are connected with a hinge or pivot member allowing a variation in a spacing of the left arm support pad portion and the right arm support pad portion relative to one another.

**5**. The apparatus of claim **4**, wherein either of the left arm support pad portion and the right arm support pad portion is removably attachable to the frame.

**6**. The apparatus of claim **4**, wherein the apparatus is further configured such that it comprises a left hand grip and a right hand grip and an orientation of the left hand grip and the right hand grip relative to one another can be adjusted by the user.

**7**. The apparatus of claim **4**, wherein the apparatus is further configured such that it comprises a hand grip.

**8**. An apparatus for facilitating a user to achieve a plank position, the apparatus comprising:

a frame member;

an arm support pad;

a hand grip, wherein the hand grip is configured to contact a hand of an arm of the user while the arm support pad is positioned distally from the hand grip in contact with the arm of the user, wherein the frame member has the hand grip coupled at a first end and the arm support pad coupled at a second end proximate a back of the apparatus, wherein the arm support pad couples moveably to the frame member such that the arm support pad is moveable to a plurality of positions; and

a contact surface configured to engage a ground surface underneath the frame member or the arm support pad, wherein the contact surface is configured to allow the apparatus to rest on the ground surface whereby when the apparatus is placed on the ground surface, the contact surface is in level contact with the ground surface.

**9**. The apparatus of claim **8**, wherein the arm support member comprises an extended connector member.

**10**. An apparatus for facilitating a user to achieve a plank position, the apparatus comprising:

a frame member;

a pad support member secured with a fastener to the frame member, wherein the pad support member is configured to hold an arm support pad and wherein at least a portion of the arm support pad is configured to extend laterally beyond at least a portion of the frame member;

a hand grip, wherein the hand grip is configured to be contactable with a hand of an arm of the user while the arm support pad is positioned distally from the hand grip in contact with the arm of the user, wherein the frame member has at least a portion of the hand grip disposed at a first end and at least a portion of the arm support pad disposed at a second end proximate a back of the apparatus;

a contact surface configured to engage a ground surface underneath frame member or the pad support member, wherein the contact surface is configured to allow the apparatus to rest on the ground surface whereby when the apparatus is placed on the ground surface, the contact surface is in level contact with the ground surface.

**11**. An apparatus for facilitating a user to achieve a plank position, the apparatus comprising:

at least one arm support pad;

a hand grip, wherein the hand grip is configured to be contactable with a hand of an arm of the user while the arm support pad is positioned distally from the hand grip in contact with the arm of the user, wherein at least a portion of the hand grip is disposed forward of a front end of the arm support pad, wherein at least a portion of the arm support pad is disposed proximate a back of the apparatus, and wherein a position of the hand grip or the arm support pad is adjustable;

a contact surface configured to engage a ground surface underneath the arm support pad, wherein the contact surface is configured to allow the apparatus to rest on the ground surface whereby when the apparatus is placed on the ground surface, the contact surface is in level contact with the ground surface.

**12**. The apparatus of claim **11**, wherein the at least one arm support pad comprises a left arm support pad and a right arm support pad, wherein the left arm support pad and the right arm support pad are connected with a hinge or pivot member allowing a variation in a spacing between the left arm support pad and the right arm support pad.

**13**. The apparatus of claim **11**, wherein the hand grip further comprises a left portion and a right portion, and the left portion and the right portion are connected with a hinge or pivot member allowing a variation in a spacing between the left portion and the right portion.

**14**. The apparatus of claim **11**, wherein the arm support member has a flexible plastic or resiliently deformable feature allowing the arm support member to connect to the apparatus.

**15**. The apparatus of claim **11**, wherein the at least one arm support pad is contoured to conform to a curvature of the user's arm.

**16**. The apparatus of claim **11**, further comprising a pad support member facilitating securing the at least one arm support pad.

**17**. The apparatus of claim **16**, wherein the pad support member further comprises holes or clamp members configured to allow an adjustment of the at least one arm support pad.

* * * * *

Exhibit A-3

(U.S. Patent No. 9,895,573)

US009895573B2

(12) **United States Patent**
**Domesick**

(10) **Patent No.: US 9,895,573 B2**
(45) **Date of Patent: Feb. 20, 2018**

(54) **PLANK SUPPORT EXERCISE APPARATUS AND RELATED METHODS**

(71) Applicant: **Michael H. Domesick**, Worcester, MA (US)

(72) Inventor: **Michael H. Domesick**, Worcester, MA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **14/631,235**

(22) Filed: **Feb. 25, 2015**

(65) **Prior Publication Data**

US 2015/0238795 A1 Aug. 27, 2015

**Related U.S. Application Data**

(60) Provisional application No. 61/944,154, filed on Feb. 25, 2014.

(51) **Int. Cl.**

| | |
|---|---|
| ***A63B 21/00*** | (2006.01) |
| ***A63B 21/002*** | (2006.01) |
| ***A63B 21/068*** | (2006.01) |
| ***A63B 22/14*** | (2006.01) |
| ***A63B 22/16*** | (2006.01) |
| ***A63B 23/02*** | (2006.01) |
| ***A63B 23/12*** | (2006.01) |
| ***A63B 71/00*** | (2006.01) |

(52) **U.S. Cl.**
CPC ...... ***A63B 23/0205*** (2013.01); ***A63B 21/0023*** (2013.01); ***A63B 21/00047*** (2013.01); ***A63B 21/068*** (2013.01); ***A63B 21/4035*** (2015.10); ***A63B 22/14*** (2013.01); ***A63B 22/16*** (2013.01); ***A63B 23/1236*** (2013.01); *A63B 21/00181* (2013.01); *A63B 21/4039* (2015.10); *A63B 71/0054* (2013.01); *A63B 2208/0257* (2013.01); *A63B 2208/0261* (2013.01); *A63B 2208/0295* (2013.01); *A63B 2225/09* (2013.01)

(58) **Field of Classification Search**
CPC .. A63B 21/00081–21/00109; A63B 21/00127; A63B 21/00185; A63B 21/002–21/0023; A63B 21/0205; A63B 21/1457–21/1476; A63B 22/16; A63B 22/18; B62K 21/125
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 5,163,339 | A * | 11/1992 | Giard, Jr. | B62K 21/125 | 403/374.4 |
| 5,713,823 | A * | 2/1998 | Walendzak | A63B 22/18 | 482/139 |
| 6,582,347 | B2 | 6/2003 | Smith | | |
| 6,638,201 | B1 | 10/2003 | Dischler | | |
| 7,601,108 | B2 | 10/2009 | Andrews | | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| WO | 2009042255 | A1 | 4/2009 |
| WO | 2013009306 | A1 | 1/2013 |

*Primary Examiner* — Loan H Thanh
*Assistant Examiner* — Jennifer M Deichl

(57) **ABSTRACT**

A plank support exercise apparatus and related methods is provided. The plank support exercise apparatus has a hand grip and a frame member extending from the hand grip. At least one arm support pad is connected to the frame member, wherein a distance between the hand grip and the at least one arm support pad is adjustable. A ground-interface surface is positioned along at least a portion of the frame member.

**7 Claims, 25 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 7,611,445 | B2 | 11/2009 | Brown et al. | |
| 7,698,967 | B2 | 4/2010 | Ording et al. | |
| 7,938,763 | B2 | 5/2011 | Campanaro et al. | |
| 7,972,251 | B2 | 7/2011 | Peddar | |
| 8,177,732 | B2 * | 5/2012 | Einav et al. | 601/5 |
| 2006/0030463 | A1 * | 2/2006 | Maloy et al. | 482/126 |
| 2008/0108487 | A1 * | 5/2008 | Bizzell et al. | 482/142 |
| 2010/0234776 | A1 | 9/2010 | Borden | |
| 2012/0258843 | A1 * | 10/2012 | Summers | A63B 21/0603<br>482/93 |
| 2013/0065736 | A1 * | 3/2013 | Chen | 482/96 |
| 2014/0005007 | A1 * | 1/2014 | Ho et al. | 482/96 |
| 2014/0087925 | A1 * | 3/2014 | Dupuis | A63B 21/062<br>482/97 |

* cited by examiner




FIG. 1 (Prior Art)




FIG. 2 (Prior Art)




FIG. 3




FIG. 4




FIG. 5




FIG. 6




FIG. 7




FIG. 8




FIG. 9




FIG. 10




FIG. 11




FIG. 12




FIG. 13




FIG. 14




FIG. 15




FIG. 16




FIG. 17




FIG. 18




FIG. 19




FIG. 20




FIG. 21




FIG. 22




FIG. 23




FIG. 24


610
A plank support exercise apparatus is provided, the plank support exercise apparatus having a hand grip, a frame member extending from the hand grip, at least one forearm support pad connected to the frame member, and a ground-interface surface positioned along at least a portion of the frame member.
602
A force from a weight of a user in a position with a forearm thereof on the at least one forearm support pad from the forearm of the user is transferred through the at least one forearm support pad, and through the ground-interface surface to a ground surface.
604

FIG. 25

# PLANK SUPPORT EXERCISE APPARATUS AND RELATED METHODS

## CROSS REFERENCE TO RELATED APPLICATION

This application claims benefit of U.S. Provisional Application Ser. No. 61/944,154 entitled, "Device for Facilitating Plank Exercises" filed Feb. 25, 2014, the entire disclosure of which is incorporated herein by reference.

## FIELD OF THE DISCLOSURE

The present disclosure is generally related to exercise devices and more particularly is related to a plank support exercise apparatus and related methods.

## BACKGROUND OF THE DISCLOSURE

A plank exercise is an isometric core strength exercise that involves maintaining a difficult position for extended periods of time. The most common plank is the front plank which is held in a push-up position with the body's weight borne on forearms, elbows, and toes. FIG. **1** is a side view illustration of person **10** in a front plank position, in accordance with the prior art. This type of exercise may also be known as a front hold, hover, or abdominal bridge. As is shown in FIG. **1**, when in the front plank position, a person **10** may maintain a push-up-like stance with his or her forearms in contact with the ground surface **12**. In this position, the body weight of the person **10** is transferred through their feet and through their upper arms to the ground **12**. Relevant to this disclosure, the transfer of the weight through the upper arms to the ground **12** places significant forces on the person's elbows, which are in contact with the ground **12**.

Variations on the plank exercise include alternative positions, such as the side plank, the reverse plank, and/or the so-called 'superman' plank. FIG. **2** is a side view illustration of person **10** in a side plank position, in accordance with the prior art. In the side plank, the person **10** maintains a static position with a single forearm and single foot in contact with the ground **12**. In this position, the bodyweight of the person **10** is transferred through his or her single foot and single arm which maintain contact with the ground **12**. Relevant to this disclosure, the transfer of the weight through the single upper arm to the ground **12** places a significant force on the elbow of the person which is in contact with the ground **12**.

Plank exercises may further include the use of training devices to enhance the effect of the exercise on the person. As is well-known in the art, these training devices may include a padded mat or weighted athletic balls which the person balances his or her bodyweight on while maintaining a plank position or a modified plank position. In all variations of the plank position, the person may experience a balance and core conditioning exercise by requiring muscles in the person's legs, torso, back, and upper body to remain in a static position, thereby increasing strength, control, and coordination of the muscles within the person's body. The health benefits of plank exercises are well documented throughout the health, fitness, and exercise science industries. However, there are also some drawbacks of plank exercise, including the discomfort a user experiences at his or her elbows, due to the localized force of their bodyweight being transferred through the elbow.

Some devices are available to assist plank exercises. One device includes a unitary shell with handle grips and a



platform, and a sliding device positioned on an underside of the platform. A user may grasp the handle grips with his or her elbows in contact with the platform and his or her knees in contact with the ground surface. The user then exercises his or her abdominal muscles by sliding the unitary shell on the ground relative to his or her knees. A similar device uses independent sliding carriages for each arm of the user, whereby a plank position can be assumed on the carriages. It is noted that other plank exercise assisting devices, functioning under the same principles as described herein, may also exist in the conventional art.

These devices, along with other conventional devices, have many shortcomings. One major shortcoming is that the devices use unrestricted sliding movement, such that users are highly susceptible to inadvertently overextending exercise positions which can result in injury. Further, the devices require a user's forearm to be positioned in such a way that their bodyweight is transferred through their elbow and into the device. While some padding on the device may alleviate some of the discomfort to the user's elbow, it falls far short of eliminating the discomfort. Additionally, conventional devices often have handle grips that are not ergonomically safe. For example, many devices have handle grips positioned aligned with or higher than the user's arm, which results in an upwards pitching of the user's wrist. Long term, this position can result in strain on the user's wrist and forearm. This position may also prevent a user from exerting downward pressure on handle grips in order to leverage their body into an elevated position specific to a plank exercise, without further forcing their arm and/or elbow into a pad. In another example, the conventional handle grips are usually oriented at right angles to the ground, which forces the user's forearms and wrist into an ergonomically inefficient position.

Thus, a heretofore unaddressed need exists in the industry to address the aforementioned deficiencies and inadequacies.

## SUMMARY OF THE DISCLOSURE

Embodiments of the present disclosure provide a plank support exercise apparatus. Briefly described, in architecture, one embodiment of the apparatus, among others, can be implemented as follows. A plank support exercise apparatus has a hand grip. A frame member extends from the hand grip. At least one arm support pad is connected to the frame member, wherein a distance between the hand grip and the at least one arm support pad is adjustable. A ground-interface surface is positioned along at least a portion of the frame member.

The present disclosure can also be viewed as providing a plank support exercise apparatus. Briefly described, in architecture, one embodiment of the apparatus, among others, can be implemented as follows. The plank support exercise apparatus has a hand grip. A frame member extends from the hand grip. At least one forearm support pad is connected to the frame member, wherein the at least one forearm support pad is contactable by a forearm of a user. A ground-interface surface is positioned along at least a portion of the frame member, wherein a force from a weight of the user in a position with the forearm thereof on the at least one forearm support pad is transferred from the forearm of the user, through the at least one forearm support pad, and through the ground-interface surface to a ground surface.

The present disclosure can also be viewed as providing a plank support exercise apparatus. Briefly described, in architecture, one embodiment of the apparatus, among others, can

be implemented as follows. The plank support exercise apparatus has a hand grip. A frame member extends from the hand grip. At least one arm support pad is connected to the frame member. A ground-interface surface is positioned along at least a portion of the frame member, wherein the frame member is translationally static relative to a ground surface.

The present disclosure can also be viewed as providing methods of using a plank support exercise apparatus. In this regard, one embodiment of such a method, among others, can be broadly summarized by the following steps: the steps of: providing the plank support exercise apparatus having a hand grip, a frame member extending from the hand grip, at least one forearm support pad connected to the frame member, and a ground-interface surface positioned along at least a portion of the frame member; and transferring a force from a weight of a user in a position with a forearm thereof on the at least one forearm support pad from the forearm of the user, through the at least one forearm support pad, and through the ground-interface surface to a ground surface.

Other systems, methods, features, and advantages of the present disclosure will be or become apparent to one with skill in the art upon examination of the following drawings and detailed description. It is intended that all such additional systems, methods, features, and advantages be included within this description, be within the scope of the present disclosure, and be protected by the accompanying claims.

## BRIEF DESCRIPTION OF THE DRAWINGS

Many aspects of the disclosure can be better understood with reference to the following drawings. The components in the drawings are not necessarily to scale, emphasis instead being placed upon clearly illustrating the principles of the present disclosure. Moreover, in the drawings, like reference numerals designate corresponding parts throughout the several views.

FIG. **1** is a side view illustration of person in a front plank position, in accordance with the prior art.

FIG. **2** is a side view illustration of person in a side plank position, in accordance with the prior art.

FIG. **3** is a side-view illustration of a plank support exercise apparatus, in accordance with a first exemplary embodiment of the present disclosure.

FIG. **4** is a side-view illustration of a plank support exercise apparatus in use with a user **10**, in accordance with the first exemplary embodiment of the present disclosure.

FIG. **5** is a side-view illustration of a plank support exercise apparatus, in accordance with the first exemplary embodiment of the present disclosure.

FIG. **6** is an isometric view illustration of a plank support exercise apparatus, in accordance with the first exemplary embodiment of the present disclosure.

FIG. **7** is an isometric view illustration of a plank support exercise apparatus, in accordance with the first exemplary embodiment of the present disclosure.

FIG. **8** is a side-view illustration of a plank support exercise apparatus, in accordance with the first exemplary embodiment of the present disclosure.

FIG. **9** is a rear-view illustration of a plank support exercise apparatus, in accordance with the first exemplary embodiment of the present disclosure.

FIGS. **10-11** are top-view illustrations of a plank support exercise apparatus, in accordance with the first exemplary embodiment of the present disclosure.

FIG. **12** is a partially exploded side-view illustration of a plank support exercise apparatus, in accordance with the first exemplary embodiment of the present disclosure.

FIG. **13** is an isometric view illustration of a plank support exercise apparatus, in accordance with a second exemplary embodiment of the present disclosure.

FIG. **14** is an isometric view illustration of the plank support exercise apparatus of FIG. **13**, in accordance with the second exemplary embodiment of the present disclosure.

FIGS. **15-16** are side-view illustrations of the carriage and raised support of the plank support exercise apparatus of FIGS. **13-14**, in accordance with the second exemplary embodiment of the present disclosure.

FIG. **17** is an exploded view illustration of a lateral movement device for use with a plank support exercise apparatus, in accordance with a third exemplary embodiment of the present disclosure.

FIG. **18** is an isometric view illustration of a plank support exercise apparatus, in accordance with a fourth exemplary embodiment of the present disclosure.

FIG. **19** is a detailed isometric view illustration of a plank support exercise apparatus of FIG. **18**, in accordance with the fourth exemplary embodiment of the present disclosure.

FIG. **20** is a front-view illustration of a plank support exercise apparatus of FIG. **18**, in accordance with the fourth exemplary embodiment of the present disclosure.

FIGS. **21-22** are side-view illustrations of a plank support exercise apparatus, in accordance with the fourth exemplary embodiment of the present disclosure.

FIGS. **23-24** are isometric view illustrations of a plank support exercise apparatus, in accordance with the fourth exemplary embodiment of the present disclosure.

FIG. **25** is a flowchart illustrating a method of using a plank support exercise apparatus, in accordance with a fifth exemplary embodiment of the disclosure.

## DETAILED DESCRIPTION

FIG. **3** is a side-view illustration of a plank support exercise apparatus **110**, in accordance with a first exemplary embodiment of the present disclosure. The plank support exercise apparatus **110**, which may be referred to herein as 'apparatus **110**' includes a hand grip **120**. A frame member **130** extends from the hand grip **120**. At least one arm support pad **140** is connected to the frame member **130**, wherein a distance between the hand grip **120** and the at least one arm support pad **140** is adjustable. A ground-interface surface **150** is positioned along at least a portion of the frame member **130**.

The apparatus **110** may be used to assist or aid in plank exercises where the user maintains a static, isometric position. Accordingly, when the apparatus **110** is used, the user may be positioned in the conventional plank position, as is shown in FIG. **1**, but with his or her hands grasping the hand grip **120** and his or her forearms in contact with the at least one arm support pad **140**. The apparatus **110** may offer significant benefits to users, as detailed throughout this disclosure. Further, it is noted that the apparatus **110** may include many variations in structure, components, and function, all of which are considered within the scope of the present disclosure.

Relative to FIG. **3**, the frame member **130** may be a bifurcated frame member having a first leg **132** and a second leg **134**. Each of the first and second legs **132**, **134** may be positioned on opposing sides of the hand grip **120** such that the first and second legs **132**, **134** is connected between the hand grip **120** and the at least one arm support pad **140**.

Further, it may be common for the at least one arm support pad **140** to include a first arm support pad **142** and a second arm support pad **144**, each connected to one of the first and second legs **132**, **134** of the frame member **130**. Other designs of the apparatus **110** may include a single frame member **130** which is positioned substantially central to the hand grip **120** and/or the at least one arm support pad **140**, as is discussed relative to FIG. **23-24**.

As is shown in FIG. **3**, the hand grip **120** may be integrally formed within a forward section of the bifurcated frame member **130**, wherein each of the first and second legs **132**, **134** extend from opposing sides of the hand grip **120**, respectively. The hand grip **120** may include an ergonomic structure that can be grasped by the user's hand when using the apparatus **110**. The hand grip **120** may include, for example, a substantially cylindrical structure which is covered, partially or fully, with padding, foam, texturized material, or another material to enhance ease of use of the hand grips **120**. The hand grip **120** may also have a position that provides fully ergonomic use of the apparatus **110**. These ergonomic positions may include the hand grip **120** being positioned slightly below a plane of the user's arm when resting on the arm support pad **140**, such that the user's wrist can bend slightly downward, and/or the hand grip **120** being positioned at an angle, relative to a vertical position, inwardly towards a center of the apparatus **110**. Other orientations of the hand grips may also be used to enhance ergonomic use of the apparatus **110**. The first and second legs **132**, **134** of the frame member **130** may extend from the hand grip **120** in a variety of configurations, such as a straight extension, as shown in FIG. **3**. Commonly, the first and second legs **132**, **134** of the frame member **130** may include a tubular member which has a rigid, durable construction capable of supporting the bodyweight of the user.

The first and second arm support pads **142**, **144** may include structures which are positioned on or carried by the first and second legs **132**, **134**, such that the first and second arm support pads **142**, **144** can be positioned along a length of the first and second legs **132**, **134**. Commonly, the first and second arm support pads **142**, **144** include a rigid or semi-rigid structure having a curvilinear shape which matches or substantially matches a human forearm shape. The curvilinear shape may be characterized as a curvilinear arm contact surface which can substantially conform to an outer radial surface of the forearm of the user when the user is positioned with his or her forearm on the arm support pad. The first and second arm support pads **142**, **144** may include padding to increase comfort of the user when his or her bodyweight is placed on the first and second arm support pads **142**, **144**.

When in use, the apparatus **110** may be positioned on a ground surface, which may include any type of athletic supporting surface, such as pavement, a grassy field, a gym floor, or others. The apparatus **110** may include a number of points which make contact with the ground surface. Primarily, the ground-interface surface **150** may be used to interface the contact between the apparatus **110** and the ground surface, and other points along the apparatus **110** may aid or assist in supporting the apparatus **110** on the ground. The ground-interface surface **150** may be any surface or surfaces along a bottom edge of the frame member **130** or other structures extending from the frame member **130**.

FIG. **4** is a side-view illustration of a plank support exercise apparatus **110** in use with a user **10**, in accordance with the first exemplary embodiment of the present disclosure. The user **10** in FIG. **4** is positioned in a plank exercise position on the apparatus **110**, whereby the user is in a static, push-up-like position with his or her hands grasping the hand grip **120** and his or her forearms positioned on the first and second arm support pads **142**, **144**. The position of the user's spaced forearms and less-spaced hands may form a triangular shape, which may correspond to a heightened ergonomic position. In this position, the user's bodyweight is being transferred through his or her feet to a surface of the ground **12** and through his or her upper arms and into the apparatus **110**. Specific to the transfer of forces through the user's arms, unlike conventional devices which require the force to be transferred directly through the localized area of the elbow, the apparatus **110** allows the force to be distributed across the user's forearms and into the first and second arm support pads **142**, **144**, as well as through the user's hands to the hand grip **120**. This distribution of force may prevent harmful concentrated forces from being transferred through the user's elbows, which can lessen the chance of injury or discomfort to the user's elbows. Furthermore, since the point of force transfer is removed from the elbows of the user, the user may be required to use his or her hands to stabilize the plank position on the apparatus **110**, in contrast to a plank exercise without a hand grip, where the user's hands offer little additional support to maintain the static plank position.

Relative to FIGS. **3-4**, the apparatus **110** may have the ground-interface surface **150** positioned on a destabilizing device **160**. The destabilizing device **160** may be connected to the frame member **130**, or one or both of the first and second legs **132**, **134** thereof, and may facilitate a controlled, destabilizing movement of the frame member **130**. The controlled, destabilizing movement may include, for example, a pivoting of the frame member **130** about a pivot axis located within the destabilizing device **160**. This pivoting movement may be achieved by providing a ground-interface surface **150** which is positioned along the curved surface of the destabilization device **160**. In this example, the ability of the apparatus **110** to pivot may allow the user to achieve an enhanced exercise, since maintaining the static plank position on the apparatus **110** without destabilization utilizes additional muscles within the user's torso and upper body. The destabilizing device **160** can be moved or positioned along the length of the first and second legs **132**, **134** to connect thereto at different attachment points. Varying the point of attachment of the destabilization device **160** to the frame member **130** may vary the degree of instability or destabilization of the apparatus **110**, which can be used to effect different exercises on the apparatus **110**. It is also noted that the destabilization device **160** may include a variety of different shapes and/or curvatures to effect different levels of instability, such as, for example, shortened curvatures, enlarged curvatures, constant radii curvatures, or variable radii curvatures, to name a few.

It is important to note that the controlled, destabilized movement of the apparatus **110** may be limited to translationally static movement, such that neither the apparatus **110** nor the user **10** on the apparatus **110** moves translationally. Rather, the controlled, destabilized movement may include only rotational movement about one or more axes. In some cases, such as shown in FIGS. **3-4**, the rotational movement may be limited to movement in a single degree of freedom, e.g., rotational movement about an axis of curvature of the curved surface of the destabilizing device **160**. This single degree of freedom movement may allow the apparatus **110** to pivot or rock about the destabilizing device **160**, which provides an enhanced plank exercise experience. However, limiting the destabilizing movement to rotational movement only prevents the user from being exposed to injurious

situations rife in the conventional art, where an exercise device can slip translationally (forwards, backwards, left, or right) out from underneath the user **10**. A variety of other destabilizing devices **160** can be employed with the apparatus **110**, as are discussed relative to other figures.

FIG. **5** is a side-view illustration of a plank support exercise apparatus **110**, in accordance with the first exemplary embodiment of the present disclosure. One of the benefits of the apparatus **110** is its ability to be easily adjusted to users of different body sizes. One way of achieving this adjustability is by adjusting a distance between the hand grip **120** and the at least one arm support pad **140** by moving the at least one arm support pad **140** along a length of the frame member **130**. There may be a number of ways to achieve this adjustability, one of which includes utilizing a plurality of holes **136** positioned at spaced intervals within the frame member **130**, or within each of the first and second legs **132**, **134** of the frame member **130**. These holes **136** may receive an extended connector **146** which is positioned on the at least one arm support pad **140**, or on both of the first and second arm support pads **142**, **144**. Similarly, the destabilizing device **160** may be adjustable between positions along the length of the frame member **130** to vary a point of controlled, destabilized movement. The destabilizing device **160** may incorporate the same or similar extended connector **146** as the arm support pads **140**.

The extended connector **146** may include, for example, a male fastener which can be positioned within the hole **136** to locate the arm support pad **140** substantially above or proximate to the hole **136**. By varying the positioning of the extended connector **146** within the plurality of holes **136**, the user can select which positioning of the arm support pad **140** is desired. The extended connector **146** may include features to retain it within the hole **136**, such as a biased or snap connector. One type of extended connector **146** may utilize a tab and slot system, where when the extended connector **146** is moved into the hole, a tab on the interior sidewall of the hole **136** is received within a shortened slot in the extended connector **146**. Once the extended connector **146** achieves a fully-inserted position, the tab may be positioned beyond the slot where the extended connector **146** may be rotated to lock the extended connector **146** within the hole **136**.

FIG. **6** is an isometric view illustration of a plank support exercise apparatus **110**, in accordance with the first exemplary embodiment of the present disclosure. Specifically, FIG. **6** depicts the hand grips **120** formed integral with a bifurcated frame member **130** having first and second legs **132**, **134**. Each of the first and second legs **132**, **134** may have a specific shape which allows for more adjustability of the apparatus **110**. As is shown, each of the first and second legs **132**, **134** may include holes **136** which are positioned for arm support pad attachment along various portions of the first and second legs **132**, **134**. These various portions of the first and second legs **132**, **134** may include straight and angularly positioned lengths, such that the relative distance between the first leg **132** and the second leg **134** can be variable, dependent on which location along the first and second leg **132**, **134** is selected. As is further shown in FIG. **6**, the relative distance between the first leg **132** to the second leg **134** can be variable along one section of the frame member **130**, e.g., the angularly-positioned, middle section, and constant along a different section of the frame member **130**, e.g., the section proximate to a terminating end of each of the first and second legs **132**, **134**. Any combination of variable and/or constant distances may be used.

FIG. **7** is an isometric view illustration of a plank support exercise apparatus **110**, in accordance with the first exemplary embodiment of the present disclosure. FIG. **7** illustrates the apparatus **110** having a bifurcated frame member **130** with first and second legs **132**, **134** that are integrally connected to the hand grip **120**. The arm support pad **140** includes first and second arm support pads **142**, **144** which are positioned on the each of the first and second legs **132**, **134**, respectively. Instead of using holes and extended connectors, the first and second arm support pads **142**, **144** may utilize a strap **148** which is connected to each of the first and second arm support pads **142**, **144** and positioned around each of the first and second legs **132**, **134**, respectively. The strap **148** may be movable along the length, or a portion of the length, of the first and second legs **132**, **134** to adjust the position of the first and second arm support pads **142**, **144**. The strap **148** may include a variety of components to enhance usability, include a high-friction material coating an exterior of the strap **148**. The exterior of the strap **148** surface having the high-friction material may act as the ground-interface surface **150** to retain the apparatus **110** in place during use.

FIG. **8** is a side-view illustration of a plank support exercise apparatus **110**, in accordance with the first exemplary embodiment of the present disclosure. The plank support exercise apparatus **110** includes the hand grip **120** and a bifurcated frame member **130** extending from the hand grip **120**, wherein first and second legs **132**, **134** are connected to either side of the hand grip **120**. The arm support pad **140** includes first and second arm support pads **142**, **144** which are each connected to one of the first and second legs **132**, **134**. A distance between the hand grip **120** and the first and second arm support pads **142**, **144** is adjustable. A ground-interface surface **150** is positioned along at least a portion of the frame member **130**.

The apparatus **110** of FIG. **8** includes some variations relative to FIGS. **3**-**7**. For example, the apparatus **110** of FIG. **8** may include side-mounted holes **136** positioned along each of the first and second legs **132**, **134**. The first and second arm support pads **142**, **144** may be carried on a hub **170** which interfaces between the first and second legs **132**, **134** and the first and second arm support pads **142**, **144**, respectively. The hub **170** may be connected to the destabilizing device **160** and include one or more extended connectors (not shown) which can be engaged with one of the plurality of holes **136** to adjust the location of the arm support pads **140** along the frame member **130**. To control engagement of the extended connectors with the holes **136**, an actuatable engagement device **172** may be used, where actuation of the actuatable engagement device **172** disengages the extended connector from the hole **136** to permit the arm support pad **140** to move along at least a portion of the length of the frame member **130**. The actuatable engagement device **172** may include a button or other feature which can be depressed to disengage the extended connector from the hole **136**. Various designs may be used to facilitate the internal functioning of the actuatable engagement device **172**.

It is further noted that a variety of mechanical interfaces may be used to facilitate the adjustment or sliding of the first and second arm support pads **142**, **144** on the first and second legs **132**, **134**, respectively. For example, the first and second legs **132**, **134** may have a substantially cylindrical shape, a partially cylindrical shape, or a non-cylindrical shape such as a square shape, e.g., when square tubing members are used to form the first and second legs **132**, **134**. Any cross-sectional shape of the first and second legs **132**,

**134** may be utilized and the hub **170**, or another component to coordinate adjustment of the first and second arm support pads **142**, **144**, may have a corresponding shape. In another example, the hub **170** may be positioned only on an upper half of each of the first and second legs **132**, **134**, as opposed to fully encircling the first and second legs **132**, **134**. It is also possible to use any number or type of grooves, ridges, guiding features, or other structural designs that facilitate successful movement of the first and second arm support pads **142**, **144** on the first and second legs **132**, **134**, all of which are considered to be within the scope of the present disclosure. FIG. **9** is a rear-view illustration of a plank support exercise apparatus **110**, in accordance with the first exemplary embodiment of the present disclosure. The hub **170** may also include a lateral movement device **174** which supports the first and second arm support pads **142**, **144** and controls a lateral movement thereof. The lateral movement of the first and second arm support pads **142**, **144**, as depicted in FIGS. **8-9**, may be along a lateral direction which is oriented substantially perpendicular to a length of the frame member **130** and a length of the first and second legs **132**, **134**. Thus, while the plurality of holes **136** and the extended connector, or similarly functioning device, may allow adjustability of the first and second arm support pads **142**, **144** along the length of the first and second legs **132**, **134**, the lateral movement device **174** may control movement of the first and second arm support pads **142**, **144** in a different direction. Lateral movement of the first and second arm support pads **142**, **144** may facilitate the varied shoulder widths of users, allowing the apparatus **110** to properly match each user's body size. While the lateral movement device **174** may include a variety of mechanical structures to facilitate lateral movement, the lateral movement device **174** of FIG. **9** may include a plurality of holes **176** spaced at intervals along the length of the lateral movement device **174**. A portion of the hub **170** may extend upwards into the lateral movement device **174** and a biasable pin or other fastener may connect the lateral movement device **174** to the hub **170**.

FIGS. **10-11** are top-view illustrations of a plank support exercise apparatus **110**, in accordance with the first exemplary embodiment of the present disclosure. While FIG. **10** illustrates the first and second arm support pads **142**, **144** in a straight-forward orientation, it is possible for the first and second arm support pads **142**, **144** to be rotated to achieve an inward-facing orientation, as shown in FIG. **11**. Rotation of the first and second arm support pads **142**, **144** may be about a substantially vertical axis positioned through each of the first and second arm support pads **142**, **144**. The rotation of the first and second arm support pads **142**, **144** may be limited to a specific degree of movement, such as a 90 degree movement. This 90 degree movement of each of the first and second arm support pads **142**, **144** may allow the separate first and second arm support pads **142**, **144** to abut or substantially abut one another to provide, in effect, a combined arm support pad **140**. The combined arm support pad **140** may be used primarily for users in a side plank position, as shown in FIG. **2**, where the user's forearm can be positioned in the combined arm support pad **140** to provide additional support during the exercise.

While a 90 degree rotation of the first and second arm support pads **142**, **144** may be common to form the combined arm support pad **140**, a rotation of less than 90 degrees may also have benefits. For example, rotation of the first and second arm support pads **142**, **144** may also help orient the user's wrist at a comfortable trajectory to the hand grips **120**, thereby adjusting the first and second arm support pads **142**, **144** for users with different arm or body sizes. The adjustability of the first and second arm support pads **142**, **144** allows the user to achieve a comfortable trajectory to the hand grips **120**, regardless of their body size or personal trajectory preference.

FIG. **12** is a partially exploded side-view illustration of a plank support exercise apparatus **110**, in accordance with the first exemplary embodiment of the present disclosure. As is shown in FIG. **12**, the first and second arm support pads **142**, **144** may attach to the first and second legs **132**, **134** using a post **180** which can be positioned inside each of the first and second legs **132**, **134**. The post **180** has an outer diameter that is smaller than an inner diameter of the first and second legs **132**, **134**. The hub **170** supporting the first and second arm support pads **142**, **144** may include an interior cavity **182** which can receive the distal end of the first and second legs **132**, **134** when the post **180** of each of the first and second arm support pads **142**, **144** is positioned in the first and second legs **132**, **134**, respectively.

The post **180** may further include a groove **184** therein which runs along a length of the post **180**. The groove **184** may engage with a fastener **186**, such as a blunt-tip screw, which can be positioned through one of the holes **136** in the first and second legs **132**, **134** (in FIG. **12**, the fastener **186** is shown engaged with the groove **184**). When the post **180** is positioned within the interior of the leg **132**, for example, the post **180** may be moved therein with the end of the fastener **186** engaged with the groove **184**. A tip of the post **180** may have a stop to prevent the fastener **186** from exiting the groove **184**, thereby preventing disconnection of the first and second arm support pads **142**, **144** from the first and second legs **132**, **134**, respectively.

FIG. **13** is an isometric view illustration of a plank support exercise apparatus **210**, in accordance with a second exemplary embodiment of the present disclosure. The plank support exercise apparatus **210**, which may be referred to herein as 'apparatus **210**' may be substantially similar to the apparatus **110** described with respect to FIGS. **3-12**, and may include any of the features, components, or functions discussed relative to FIGS. **3-12**. The apparatus **210** of FIG. **13** includes a hand grip **220**. A frame member **230** extends from the hand grip **220**. At least one arm support pad **240** is connected to the frame member **230**, wherein a distance between the hand grip **220** and the at least one arm support pad **240** is adjustable. A ground-interface surface **250** is positioned along at least a portion of the frame member **230**.

FIG. **14** is an isometric view illustration of the plank support exercise apparatus **210** of FIG. **13**, in accordance with the second exemplary embodiment of the present disclosure. Relative to FIGS. **13-14**, the apparatus **210** includes a destabilization device **260** which is positioned substantially underneath the arm support pad **240** (or each arm support pad present). The destabilization device **260** may function in the same manner as described in FIGS. **3-5**, with the added function that the destabilization device **260** shown in FIGS. **13-14** may be movable between an extended position, shown in FIG. **14**, where the ground-interface surface **250** positioned on the curved surface of the destabilization device **260** is contactable to a ground surface and a retracted position, shown in FIG. **13**, where the ground-interface surface **250** positioned on the curved surface of the destabilization device **260** is removed from a contactable position with the ground surface. To achieve the movement between the extended and retracted positions, the destabilization device **260** may pivot about an axis, thereby allowing a specific surface or the destabilization device **260** to be oriented towards a ground surface. In FIG. **13**, a flat edge of

the destabilization device **260** may be oriented downwards (towards the ground surface) and in FIG. **14**, the curved surface may be oriented downwards. When a user desires to use the apparatus **210** without destabilization, the user may select the configuration shown in FIG. **13**. When the user desires an enhanced exercise by destabilizing the apparatus **210** with the curved surface of the destabilization device **260**, the user would position the destabilization device **260** as shown in FIG. **14**. It is noted that the foot pads **228** positioned along a front of the frame member **230** may act as ground-support devices at any point of use of the apparatus **210**.

Relative to FIGS. **13-14** further, it is noted that the arm support pads **240** are also able to rotate, in the same manner as described relative to FIGS. **10-11**, to provide arm trajectory user-adjustment of the apparatus **210** or to convert the apparatus **210** from a front plank orientation to a side plank orientation.

Relative to FIGS. **13-14**, the apparatus **210** includes a hand grip **220** that is adjustable along the length of the frame member **230**, whereby a distance between the hand grip **220** and the arm support pad **240** can be adjusted. The hand grip **220** may include a carriage **222** which is positioned about the frame member **230**, or a portion thereof, and can be moved along the length of the frame member **230**. The apparatus **210** may also include other devices for permitting movement of the hand grip **220** along the frame member **230**. The carriage **222** may include a raised support **224** which receives an end of the hand grip **220** therein, such that the hand grip **220** can be rotated relative to the raised support **224**. Accordingly, the hand grip **220** may be rotated between a lowered position, as shown in FIG. **13**, and a raised position, as shown in FIG. **14**. In the lowered position, the hand grip **220** may be stowed for convenient storage of the apparatus **210**, whereas the raised position of the hand grip **220** may be a position where a user is actively using the apparatus **210**. In some variations, rotating the hand grip **220** may provide benefits in the ergonomic use of the apparatus **210**, not just to make the apparatus **210** more convenient for storage. For example, a user may rotate the hand grip **220** into a more comfortable angle.

It is also noted that the movable hand grip **220** may include two separate halves which operate independently of one another or which can be operated together. Other variations of moveable hand grips **220** may include hand grips **220** with male extenders that allow the hand grips **220** to connect or pop in to the frame member **230** along a length of the frame member **230**, to allow adjustment of the positioning of the hand grips **220**.

FIGS. **15-16** are side-view illustrations of the carriage **222** and raised support **224** of the plank support exercise apparatus **210** of FIGS. **13-14**, in accordance with the second exemplary embodiment of the present disclosure. Relative to FIGS. **13-16**, rotation of the hand grip **220** may be controlled, at least in part, with a frictional cam **226** which is connected to the hand grip **220** at a lower part thereof and is positioned to contact the frame member **230**. The frictional cam **226** may include a rubberized structure which is rotatable opposite the hand grip **220**. As is shown in FIGS. **15-16**, the frictional cam **226** may be positioned proximate to the rotatable joint on which the hand grip **220** can rotate, such that when the hand grip **220** is in a fully or partially lowered position (FIGS. **13** and **15**), the frictional cam **226** is free from contact. When the hand grip **220** is moved to the raised position (FIGS. **14** and **16**), the frictional cam **226** may contact the frame member **230** through an aperture **227** within the carriage **222**. The contact between the frictional cam **226** and the frame member **230** through the aperture **227** may be sufficient to retain the hand grip **220** in the raised position. Further, this contact may also be sufficient to limit the movement of the carriage **222** along the frame member **230**.

FIG. **17** is an exploded view illustration of a lateral movement device **374** for use with a plank support exercise apparatus, in accordance with a third exemplary embodiment of the present disclosure. The lateral movement device **374** of the third exemplary embodiment may be used with the apparatus as described relative to any figure herein to achieve the same lateral movement as described relative to FIGS. **8-9**. The lateral movement device **374** may facilitate lateral movement of the arm support pad **340** using a biasable track system which includes a biased engagement device **390** which is movable with a track **392**. The track **392** may be mounted to a frame member or leg of the apparatus. When assembled, the arm support pad **340** may be affixed to hub **370** with biased engagement device **390** positioned in contact below it. A transfer housing **394** and stop **396** are positioned internal of engagement protrusions **398** of the biased engagement device **390**. The stop **396** may connect to the underside of the arm support pad **340** with one or more fasteners and may facilitate rotation of the arm support pad **340** by acting as a rotatable interface, such as a Lazy Susan-type device, for the arm support pad **340**. This rotation of the arm support pad **340** can be combined with the other mechanics of the lateral movement device **374**.

In use, teeth on the engagement protrusions **398** may be engaged with teeth on the track **392** where there is weight applied to the arm support pad **340**. When weight is removed from the arm support pad **340**, the stop **396** may bias the transfer housing **394** upwards, thereby allowing the engaged protrusions **398** to retract a sufficient distance to disengage the teeth thereof from the teeth of the track **392**. In this function, the user of a plank support exercise device may select the appropriate lateral position of the arm support pad **340** and then automatically lock the lateral position in place when he or she assumes a plank position on the apparatus.

FIG. **18** is an isometric view illustration of a plank support exercise apparatus **410**, in accordance with a fourth exemplary embodiment of the present disclosure. The plank support exercise apparatus **410**, which may be referred to herein as 'apparatus **410**' may be substantially similar to the other apparatuses described within this disclosure and may include any of the features, components, or functions discussed relative to any other figure herein. The apparatus **410** of FIG. **18** includes a hand grip **420**. A frame member **430** extends from the hand grip **420**. At least one arm support pad **440** is connected to the frame member **430**, wherein a distance between the hand grip **420** and the at least one arm support pad **440** is adjustable. A ground-interface surface **450** is positioned along at least a portion of the frame member **430**.

The apparatus **410** of FIG. **18** includes a hand grip **420** formed from two distinct structures, each of which is carried on a portion of the frame member **430**. The hand grips **420** are adjustable, such that the distance between the hand grips **420** and the at least one arm support pad **440** can be modified depending on a user's body size. The hand grip **420** may be movable by repositioning each of the hand grips **420** until they are locked within one of a plurality of preselected positions located at spaced intervals on the frame member **430**. Specifically, as is shown in FIG. **18**, the frame member **430** may include cavities **432** on a surface thereof which engage with a locking structure on the hand grip **420** to lock the hand grip **420** in place on the frame member **430**. The

locked nature of the hand grip **420** to the frame member **430** may be altered when a sufficient force is applied to the hand grip **420**, such that the locking structure of the hand grip **420** is disengaged from the cavity on the frame member **430**. In one of many possible variations, as previously noted, the moveable hand grips **420** may include male ridges or extenders that can be connected to or popped into the frame member **430** along the length of the frame member **430** to provide adjustment of the hand grips **420**. When separate hand grips **420** are used, as is shown in FIG. **18**, the hand grips **420** themselves may be able to be adjusted laterally on tracks or with holes, thereby allowing a distance between the hand grips **420** to be adjusted.

FIG. **19** is a detailed isometric view illustration of a plank support exercise apparatus **410** of FIG. **18**, in accordance with the fourth exemplary embodiment of the present disclosure. Relative to FIGS. **18-19**, the apparatus **410** may have arm support pads **440** which are positioned on a unitary support bar **442**. The unitary support bar **442** may be positioned in a lateral direction, relative to a general length of the apparatus **410**, and allows the arm support pads **440** to be laterally adjusted, similar to as described relative to FIGS. **8-9**. Accordingly, the arm support pads **440** may be positioned between an extended position on the unitary support bar **442**, as is shown in FIG. **19**, and a retracted position, as shown in FIG. **18**.

FIG. **20** is a front-view illustration of a plank support exercise apparatus **410** of FIG. **18**, in accordance with the fourth exemplary embodiment of the present disclosure. The apparatus **410** as shown in FIG. **20** illustrates a destabilization device **460** which is positioned under a substantially center point of the apparatus **410**. The destabilization device **460** may include a semispherical structure which has a lowered edge that is positioned to contact a ground surface. In one example, the destabilization device **460** may include a semispherical structure formed from plastic, rubber, or similar material, which can support the weight of the apparatus **410** with a user on it. The destabilization device **460** may function as previously described, with the exception that it may allow movement of the apparatus **410** in more than one rotational degree of freedom. Using a semispherical surface as a destabilization device **460**, as opposed to a curved surface along two dimensions, may allow three rotational degrees of freedom which provide enhanced destabilization movement.

FIGS. **21-22** are side-view illustrations of a plank support exercise apparatus **410**, in accordance with the fourth exemplary embodiment of the present disclosure. Similar to the destabilization device **460** of FIG. **20**, FIGS. **21-22** illustrate a variation to a destabilization device **460** which can provide three rotational degrees of freedom. As is shown in FIGS. **21-22**, the destabilization device **460** may include a semispherical structure **462** which is carried on an arm **464** that is movable between retracted and extended positions. A joint **466** may be used to move the arm **464**, thereby moving the semispherical structure **462** between the retract position, shown in FIG. **21**, to an extended position, shown in FIG. **22**. The joint **466** may use levers to unlock a center section of the joint **466** to allow movement of the arm **464** or to lock the joint **466** to prevent arm **464** movement, such as by using a locking ball. In use, extending the arm **464** may increase the destabilization effect on the apparatus **410** whereas lowering or retracting the arm **464** may lessen the destabilization effect. Accordingly, a user can adjust the destabilization device **460** to achieve the desired destabilization effect.

FIGS. **23-24** are isometric view illustrations of a plank support exercise apparatus **510**, in accordance with a fifth exemplary embodiment of the present disclosure. The plank support exercise apparatus **510**, which may be referred to herein as ‘apparatus **510**’ may be substantially similar to the other apparatuses described within this disclosure and may include any of the features, components, or functions discussed relative to any other figure herein. As is shown in FIGS. **23-24**, the apparatus **510** includes a central frame member **530** which is connected between a hand grip portion **520** and an arm support pad portion **540**. It is noted that the actual hand grips and arm support pads that a user would touch are omitted from FIGS. **23-24**. The central frame member **530** may permit adjustability of the arm support pad portion **540** along the length of the central frame member **530**. The central frame member **530** may use, for example, a track system which allows the arm support pad portion **540** to be moved to selected locations along its length. FIG. **23** depicts the arm support pad portion **540** positioned at a distal end of the central frame member **530**, whereas FIG. **24** depicts the arm support pad portion **540** positioned towards a middle section of the central frame member **530**. The arm support pad portion **540** itself may also include a track to allow lateral movement of arm support pads, as previously described.

FIG. **25** is a flowchart **600** illustrating a method of using a plank support exercise apparatus, in accordance with a sixth exemplary embodiment of the disclosure. It should be noted that any process descriptions or blocks in flow charts should be understood as representing modules, segments, or steps that include one or more instructions for implementing specific logical functions in the process, and alternate implementations are included within the scope of the present disclosure in which functions may be executed out of order from that shown or discussed, including substantially concurrently or in reverse order, depending on the functionality involved, as would be understood by those reasonably skilled in the art of the present disclosure.

As is shown by block **602**, a plank support exercise apparatus is provided, the plank support exercise apparatus having a hand grip, a frame member extending from the hand grip, at least one forearm support pad connected to the frame member, and a ground-interface surface positioned along at least a portion of the frame member. A force from a weight of a user in a position with a forearm thereof on the at least one forearm support pad from the forearm of the user is transferred through the at least one forearm support pad, and through the ground-interface surface to a ground surface (block **604**).

The method may include any additional number of steps, processes, and functions, including any disclosed within this disclosure. For example, when the plank support exercise apparatus is in use, an elbow of the user may be free from contact with the at least one forearm support pad. The method may include adjustment of the plank support exercise apparatus, such as moving the at least one forearm support pad along a length of the frame member, thereby adjusting a distance between the hand grip and the at least one forearm support pad, and/or moving the hand grip along a length of the frame member, thereby adjusting a distance between the hand grip and the at least one forearm support pad. The at least one forearm support pad may be moved in a lateral direction, wherein the lateral direction is substantially perpendicular to a length of the frame member and the at least one forearm support pad may be rotated about a substantially vertical axis thereof. Similarly, the hand grip may be rotated about a substantially horizontal axis thereof

between a lowered position and a raised position. The method may further include destabilizing the plank support exercise apparatus with a destabilizing device, thereby facilitating a controlled, destabilizing movement of the plank support exercise apparatus. The controlled, destabilizing movement may further comprise translationally static movement and may further include movement in a single degree of rotational freedom.

It should be emphasized that the above-described embodiments of the present disclosure, particularly, any "preferred" embodiments, are merely possible examples of implementations, merely set forth for a clear understanding of the principles of the disclosure. Many variations and modifications may be made to the above-described embodiment(s) of the disclosure without departing substantially from the spirit and principles of the disclosure. All such modifications and variations are intended to be included herein within the scope of this disclosure and the present disclosure and protected by the following claims.

What is claimed is:

**1**. A method of using a plank support exercise apparatus, the method comprising the steps of:

providing the plank support exercise apparatus having a frame member, two hand grip areas connected to the frame member, at least two forearm support pads connected to the frame member, and a ground-interface surface positioned along at least a portion of the frame member;

adjusting a first spacing distance of the two hand grip areas relative to the at least two forearm support pads;

adjusting a second spacing distance between the at least two forearm support pads without changing the first spacing distance between the two hand grip areas; and



positioning a user on the plank support exercise apparatus, wherein a torso of the user is in a position substantially parallel to a ground surface with forearms thereof on the at least two forearm support pads and hands thereof on the hand grip.

**2**. The method of claim **1**, further comprising moving the hand grip along a length of the frame member, thereby adjusting a distance between the hand grip and the at least at least two forearm support pads.

**3**. The method of claim **1**, further comprising destabilizing the plank support exercise apparatus with a destabilizing device, thereby facilitating a destabilizing movement of the plank support exercise apparatus.

**4**. The method of claim **1**, further comprising adjusting the first spacing distance while the torso of the user is in the position substantially parallel to the ground surface with forearms thereof on the at least two forearm support pads and hands thereof on the two hand grip areas.

**5**. The method of claim **4**, wherein the destabilizing movement further comprises a single degree of rotational movement.

**6**. The method of claim **1**, further comprising adjusting the second spacing distance between the at least two forearm support pads without removing the at least two forearm support pads from a common plane.

**7**. The method of claim **1**, wherein adjusting the second spacing distance between the at least two forearm support pads without changing the first spacing distance between the two hand grip areas further comprises moving the at least at least two forearm support pads in a lateral direction relative to one another.

* * * * *

Exhibit B
(U.S. Patent No. 10,286,245, Claim 19)

Defendants below are accused of infringing Claim 19 of U.S. Patent No. 10,286,245 by selling one or more Infringing Devices pictured. Devices are referenced by Infringing Device number and/or Walmart product ID.

CENTUNE TOON, INC. (A.K.A. CENTUNETOON HOME)
Walmart product ID # 1186343132

HTPOIL HOLDING TRADE CO., LTD
Walmart product ID # 101058548

IAOBAO LIMITED (A.K.A. IAO TECH)/LI MA
Walmart product ID # 1504129131 / 1979487993 / 1706828232 / 1984847289 / 1246427378 / 1227919233 / 1923569072 / 1573996922 / 1764253917

INNO PRODUCTS MALL, INC.
Walmart product ID # 1609052817

JAYBALLY, INC.
Walmart product ID # 1046941260 / 1720297890

JOYBUY/JOYBUY AMERICA
Infringing Device 1
Infringing Device 2
Infringing Device 3
Infringing Device 4
Infringing Device 5

KESLEN LLC
Infringing Device 2 (Walmart product ID # 2289345124)

WENCHANG LIUZUOHU SHANGMAO YOUXIANGONGSI
(A.K.A. STREET CORNER CO., LTD.)
Infringing Device 2 (*e.g.,* Walmart product ID # 3543409404)
Infringing Device 3 (*e.g.,* Walmart product ID # 3084400377)
Infringing Device 4 (*e.g.,* Walmart product ID # 3272973453)
Infringing Device 6 (*e.g.,* Walmart product ID # 2772258028)
Infringing Device 7 (*e.g.,* Walmart product ID # 1583737101)

WALMART
Infringing Device 8 (Walmart product ID # 230972272)




Detail on frame and arm support member movability:



Additional detail on grip and arm support member movability:



Infringing Device 1







Infringing Device 2




Detail on pad moveability:



Infringing Device 3







Infringing Device 4




Back view:




Infringing Device 5




Infringing Device 6




Infringing Device 7




Infringing Device 8

Exhibit C
(U.S. Patent No. 10,286,245, Claim 16)

Defendants below are accused of infringing Claim 16 of U.S. Patent No. 10,286,245 by selling one or more Infringing Devices pictured. Devices are referenced by Infringing Device number and/or Walmart product ID.

NEW SHINING IMAGE, LLC
Infringing Device 9 (Walmart product ID # 1055366772)

JOYBUY/JOYBUY AMERICA
Infringing Device 10




Infringing Device 9




Substantially the same variations included with Infringing Device 12:



Infringing Device 10

Exhibit D
(U.S. Patent No. 11,491,364 Claim 1)

Defendant(s) below are accused of infringing Claim 1 of U.S. Patent No. 11,491,364 by selling one or more Infringing Devices pictured. Devices are referenced by Infringing Device number and/or Walmart product ID.

NEW SHINING IMAGE, LLC
Infringing Device 9 (Walmart product ID # 1055366772)

JOYBUY/JOYBUY AMERICA
Infringing Device 10
Infringing Device 11




Infringing Device 9 (as numbered and previously referenced in Exhibit C)




Substantially the same variations included with Infringing Device 12:



Infringing Device 10 (as numbered and previously referenced in Exhibit C)







Infringing Device 11

Exhibit E

(U.S. Patent No. 11,491,364 Claim 10)

Defendants below are accused of infringing Claim 10 of U.S. Patent No. 11,491,364 by selling one or more Infringing Devices pictured. Devices are referenced by Infringing Device number and/or Walmart product ID.

IAOBAO LIMITED (A.K.A. IAO TECH)/LI MA
Infringing Product 12 (Walmart product ID # 2445454351 / 1495711500 / 2947113647 / 2636072295)

JOYBUY/JOYBUY AMERICA
Infringing Product 12
Infringing Product 13




Detail on fastener:




Infringing Device 12

Infringing Device 15 is depicted on this and the following page. The two images represent substantially similar variations of devices with the same features.






Infringing Device 13 – Page 2 of 2

<u>Exhibit F</u>

(U.S. Patent No. 9,895,573 Claim 1)

Defendants accused of selling Infringing Device(s) 1, 3, or 7, including devices that are substantially similar to Infringing Device(s) 1, 3, or 7, and have been identified by their Walmart product IDs, are also accused of infringing Claim 1 of U.S. Patent No. 9,895,573 by practicing the method disclosed therein with respect to such Infringing Device(s).